1  Gary J. Smith (SB #141393)
   Ryan R. Tacorda (SB #227070)
2  BEVERIDGE & DIAMOND, P.C.
3  456 Montgomery Street, Suite 1800
   San Francisco, CA 94104-1251
4  Telephone: (415) 262-4000
   Facsimile: (415) 262-4040
5
6  Robert Brager
   BEVERIDGE & DIAMOND, P.C.
7  201 North Charles Street, Suite 2210
   Baltimore, MD 21201-4150
8  Telephone: (410) 230-3850
   Facsimile: (410) 230-3868
9
   Attorneys for Defendant
10 PPG INDUSTRIES, INC.

**ORIGINAL FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

11            UNITED STATES DISTRICT COURT                **SI**

12            NORTHERN DISTRICT OF CALIFORNIA

13
14 CALIFORNIA WATER SERVICE          CV  CASE NO.   **3267**
   COMPANY,
15
           Plaintiff,                JOINDER IN NOTICE OF REMOVAL
16
       vs.
17
   THE DOW CHEMICAL COMPANY; E.I.
18 DUPONT DE NEMOURS AND COMPANY;
   PPG INDUSTRIES, INC.; VULCAN
19 MATERIALS COMPANY; OCCIDENTAL
   CHEMICAL CORPORATION; VALERO
20 ENERGY CORPORATION; STAUFFER
   CHEMICAL COMPANY; BOWE-PERMAC,
21 INC., individually and d/b/a BOWE TEXTILE
   CLEANING, INC.; HOYT CORPORATION;
22 R.R. STREET & CO., INC.; MCGRAW
   EDISON COMPANY, individually and d/b/a
23 AMERICAN LAUNDRY MACHINERY, INC.,
   AMERICAN LAUNDRY MACHINERY, INC.,
24 individually and d/b/a AJAX
   MANUFACTURING DIVISION AND
25 MARTIN EQUIPMENT, WHITE
   CONSOLIDATED INDUSTRIES, INC.,
26 individually and d/b/a WASHEX
   MACHINERY DIVISION, ELECTROLUX
27 CORPORATION, LINDUS S.R.L., individually
   and d/b/a LINDUS WEST, COLUMBIA
28 DRYCLEANING MACHINES, a/k/a
   COLUMBIA/ILSA MACHINES CORP.,
   REALSTAR, INC., individually and d/b/a

| | |
|---|---|
| 1 | REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, |
| 2 | BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST |
| 3 | LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, |
| 4 | RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, |
| 5 | M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR |
| 6 | SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, |
| 7 | INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE |
| 8 | SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA |
| 9 | EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US |
| 10 | MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT |
| 11 | EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY |
| 12 | COMPANY, INC. and DOES 1 through 750, INCLUSIVE, |
| 13 | |
| 14 | Defendants. |

The undersigned parties hereby join in the Notice of Removal filed by Defendant PPG Industries, Inc.

Dated: June 26, 2008

THE DOW CHEMICAL COMPANY

By: _____

Dated: _____

VULCAN MATERIALS COMPANY

By: _____

Dated: June 26, 2008

E.I. DUPONT DE NEMOURS AND COMPANY

By: _____
    Andrew F. Morte by permission

Dated: _____

OCCIDENTAL CHEMICAL CORPORATION

By: _____

-2-

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| 1 | REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, |
| 2 | BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST |
| 3 | LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, |
| 4 | RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, |
| 5 | M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR |
| 6 | SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, |
| 7 | INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE |
| 8 | SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA |
| 9 | EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US |
| 10 | MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT |
| 11 | EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY |
| 12 | COMPANY, INC. and DOES 1 through 750, INCLUSIVE, |
| 13 | |
| 14 | Defendants. |

The undersigned parties hereby join in the Notice of Removal filed by Defendant PPG Industries, Inc.

