ORIGINAL FILED

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SI

| | |
|---|---|
| 1 | Gary J. Smith (SB #141393) |
| 2 | Ryan R. Tacorda (SB #227070) |
|   | BEVERIDGE & DIAMOND, P.C. |
| 3 | 456 Montgomery Street, Suite 1800 |
|   | San Francisco, CA 94104-1251 |
| 4 | Telephone: (415) 262-4000 |
| 5 | Facsimile: (415) 262-4040 |
| 6 | Robert Brager |
|   | BEVERIDGE & DIAMOND, P.C. |
| 7 | 201 North Charles Street, Suite 2210 |
|   | Baltimore, MD 21201-4150 |
| 8 | Telephone: (410) 230-3850 |
|   | Facsimile: (410) 230-3868 |
| 9 | |
| 10 | Attorneys for Defendant |
|    | PPG INDUSTRIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3267

CALIFORNIA WATER SERVICE COMPANY,

    Plaintiff,

    vs.

THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a

DECLARATION OF STEPHEN J. VALEN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)

-1-

| | |
|---|---|
| 1 | COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a |
| 2 | REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, |
| 3 | BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST |
| 4 | LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, |
| 5 | RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, |
| 6 | M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR |
| 7 | SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, |
| 8 | INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE |
| 9 | SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA |
| 10 | EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US |
| 11 | MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT |
| 12 | EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY |
| 13 | COMPANY, INC. and DOES 1 through 750, INCLUSIVE, |
| 14 | |
| 15 | Defendants. |

17  I, Stephen J. Valen, declare:

18  1.  I am an attorney licensed to practice law before the courts in the State of California. I

19 am Partner at the law firm of Filice Brown Eassa & McLeod LLP, which represents defendant The

20 Dow Chemical Company in the above-referenced action.

21  2.  The following facts are within my person knowledge and, if called to testify to the

22 matters stated herein, I could and would competently do so.

23  3.  In order to request that defendant Goss-Jewett Co. of Northern California ("Goss-

24 Jewett") join or consent to the Notice of Removal in the above-referenced action, I contacted Roland

25 Thé of the law firm of Brydon Hugo & Parker, counsel for Goss-Jewett. Mr. Thé informed me that

26 Goss-Jewett had not been served in the above-referenced action. Mr. Thé also stated that Goss-

27 Jewett would consent to removal if it were to be served.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.
3  Executed this 30th day of June, 2008 in Oakland, California.

By: _____
   Stephen J. Valen

-3-
DECLARATION OF STEPHEN J. VALEN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)