```
1   Gary J. Smith (SB #141393)
    Ryan R. Tacorda (SB #227070)
2   BEVERIDGE & DIAMOND, P.C.
3   456 Montgomery Street, Suite 1800
    San Francisco, CA 94104-1251
4   Telephone: (415) 262-4000
    Facsimile: (415) 262-4040
5
6   Robert Brager
    BEVERIDGE & DIAMOND, P.C.
7   201 North Charles Street, Suite 2210
    Baltimore, MD 21201-4150
8   Telephone: (410) 230-3850
    Facsimile: (410) 230-3868
9
    Attorneys for Defendant
10  PPG INDUSTRIES, INC.
```

ORIGINAL FILED

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a | CASE NO. CV 08 3267 SI<br><br>**DECLARATION OF RYAN R. TACORDA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)** |

-1-

DECLARATION OF RYAN R. TACORDA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)

| | |
|---|---|
| 1 | COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE, |
| | Defendants. |

I, Ryan R. Tacorda, declare:

1.   I am an attorney licensed to practice law before the courts in the State of California. I am an associate at the law firm of Beveridge & Diamond, P.C., which represents defendant PPG Industries, Inc. in the above-referenced action.

2.   The following facts are within my personal knowledge and, if called to testify to the matters stated herein, I could and would competently do so.

3.   In order to request that defendant Fluormatic Midwest, Ltd. ("Fluormatic") join or consent to the Notice of Removal, I attempted to contact Fluormatic or its counsel. On information and belief, Fluormatic has been dissolved. This is supported by the Corporation File Detail Report on the Illinois Secretary of State website which shows Fluormatic was involuntary dissolved.

-2-

DECLARATION OF RYAN R. TACORDA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)

4. In order to request that defendant AMA Universal ("AMA") join or consent to the Notice of Removal, I attempted to contact AMA or its counsel at a U.S. address affiliated with the company (11438 West Cronridge Drive, Owings Mills, MD 21117; telephone: (443) 394-0533). On information and belief, AMA no longer exists. This is supported by the State of Maryland's Department of Assessments and Taxation website which shows that AMA forfeited its corporate charter and its existence has been terminated by the State.

5. In order to request that defendant Lindus S.R.L. d/b/a Lindus West ("Lindus") join or consent to the Notice of Removal, I contacted Norm Korey, owner of Lindus, on June 30, 2008. Mr. Lindus informed me that he had not been served in the above-referenced action as the agent or owner of Lindus.

6. In order to request that defendant MW Equipment, Inc. ("MW Equipment") join or consent to the Notice of Removal, I contacted Michael Wee of MW Equipment daily from June 30, 2008 - July 3, 2008, and again on July 7, 2008. Mr. Wee, who described himself as the owner of the company, declined to provide the name of MW Equipment's attorney upon my repeated requests. On July 7, 2008, Mr. Wee informed me that he believed MW Equipment was improperly named in the above-referenced action. He further stated that he did not want to be involved in the case and that his attorney intended to write to Plaintiff to seek dismissal.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of July 2008 in San Francisco, California.

By: _____
Ryan R. Tacorda