ORIGINAL FILED

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  Gary J. Smith (SB #141393)
2  Ryan R. Tacorda (SB #227070)
   BEVERIDGE & DIAMOND, P.C.
3  456 Montgomery Street, Suite 1800
   San Francisco, CA 94104-1251
4  Telephone: (415) 262-4000
   Facsimile: (415) 262-4040
5
6  Robert Brager
   BEVERIDGE & DIAMOND, P.C.
7  201 North Charles Street, Suite 2210
   Baltimore, MD 21201-4150
8  Telephone: (410) 230-3850
   Facsimile: (410) 230-3868
9
   Attorneys for Defendant
10 PPG INDUSTRIES, INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 CALIFORNIA WATER SERVICE         CASE NO.  CV 08 3267 SI
   COMPANY,
15
          Plaintiff,                DECLARATION OF MAUREEN L. KING
16                                  IN SUPPORT OF NOTICE OF REMOVAL
     vs.                            OF ACTION UNDER 28 U.S.C. § 1441(b)
17                                  (ORIGINAL JURISDICTION)
   THE DOW CHEMICAL COMPANY; E.I.
18 DUPONT DE NEMOURS AND COMPANY;
   PPG INDUSTRIES, INC.; VULCAN
19 MATERIALS COMPANY; OCCIDENTAL
   CHEMICAL CORPORATION; VALERO
20 ENERGY CORPORATION; STAUFFER
   CHEMICAL COMPANY; BOWE-PERMAC,
21 INC., individually and d/b/a BOWE TEXTILE
   CLEANING, INC.; HOYT CORPORATION;
22 R.R. STREET & CO., INC.; MCGRAW
   EDISON COMPANY, individually and d/b/a
23 AMERICAN LAUNDRY MACHINERY, INC.;
   AMERICAN LAUNDRY MACHINERY, INC.,
24 individually and d/b/a AJAX
   MANUFACTURING DIVISION AND
25 MARTIN EQUIPMENT, WHITE
   CONSOLIDATED INDUSTRIES, INC.,
26 individually and d/b/a WASHEX
   MACHINERY DIVISION, ELECTROLUX
27 CORPORATION, LINDUS S.R.L., individually
   and d/b/a LINDUS WEST, COLUMBIA
28 DRYCLEANING MACHINES, a/k/a

-1-

DECLARATION OF MAUREEN L. KING IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)

528343.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE,<br><br>Defendants. |

I, Maureen L. King, declare:

1. I am an attorney licensed to practice law before this Court, and the courts of the State of California. I am an attorney at the law firm of Barg Coffin Lewis & Trapp, LLP, which represents defendant Occidental Chemical Corporation in the above-referenced action.

2. The following facts are within my personal knowledge and, if called to testify to the matters stated herein, I could and would competently do so.

3. In order to request that defendant Electrolux Corporation ("Electrolux") join or consent to the Notice of Removal in the above-referenced action, on June 18, 2008, I contacted Skip Lockard of Alston & Bird LLP, counsel for Electrolux. Mr. Lockard informed me that Electrolux had not been served in the above-referenced action. Additionally, Mr. Lockard informed me that named defendant White Consolidated Industries d/b/a Washex Machinery Division no longer exists

and had merged into Electrolux Home Products. Mr. Lockard also stated that Electrolux would consent to removal if it were to be served. On June 25, 2008, Mr. Lockard confirmed that Electrolux remained unserved.

4. In order to request that defendant Marvel Manufacturing ("Marvel") join or consent to the Notice of Removal, I attempted to contact Marvel or its counsel. On information and belief, Marvel no longer exists. On or about June 18, 2008, I contacted Dan Duncan, former counsel of Marvel, who stated that Marvel had filed for bankruptcy and he had no knowledge regarding Marvel's current legal counsel. On or about June 18, 2008, I also called the phone number listed for Marvel on McRae's Blue Book Industrial Directory (http://www.macraesbluebook.com/search/company) and spoke to an entity which purchased Marvel's remaining inventory and the right to use Marvel's phone number. I was informed that Marvel stopped doing business on July 7, 2007. The California Business Portal on the California Secretary of State website contains no listing for Marvel.

5. In order to request that defendant U.S. Machinery & Engineering Co., Inc. ("US Machinery") join or consent to the Notice of Removal, on or about June 17 and 18, 2008, I contacted Kenneth Park, President of U.S. Machinery and its registered agent for service of process. Mr. Park informed me that he had not been served in the above-referenced action. On July 7, 2008, Mr. Park confirmed that U.S. Machinery remained unserved.

6. In order to request that defendant Sav-On Machinery Company, Inc. ("Sav-On") join or consent to the Notice of Removal, I attempted to contact Sav-On or its counsel. On information and belief, Sav-On no longer exists. This is supported by the California Business Portal on the California Secretary of State website, which shows that Sav-On has been dissolved. On or about June 17 and 18, 2008, I also called the phone number listed for Sav-On on the Zami San Francisco Yellow Pages (http://i.zami.com/iphone/) and spoke to an entity which disclaimed any knowledge of Sav-On or the above-referenced action.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  Executed this 7th day of July, 2008 in San Francisco, California.

By: _____
     Maureen L. King