```
 1 | Gary J. Smith (SB #141393)
   | Ryan R. Tacorda (SB #227070)
 2 | BEVERIDGE & DIAMOND, P.C.
 3 | 456 Montgomery Street, Suite 1800
   | San Francisco, CA 94104-1251
 4 | Telephone: (415) 262-4000
   | Facsimile: (415) 262-4040
 5 |
 6 | Robert Brager
   | BEVERIDGE & DIAMOND, P.C.
 7 | 201 North Charles Street, Suite 2210
   | Baltimore, MD 21201-4150
 8 | Telephone: (410) 230-3850
   | Facsimile: (410) 230-3868
 9 |
   | Attorneys for Defendant
10 | PPG INDUSTRIES, INC.
```

ORIGINAL FILED

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA WATER SERVICE COMPANY,

    Plaintiff,

vs.

THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a

CV 08 NO. 3267 SI

DECLARATION OF SARAH F. PETERMAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)

-1-

DECLARATION OF SARAH F. PETERMAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE,<br><br>                    Defendants. |

I, Sarah F. Peterman, declare:

1. I am an attorney licensed to practice law before the courts in the State of California. I am an associate at the law firm of Farella Braun + Martel, which represents defendant Legacy Vulcan Corp., formerly known as Vulcan Materials Company, in the above-referenced action.

2. The following facts are within my personal knowledge and, if called to testify to the matters stated herein, I could and would competently do so.

3. In order to request that defendant Bergparma of America, LLC ("Bergparma") join or consent to the Notice of Removal, I attempted to contact Bergparma or its counsel. On information and belief, Bergparma has been dissolved and/or revoked. On June 18, 2008, I spoke to James Cueto, the agent for service of process for an affiliated company, Bergparma USA, who informed me that Bergparma dissolved in approximately 2001. Additionally, on file in my office are

-2-

DECLARATION OF SARAH F. PETERMAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)

Bergparma's revoking papers from the State of New Jersey that show Bergparma was revoked in 2005. Mr. Cueto also informed me that Bergparma USA has also been dissolved.

4. In order to request that defendant Western Multitex join or consent to the Notice of Removal, I contacted Nicole Kim of Western Multitex on June 18, 2008. Ms. Kim informed me that Western Multitex had not been served in the above-referenced action. On July 3, 2008, Ms. Kim confirmed that Western Multitex remained unserved.

5. In order to request that defendant Fuller Supply Company ("Fuller") join or consent to the Notice of Removal, I contacted Thomas Little, President of Fuller, on June 18 and 19, 2008. Mr. Little informed me that Fuller had been erroneously served and would be dismissed from the case. Attached as Exhibit A to this Declaration is a true and correct copy of the letter Mr. Little received from Plaintiff's counsel explaining this error and that Plaintiff was in the process of serving an amended complaint replacing Fuller with Fuller Supply Company, Inc. of San Francisco, California ("Fuller II"). However, on information and belief, Fuller II is a dissolved corporation. This is supported by the California Business Portal on the California Secretary of State website, which shows that Fuller II has been dissolved.

6. In order to request that defendant Cooper Industries, LLC ("Cooper"), successor to named defendant McGraw Edison Company, join or consent to the Notice of Removal, I made contact with Kristin Reyna of the Gordon & Rees law firm, counsel for Cooper, who informed me that Cooper was a successor to McGraw Edison and that no service has occurred. On June 25, 2008, Ms. Reyna confirmed that no service has occurred. Ms. Reyna later confirmed that Cooper remained unserved through the week of July 3, 2008.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of July 2008 in San Francisco, California.

By: _____
Sarah F. Peterman

-3-

DECLARATION OF SARAH F. PETERMAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b) (ORIGINAL JURISDICTION)

# EXHIBIT A



**SHER·LEFF** LLP

Marnie E. Riddle
(415) 348-8300 x. 102
mriddle@sherleff.com

June 23, 2008

Thomas Little
President
Fuller Supply Co. Inc.
191 Crowell Dr. N.W.
P.O. Box 1261
Concord, NC 28026

      Re:   *California Water Service Company v. The Dow Chemical Company, et al.,* San Mateo County Superior Court, Civ. No. 473093

Dear Mr. Little,

    Plaintiff California Water Service Company in the above-entitled case, filed May 22, 2008 in San Mateo County Superior Court in California, is in the process of amending its complaint to correct the erroneous identification of Fuller Supply Company as a business organization operating in North Carolina. We are also in the process of serving Fuller Supply Company of San Francisco, California, with a copy of the original complaint, and we will serve that entity with a copy of the amended complaint as well. We will also be glad to send you a courtesy copy of the amended complaint if you would like one for your records, but you will not be served. We apologize for the inconvenience.

    On June 18, 2008, you provided California Water Service Company with a signed letter which states, among other things, that Fuller Supply has never operated or conducted business in the State of California. In this letter you requested an agreement to postpone or defer Fuller Supply Co., Inc.'s response to the complaint indefinitely. By this letter Plaintiff affirms that the running of any statute of limitations, and any and all statutes, laws, rules or principles of equity or similar effect (collectively, "statute of limitations"), as it may apply to California Water Service Company's claims against Fuller Supply Co., Inc. of North Carolina, is hereby tolled, and no answer or other response to the complaint is currently due.

Very truly yours,

Marnie Riddle

450 Mission Street, Suite 400 • San Francisco, California 94105  **tel** (415) 348-8300  **fax** (415) 348-8333