```
 1  Gary J. Smith (SB #141393)
    Ryan R. Tacorda (SB #227070)
 2  BEVERIDGE & DIAMOND, P.C.
 3  456 Montgomery Street, Suite 1800
    San Francisco, CA 94104-1251
 4  Telephone: (415) 262-4000
    Facsimile: (415) 262-4040
 5
 6  Robert Brager
    BEVERIDGE & DIAMOND, P.C.
 7  201 North Charles Street, Suite 2210
    Baltimore, MD 21201-4150
 8  Telephone: (410) 230-3850
    Facsimile: (410) 230-3868
 9
    Attorneys for Defendant
10  PPG INDUSTRIES, INC.
```

ORIGINAL FILED

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SI

```
13
14  CALIFORNIA WATER SERVICE              CASE NO.
    COMPANY,                           CV 08    3267
15                Plaintiff,             CONSENT TO REMOVAL
16         vs.
17  THE DOW CHEMICAL COMPANY; E.I.
    DUPONT DE NEMOURS AND COMPANY;
18  PPG INDUSTRIES, INC.; VULCAN
    MATERIALS COMPANY; OCCIDENTAL
19  CHEMICAL CORPORATION; VALERO
    ENERGY CORPORATION; STAUFFER
20  CHEMICAL COMPANY; BOWE-PERMAC,
    INC., individually and d/b/a BOWE TEXTILE
21  CLEANING, INC.; HOYT CORPORATION;
    R.R. STREET & CO., INC.; MCGRAW
22  EDISON COMPANY, individually and d/b/a
    AMERICAN LAUNDRY MACHINERY, INC.;
23  AMERICAN LAUNDRY MACHINERY, INC.,
    individually and d/b/a AJAX
24  MANUFACTURING DIVISION AND
    MARTIN EQUIPMENT, WHITE
25  CONSOLIDATED INDUSTRIES, INC.,
    individually and d/b/a WASHEX
26  MACHINERY DIVISION, ELECTROLUX
    CORPORATION, LINDUS S.R.L., individually
27  and d/b/a LINDUS WEST, COLUMBIA
    DRYCLEANING MACHINES, a/k/a
28  COLUMBIA/ILSA MACHINES CORP.,
    REALSTAR, INC., individually and d/b/a
```

-1-
CONSENT TO REMOVAL

1  REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC,
2  BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST
3  LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING,
4  RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION,
5  M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR
6  SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA,
7  INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED
8  FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR
9  KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US
10 MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT
11 EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY
12 COMPANY, INC. and DOES 1 through 750, INCLUSIVE,
13
14              Defendants.

15         The undersigned hereby consents to the removal of this action, entitled *California Water
16 Service Company v. The Dow Chemical Company*, Case Number CIV 473093, from the Superior
17 Court in and for the County of San Mateo to the United States District Court for the Northern
18 District of California.

19
20
21 Dated: 07/07/08
22
   Washex Machinery of California, Inc.
23
24 By: /s/ Gail M Darden, Secretary
25
26
27
28

-2-

CONSENT TO REMOVAL