1 | Gary J. Smith (SB #141393)
2 | Ryan R. Tacorda (SB #227070)
  | BEVERIDGE & DIAMOND, P.C.
3 | 456 Montgomery Street, Suite 1800
  | San Francisco, CA 94104-1251
4 | Telephone: (415) 262-4000
  | Facsimile: (415) 262-4040
5 |
6 | Robert Brager
  | BEVERIDGE & DIAMOND, P.C.
7 | 201 North Charles Street, Suite 2210
  | Baltimore, MD 21201-4150
8 | Telephone: (410) 230-3850
  | Facsimile: (410) 230-3868
9 |
10 | Attorneys for Defendant
   | PPG INDUSTRIES, INC.

**ORIGINAL** *E-filing*
**FILED**

JUL – 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

**CV 08 3267**

| | |
|---|---|
| 13 | |
| 14 | CALIFORNIA WATER SERVICE COMPANY, |
| 15 | Plaintiff, |
| 16 | vs. |
| 17 | THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; |
| 18 | PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL |
| 19 | CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER |
| 20 | CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE |
| 21 | CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW |
| 22 | EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., |
| 23 | AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX |
| 24 | MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE |
| 25 | CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX |
| 26 | MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually |
| 27 | and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a |
| 28 | COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a |

CASE NO.

**CONSENT TO REMOVAL**

-1-

CONSENT TO REMOVAL

1  REALSTAR USA, UNION DRYCLEANING
   PRODUCTS USA, FIRBIMATIC,
2  BERGPARMA OF AMERICA, LLC, AMA
   UNIVERSAL, FLUORMATIC MIDWEST
3  LTD., FORENTA LP, WESTERN MULTITEX
   CORP., MARVEL MANUFACTURING,
4  RENZACCI OF AMERICA, SAIL STAR USA,
   VIC MANUFACTURING CORPORATION,
5  M.B.L., INC., GOSS-JEWETT CO. OF
   NORTHERN CALIFORNIA, MCGREGOR
6  SUPPLY COMPANY, S.B. SUPPLY INC.,
   WASHEX MACHINERY OF CALIFORNIA,
7  INC., WORKROOM SUPPLY, INC., TAYLOR
   HOUSEMAN, INC., UNITED FABRICARE
8  SUPPLY, INC., ECHCO SALES INC., MW
   EQUIPMENT, ARTHUR KAJIWARA
9  EQUIPMENT CO., INC., KELLEHER
   EQUIPMENT SUPPLY, INC., US
10 MACHINERY & ENGINEERING CO., INC.,
   WYATT-BENNETT, CORBETT
11 EQUIPMENT, FULLER SUPPLY
   COMPANY, SAV-ON MACHINERY
12 COMPANY, INC. and DOES 1 through 750,
   INCLUSIVE,
13
                    Defendants.
14

15      The undersigned hereby consents to the removal of this action from the Superior Court in and

16 for the County of San Mateo to the United States District Court for the Northern District of

17 California.

18

19

20 Dated:  7-7-08

21
   Arthur Kajiwara Equipment Company, Inc.
22

23 By:

24

25

26

27

28

                                    -2-

CONSENT TO REMOVAL