**ORIGINAL FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  Gary J. Smith (SB #141393)
2  Ryan R. Tacorda (SB #227070)
   BEVERIDGE & DIAMOND, P.C.
3  456 Montgomery Street, Suite 1800
   San Francisco, CA 94104-1251
4  Telephone: (415) 262-4000
   Facsimile: (415) 262-4040
5

6  Robert Brager
   BEVERIDGE & DIAMOND, P.C.
7  201 North Charles Street, Suite 2210
   Baltimore, MD 21201-4150
8  Telephone: (410) 230-3850
   Facsimile: (410) 230-3868
9
   Attorneys for Defendant
10 PPG INDUSTRIES, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 CALIFORNIA WATER SERVICE           CV CASE NO. 08 3267
14 COMPANY,

15            Plaintiff,               **CONSENT TO REMOVAL**

16    vs.

17 THE DOW CHEMICAL COMPANY; E.I.
   DUPONT DE NEMOURS AND COMPANY;
18 PPG INDUSTRIES, INC.; VULCAN
   MATERIALS COMPANY; OCCIDENTAL
19 CHEMICAL CORPORATION; VALERO
   ENERGY CORPORATION; STAUFFER
20 CHEMICAL COMPANY; BOWE-PERMAC,
   INC., individually and d/b/a BOWE TEXTILE
21 CLEANING, INC.; HOYT CORPORATION;
   R.R. STREET & CO., INC.; MCGRAW
22 EDISON COMPANY, individually and d/b/a
   AMERICAN LAUNDRY MACHINERY, INC.,
23 AMERICAN LAUNDRY MACHINERY, INC.,
   individually and d/b/a AJAX
24 MANUFACTURING DIVISION AND
   MARTIN EQUIPMENT, WHITE
25 CONSOLIDATED INDUSTRIES, INC.,
   individually and d/b/a WASHEX
26 MACHINERY DIVISION, ELECTROLUX
   CORPORATION, LINDUS S.R.L., individually
27 and d/b/a LINDUS WEST, COLUMBIA
   DRYCLEANING MACHINES, a/k/a
28 COLUMBIA/ILSA MACHINES CORP.,
   REALSTAR, INC., individually and d/b/a

-1-

CONSENT TO REMOVAL

| | |
|---|---|
| 1 | REALSTAR USA. UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, |
| 2 | BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST |
| 3 | LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, |
| 4 | RENZACCI OF AMERICA, SAILSTAR USA, VIC MANUFACTURING CORPORATION, |
| 5 | M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR |
| 6 | SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, |
| 7 | INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED |
| 8 | FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR |
| 9 | KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US |
| 10 | MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT |
| 11 | EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY |
| 12 | COMPANY, INC. and DOES 1 through 750, INCLUSIVE, |
| 13 | |
| 14 | Defendants. |

The undersigned hereby consents to the removal of this action from the Superior Court in and for the County of San Mateo to the United States District Court for the Northern District of California.

Dated: June 26, 2008

Corbett Equipment

By: _____

THOMAS W. HOOD, ATTORNEY AT LAW
HOOD AND REED
18141 BEACH BLVD. SUITE 370
HUNTINGTON BEACH, CA. 92648

-2-