1 | STEVEN H. GURNEE, ESQ. SB# 66056
  | JOHN A. MASON, ESQ. SB# 166996
2 | GURNEE & DANIELS LLP
  | 2240 Douglas Boulevard, Suite 150
3 | Roseville, CA 95661-3805
  | Telephone    (916) 797-3100
4 | Facsimile    (916) 797-3131
  | Attorneys for Defendant
5 | VALERO ENERGY CORPORATION

ORIGINAL FILED

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA WATER SERVICE COMPANY,

    Plaintiff,

vs.

THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA

CASE NO. CV 08 3267 SI

CONSENT TO REMOVAL

CONSENT TO REMOVAL
Case No.:                                                                                          1

1  UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE,

Defendants.

### CONSENT TO REMOVE

Defendant, Valero Energy Corporation, without waiver of any challenges to personal jurisdiction, hereby consents to the removal of this action from the Superior Court of the State of California, County of San Mateo (originally denominated Case No. CV 473093), to the District Court of the United States for the Northern District of California.

Dated:  June 25, 2008

GURNEE & DANIELS LLP

By _____
STEVEN H. GURNEE, ESQ.
JOHN A. MASON, ESQ.
Attorneys for Defendant
VALERO ENERGY CORPORATION

CONSENT TO REMOVAL
Case No.:

2