| | |
|---|---|
| 1 | Gary J. Smith (SB #141393) |
| 2 | Ryan R. Tacorda (SB #227070)<br>BEVERIDGE & DIAMOND, P.C. |
| 3 | 456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251 |
| 4 | Telephone: (415) 262-4000 |
| 5 | Facsimile: (415) 262-4040 |
| 6 | Robert Brager |
| 7 | BEVERIDGE & DIAMOND, P.C.<br>201 North Charles Street, Suite 2210 |
| 8 | Baltimore, MD 21201-4150<br>Telephone: (410) 230-3850 |
| 9 | Facsimile: (410) 230-3868 |
| 10 | Attorneys for Defendant<br>PPG INDUSTRIES, INC. |

ORIGINAL FILED

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA WATER SERVICE COMPANY,

    Plaintiff,

vs.

THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a

CASE NO: CV 08 3267 SI

CONSENT TO REMOVAL

CONSENT TO REMOVAL

| | |
|---|---|
| 1 | REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, |
| 2 | BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST |
| 3 | LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, |
| 4 | RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, |
| 5 | M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR |
| 6 | SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, |
| 7 | INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE |
| 8 | SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA |
| 9 | EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US |
| 10 | MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT |
| 11 | EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY |
| 12 | COMPANY, INC. and DOES 1 through 750, INCLUSIVE, |
| 13 | |
| 14 | Defendants. |

15  The undersigned hereby consents to the removal of this action from the Superior Court in and

16  for the County of San Mateo to the United States District Court for the Northern District of

17  California.

20  Dated: 6/30/05

21  Forenta, L.P.

23  By: _____
      Thomas H. Clarke, Jr.
24    RMKB
      Counsel for Forenta, LP

-2-

CONSENT TO REMOVAL