| | |
|---|---|
| 1 | Gary J. Smith (SB #141393) |
| 2 | Ryan R. Tacorda (SB #227070)<br>BEVERIDGE & DIAMOND, P.C. |
| 3 | 456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251 |
| 4 | Telephone: (415) 262-4000<br>Facsimile: (415) 262-4040 |
| 5 | |
| 6 | Robert Brager<br>BEVERIDGE & DIAMOND, P.C. |
| 7 | 201 North Charles Street, Suite 2210<br>Baltimore, MD 21201-4150 |
| 8 | Telephone: (410) 230-3850<br>Facsimile: (410) 230-3868 |
| 9 | |
| 10 | Attorneys for Defendant<br>PPG INDUSTRIES, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | | |
| 14 | CALIFORNIA WATER SERVICE COMPANY, | CASE NO. CIV-08-3267 SI |
| 15 | Plaintiff, | |
| 16 | vs. | **CERTIFICATE OF SERVICE re NOTICE REGARDING COMPLETION OF SERVICE AND FILING REQUIREMENTS FOR REMOVAL PETITION** |
| 17 | THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; | |
| 18 | PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL | |
| 19 | CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER | |
| 20 | CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE | |
| 21 | CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW | |
| 22 | EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., | |
| 23 | AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX | |
| 24 | MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE | |
| 25 | CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX | |
| 26 | MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually | |
| 27 | and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a | |

Certificate of Service re Notice Re Completion of Service and Filing Requirements for Removal Petition; Case No. CIV-08-3267 SI

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE,<br><br>                    Defendants. |

I, Adela C. Cruz, certify and declare that I am a citizen of the United States, over the age of eighteen years and not a party to this action. I am employed in the City and County of San Francisco and my business address is 456 Montgomery Street, Suite 1800, San Francisco, California 94104.

On July 9, 2008, at San Francisco, California, I served the following document:

**NOTICE REGARDING COMPLETION OF SERVICE AND FILING REQUIREMENTS FOR REMOVAL PETITION**

by placing a true copy thereof in separate, sealed envelopes addressed as follows:

    Marnie Erica Riddle, Esq.
    Sher Leff LLP
    450 Mission Street, Suite 400
    San Francisco, CA   94105

✓ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of mail. Under that practice, envelopes would be deposited with the U.S. Postal Service that same day, with first class postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service.

-2-

Certificate of Service re Notice Re Completion of Service and Filing Requirements for Removal Petition; Case No. CIV-08-3267 SI

| | |
|---|---|
| 1 | ✓ **(Federal Courts Only):** I declare that I am employed in the office of a member of the court at whose direction this service was made. |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008, at San Francisco, California.

*Adela C. Cruz* (signature)
Adela C. Cruz

Certificate of Service re Notice Re Completion of Service and Filing Requirements for Removal Petition; Case No. CIV-08-3267 SI