1    Gary J. Smith (SB #141393)
     Ryan R. Tacorda (SB #227070)
2    BEVERIDGE & DIAMOND, P.C.
3    456 Montgomery Street, Suite 1800
     San Francisco, CA 94104-1251
4    Telephone: (415) 262-4000
     Facsimile: (415) 262-4040
5
     Robert Brager
6    BEVERIDGE & DIAMOND, P.C.
7    201 North Charles Street, Suite 2210
     Baltimore, MD 21201-4150
8    Telephone: (410) 230-3850
     Facsimile: (410) 230-3868
9
     Attorneys for Defendant
10   PPG INDUSTRIES, INC.

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13
     CALIFORNIA WATER SERVICE           **CASE NO. CIV-08-3267 SI**
14   COMPANY,

15              Plaintiff,

16        vs.
                                        **CERTIFICATE OF SERVICE re**
17   THE DOW CHEMICAL COMPANY; E.I.     **SUBMISSION OF REMAINING**
     DUPONT DE NEMOURS AND COMPANY;     **DOCUMENTS FROM STATE COURT**
18   PPG INDUSTRIES, INC.; VULCAN       **FILE**
     MATERIALS COMPANY; OCCIDENTAL
19   CHEMICAL CORPORATION; VALERO
     ENERGY CORPORATION; STAUFFER
20   CHEMICAL COMPANY; BOWE-PERMAC,
     INC., individually and d/b/a BOWE TEXTILE
21   CLEANING, INC.; HOYT CORPORATION;
     R.R. STREET & CO., INC.; MCGRAW
22   EDISON COMPANY, individually and d/b/a
     AMERICAN LAUNDRY MACHINERY, INC.,
23   AMERICAN LAUNDRY MACHINERY, INC.,
     individually and d/b/a AJAX
24   MANUFACTURING DIVISION AND
     MARTIN EQUIPMENT, WHITE
25   CONSOLIDATED INDUSTRIES, INC.,
     individually and d/b/a WASHEX
26   MACHINERY DIVISION, ELECTROLUX
     CORPORATION, LINDUS S.R.L., individually
27   and d/b/a LINDUS WEST, COLUMBIA
     DRYCLEANING MACHINES, a/k/a
28   COLUMBIA/ILSA MACHINES CORP.,

---

Certificate of Service re Submission of Remaining Documents from State Court File; Case No. CIV-08-3267 SI

1  REALSTAR, INC., individually and d/b/a
   REALSTAR USA, UNION DRYCLEANING
2  PRODUCTS USA, FIRBIMATIC,
   BERGPARMA OF AMERICA, LLC, AMA
3  UNIVERSAL, FLUORMATIC MIDWEST
   LTD., FORENTA LP, WESTERN MULTITEX
4  CORP., MARVEL MANUFACTURING,
   RENZACCI OF AMERICA, SAIL STAR USA,
5  VIC MANUFACTURING CORPORATION,
   M.B.L., INC., GOSS-JEWETT CO. OF
6  NORTHERN CALIFORNIA, MCGREGOR
   SUPPLY COMPANY, S.B. SUPPLY INC.,
7  WASHEX MACHINERY OF CALIFORNIA,
   INC., WORKROOM SUPPLY, INC., TAYLOR
8  HOUSEMAN, INC., UNITED FABRICARE
   SUPPLY, INC., ECHCO SALES INC., MW
9  EQUIPMENT, ARTHUR KAJIWARA
   EQUIPMENT CO., INC., KELLEHER
10 EQUIPMENT SUPPLY, INC., US
   MACHINERY & ENGINEERING CO., INC.,
11 WYATT-BENNETT, CORBETT
   EQUIPMENT, FULLER SUPPLY
12 COMPANY, SAV-ON MACHINERY
   COMPANY, INC. and DOES 1 through 750,
13 INCLUSIVE,

14            Defendants.

15     I, Adela C. Cruz, certify and declare that I am a citizen of the United States, over the age of
   eighteen years and not a party to this action.  I am employed in the City and County of San Francisco
16 and my business address is 456 Montgomery Street, Suite 1800, San Francisco, California  94104.

17     On July 9, 2008, at San Francisco, California, I served the following document:

18     **SUBMISSION OF REMAINING DOCUMENTS FROM STATE COURT FILE**

19 by placing a true copy thereof in separate, sealed envelopes addressed as follows:

20     Marnie Erica Riddle, Esq.
       Sher Leff LLP
21     450 Mission Street, Suite 400
       San Francisco, CA  94105
22

23  ✓  **BY FIRST CLASS MAIL:**  I am readily familiar with my employer's practice for
       the collection and processing of mail.  Under that practice, envelopes would be
24     deposited with the U.S. Postal Service that same day, with first class postage
       thereon fully prepaid, in the ordinary course of business.  I am aware that on
25     motion of the party served, service is presumed invalid if the postal cancellation
       date or postage meter date is more than one day after the date of deposit for
26     mailing shown in this proof of service.
    ✓  **(Federal Courts Only):**  I declare that I am employed in the office of a member of
27     the court at whose direction this service was made.

28                                   -2-

1    I certify under penalty of perjury that the foregoing is true and correct.

2    Executed on July 9, 2008, at San Francisco, California.

3

4                                    Adela C. Cruz

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service re Submission of Remaining Documents from State Court File; Case No. CIV-08-3267 SI