Dated: _____

THE DOW CHEMICAL COMPANY

By:_____

Dated: 6-26-08

VULCAN MATERIALS COMPANY

By: /s/ James H. Colopy

Farella Braun + Martel LLP
Counsel for Legacy Vulcan Corp., formerly known as Vulcan Materials Company

Dated: _____

E.I. DUPONT DE NEMOURS AND COMPANY

By:_____

Dated: _____

OCCIDENTAL CHEMICAL CORPORATION

By:_____

-2-

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| 1 | REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, |
| 2 | BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST |
| 3 | LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, |
| 4 | RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, |
| 5 | M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR |
| 6 | SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, |
| 7 | INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE |
| 8 | SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA |
| 9 | EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US |
| 10 | MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT |
| 11 | EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY |
| 12 | COMPANY, INC. and DOES 1 through 750, INCLUSIVE, |
| 13 | |
| 14 | Defendants. |

15   The undersigned parties hereby join in the Notice of Removal filed by Defendant PPG
16 Industries, Inc.

17

18 Dated: _____        Dated: _____

19 THE DOW CHEMICAL COMPANY        E.I. DUPONT DE NEMOURS AND
                                  COMPANY
20 By:_____

21                                By:_____

22

23 Dated: _____        Dated: 6/26/08

24 VULCAN MATERIALS COMPANY        OCCIDENTAL CHEMICAL CORPORATION

25 By:_____        By: [signature] Stephen C. Lewis

26

27

28

-2-

JOINDER IN NOTICE OF REMOVAL

-3-

| | |
|---|---|
| Dated: _____ | Dated: _____ |
| VALERO ENERGY CORPORATION | STAUFFER CHEMICAL COMPANY |
| By:_____ | By:_____ |
| Dated: 6/25/08 | Dated: _____ |
| BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC. | HOYT CORPORATION |
| By: [signature] Peterson Weynad Martin LLP Counsel for Bowe Permac, Inc. | By:_____ |
| Dated: _____ | Dated: _____ |
| R.R. STREET & CO., INC. | MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC. |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a/ AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT | WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| ELECTROLUX CORPORATION | LINDUS S.R.L., individually and d/b/a LINDUS WEST |
| By:_____ | By:_____ |

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| Dated: _____ | Dated: _____ |
| VALERO ENERGY CORPORATION | STAUFFER CHEMICAL COMPANY |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC. | HOYT CORPORATION |
| By: _____ | By: _____ |
| | |
| Dated: June 30, 2008 | Dated: _____ |
| R.R. STREET & CO., INC. | MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC. |
| By: _[signature]_ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a/ AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT | WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| ELECTROLUX CORPORATION | LINDUS S.R.L., individually and d/b/a LINDUS WEST |
| By: _____ | By: _____ |

-3-

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| Dated: _____ | Dated: _____ |
| VALERO ENERGY CORPORATION | STAUFFER CHEMICAL COMPANY |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC. | HOYT CORPORATION |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| R.R. STREET & CO., INC. | MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC. |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a/ AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT | WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION |
| By: _[signature]_ | By:_____ |
| Dated: 6/26/08 | Dated: _____ |
| ELECTROLUX CORPORATION | LINDUS S.R.L., individually and d/b/a LINDUS WEST |
| By:_____ | By:_____ |

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| Dated: _____ | Dated: _____ |
| VALERO ENERGY CORPORATION | STAUFFER CHEMICAL COMPANY |
| By:_____ | By:_____ |
| Dated: _____ | Dated: 6/25/08 |
| BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC. | HOYT CORPORATION |
| By:_____ | By: *[signature]* |
| Dated: _____ | Dated: _____ |
| R.R. STREET & CO., INC. | MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC. |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a/ AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT | WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| ELECTROLUX CORPORATION | LINDUS S.R.L., individually and d/b/a LINDUS WEST |
| By:_____ | By:_____ |

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| Dated: 6/30/2008 | Dated: _____ |
| COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP. | REALSTAR, INC., individually and d/b/a REALSTAR USA |
| By: [signature] | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| UNION DRYCLEANING PRODUCTS USA | FIRBIMATIC |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| BERGPARMA OF AMERICA, LLC | AMA UNIVERSAL |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| FLUORMATIC MIDWEST LTD | FORENTA LP |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| WESTERN MULTITEX CORP. | MARVEL MANUFACTURING COMPANY |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| RENZACCI OF AMERICA, INC. | SAIL STAR USA |
| By: _____ | By: _____ |

| | |
|---|---|
| Dated: _____ | Dated: _____ |
| COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP. | REALSTAR, INC., individually and d/b/a REALSTAR USA |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| UNION DRYCLEANING PRODUCTS USA | FIRBIMATIC |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| BERGPARMA OF AMERICA, LLC | AMA UNIVERSAL |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| FLUORMATIC MIDWEST LTD | FORENTA LP |
| By:_____ | By:_____ |
| Dated: _____ | Dated: _____ |
| WESTERN MULTITEX CORP. | MARVEL MANUFACTURING COMPANY |
| By:_____ | By:_____ |
| Dated: 06/26/08 | Dated: _____ |
| RENZACCI OF AMERICA, INC. | SAIL STAR USA |
| By: [signature] Kelly Kelleher, Vice President | By:_____ |

-4-

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| Dated: _____ | Dated: _____ |
| COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP. | REALSTAR, INC., individually and d/b/a REALSTAR USA |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: _____ |
| UNION DRYCLEANING PRODUCTS USA | FIRBIMATIC |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: _____ |
| BERGPARMA OF AMERICA, LLC | AMA UNIVERSAL |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: _____ |
| FLUORMATIC MIDWEST LTD | FORENTA LP |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: _____ |
| WESTERN MULTITEX CORP. | MARVEL MANUFACTURING COMPANY |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: 6/25/08 |
| RENZACCI OF AMERICA, INC. | SAIL STAR USA |
| By:_____ | By: [signature] |
| | Peterson Wagner Morton LLP |
| | Counsel for Sail Star USA |

-4-

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| Dated: 6/25/08 <br> VIC MANUFACTURING CORPORATION <br> By: _[signature]_ <br> Peterson Wayman Norton LLP <br> Counsel for Vic | Dated: _____ <br> M.B.L., INC. <br> By: _____ |
| Dated: _____ <br> GOSS-JEWETT CO. OF NORTHERN CALIFORNIA <br> By: _____ | Dated: _____ <br> MCGREGOR SUPPLY COMPANY <br> By: _____ |
| Dated: _____ <br> S.B. SUPPLY INC. <br> By: _____ | Dated: _____ <br> WASHEX MACHINERY OF CALIFORNIA, INC. <br> By: _____ |
| Dated: _____ <br> WORKROOM SUPPLY, INC. <br> By: _____ | Dated: _____ <br> TAYLOR HOUSEMAN, INC. <br> By: _____ |
| Dated: _____ <br> UNITED FABRICARE SUPPLY, INC. <br> By: _____ | Dated: _____ <br> ECHCO SALES INC. <br> By: _____ |
| Dated: _____ <br> MW EQUIPMENT <br> By: _____ | Dated: _____ <br> ARTHUR KAJIWARA EQUIPMENT CO., INC. <br> By: _____ |

-5-

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| 1  Dated: _____ | Dated: _____ |
| 2  VIC MANUFACTURING CORPORATION | M.B.L., INC. |
| 3  By:_____ | By:_____ |
| 4 | |
| 5  Dated: _____ | Dated: _____ |
| 6  GOSS-JEWETT CO. OF NORTHERN | MCGREGOR SUPPLY COMPANY |
| 7  CALIFORNIA | By:_____ |
| 8  By:_____ | |
| 9 | |
| 10 Dated: 6/25/08 | Dated: _____ |
| 11 S.B SUPPLY INC. | WASHEX MACHINERY OF CALIFORNIA, INC. |
| 12 By: *Sangh Cho* (signature) | By:_____ |
| 13 | |
| 14 | |
| 15 Dated: _____ | Dated: _____ |
| 16 WORKROOM SUPPLY, INC. | TAYLOR HOUSEMAN, INC. |
| 17 By:_____ | By:_____ |
| 18 | |
| 19 Dated: _____ | Dated: _____ |
| 20 UNITED FABRICARE SUPPLY, INC. | ECHCO SALES INC. |
| 21 By:_____ | By:_____ |
| 22 | |
| 23 Dated: _____ | Dated: _____ |
| 24 MW EQUIPMENT | ARTHUR KAJIWARA EQUIPMENT CO., INC. |
| 25 By:_____ | By:_____ |
| 26 | |
| 27 | |
| 28 | |

-5-

JOINDER IN NOTICE OF REMOVAL

| | | |
|---|---|---|
| 1 | Dated: _____ | Dated: _____ |
| 2 | VIC MANUFACTURING CORPORATION | M.B.L., INC. |
| 3 | By:_____ | By:_____ |
| 4 | | |
| 5 | | |
| 6 | Dated: _____ | Dated: _____ |
| 7 | GOSS-JEWETT CO. OF NORTHERN CALIFORNIA | MCGREGOR SUPPLY COMPANY |
| 8 | By:_____ | By:_____ |
| 9 | | |
| 10 | Dated: _____ | Dated: _____ |
| 11 | S.B. SUPPLY INC. | WASHEX MACHINERY OF CALIFORNIA, INC. |
| 12 | By:_____ | |
| 13 | | By:_____ |
| 14 | | |
| 15 | Dated: 06/26/08 | Dated: _____ |
| 16 | WORKROOM SUPPLY, INC. | TAYLOR HOUSEMAN, INC. |
| 17 | By: [signature] | By:_____ |
| 18 | | |
| 19 | Dated: _____ | Dated: _____ |
| 20 | UNITED FABRICARE SUPPLY, INC. | ECHCO SALES INC. |
| 21 | By:_____ | By:_____ |
| 22 | | |
| 23 | | |
| 24 | Dated: _____ | Dated: _____ |
| 25 | MW EQUIPMENT | ARTHUR KAJIWARA EQUIPMENT CO., INC. |
| 26 | By:_____ | By:_____ |
| 27 | | |
| 28 | | |

JOINDER IN NOTICE OF REMOVAL

1  Dated: _____          Dated: _____

2  VIC MANUFACTURING CORPORATION          M.B.L., INC.

3  By: _____             By: _____

4

5

6  Dated: _____          Dated: _____

7  GOSS-JEWETT CO. OF NORTHERN            MCGREGOR SUPPLY COMPANY
   CALIFORNIA
                                          By: _____
8  By: _____

9

10 Dated: _____          Dated: _____

11 S.B. SUPPLY INC.                       WASHEX MACHINERY OF CALIFORNIA, INC.

12 By: _____
                                          By: _____
13

14

15 Dated: _____          Dated: _____

16 WORKROOM SUPPLY, INC.                  TAYLOR HOUSEMAN, INC.

17 By: _____             By: _____

18

19 Dated: _____          Dated: _____

20 UNITED FABRICARE SUPPLY, INC.          ECHCO SALES INC.

21 By: /s/ _____              By: _____

22    Patrick Maloney
      SBN 197844
23
   Dated: 6/26/2008                       Dated: _____
24

25 MW EQUIPMENT                           ARTHUR KAJIWARA EQUIPMENT CO., INC.

26 By: _____             By: _____

27

28

-5-

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| Dated: _____ | Dated: 6/26/08 |
| VIC MANUFACTURING CORPORATION | M.B.L., INC. |
| By: _____ | By: /s/ Raymond Hmurke |
| | |
| Dated: _____ | Dated: _____ |
| GOSS-JEWETT CO. OF NORTHERN CALIFORNIA | MCGREGOR SUPPLY COMPANY |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| S.B. SUPPLY INC. | WASHEX MACHINERY OF CALIFORNIA, INC. |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| WORKROOM SUPPLY, INC. | TAYLOR HOUSEMAN, INC. |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| UNITED FABRICARE SUPPLY, INC. | ECHCO SALES INC. |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| MW EQUIPMENT | ARTHUR KAJIWARA EQUIPMENT CO., INC. |
| By: _____ | By: _____ |

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| Dated: _____ | Dated: _____ |
| VIC MANUFACTURING CORPORATION | M.B.L., INC. |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: 7/1/08 |
| GOSS-JEWETT CO. OF NORTHERN CALIFORNIA | MCGREGOR SUPPLY COMPANY |
| By:_____ | By: _[signature]_ |
| | |
| Dated: _____ | Dated: _____ |
| S.B. SUPPLY INC. | WASHEX MACHINERY OF CALIFORNIA, INC. |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: _____ |
| WORKROOM SUPPLY, INC. | TAYLOR HOUSEMAN, INC. |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: _____ |
| UNITED FABRICARE SUPPLY, INC. | ECHCO SALES INC. |
| By:_____ | By:_____ |
| | |
| Dated: _____ | Dated: _____ |
| MW EQUIPMENT | ARTHUR KAJIWARA EQUIPMENT CO., INC. |
| By:_____ | By:_____ |

-5-

JOINDER IN NOTICE OF REMOVAL

1  Dated: _____                          Dated: _____
2  VIC MANUFACTURING CORPORATION                   M.B.L., INC.
3  By:_____                              By:_____
4
5
6  Dated: _____                          Dated: _____
   GOSS-JEWETT CO. OF NORTHERN                     MCGREGOR SUPPLY COMPANY
7  CALIFORNIA
                                                   By:_____
8  By:_____
9
10 Dated: _____                          Dated: _____
11 S.B. SUPPLY INC.                                WASHEX MACHINERY OF CALIFORNIA, INC.
12 By:_____
                                                   By:_____
13
14
15 Dated: _____                          Dated: 7-7-08
16 WORKROOM SUPPLY, INC.                           TAYLOR HOUSEMAN, INC.
17 By:_____                              By: /s/ Randy Houseman   V.P.
18
19 Dated: _____                          Dated: _____
20 UNITED FABRICARE SUPPLY, INC.                   ECHCO SALES INC.
21 By:_____                              By:_____
22
23
24 Dated: _____                          Dated: _____
25 MW EQUIPMENT                                    ARTHUR KAJIWARA EQUIPMENT CO., INC.
26 By:_____                              By:_____
27
28

-5-

| | |
|---|---|
| Dated: 06/26/08 | Dated: _____ |
| KELLEHER EQUIPMENT SUPPLY, INC. | US MACHINERY & ENGINEERING CO., INC. |
| By: *[signature]* V.P. | By: _____ |
| Kelly Kelleher, Vice President | |
| | |
| Dated: _____ | Dated: _____ |
| WYATT-BENNETT | CORBETT EQUIPMENT |
| By: _____ | By: _____ |
| | |
| Dated: _____ | Dated: _____ |
| FULLER SUPPLY COMPANY | SAV-ON- MACHINERY COMPANY, INC. |
| By: _____ | By: _____ |

| | |
|---|---|
| Dated: _____ | Dated: _____ |
| KELLEHER EQUIPMENT SUPPLY, INC. | US MACHINERY & ENGINEERING CO., INC. |
| By:_____ | By:_____ |
| | |
| Dated: 6/27/08 | Dated: _____ |
| WYATT-BENNETT | CORBETT EQUIPMENT |
| By: [signature] | By:_____ |
| | |
| Dated: _____ | Dated: _____ |
| FULLER SUPPLY COMPANY | SAV-ON- MACHINERY COMPANY, INC. |
| By:_____ | By:_____ |

-6-

JOINDER IN NOTICE OF REMOVAL