**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098
Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant
McGregor Supply Company

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al., and DOES 1 TO 750, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:08-CV-3267 SI<br><br>**DEFENDANT MCGREGOR SUPPLY COMPANY'S NOTICE OF APPEARANCE OF COUNSEL** |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jan A. Greben of Greben & Associates, 1332 Anacapa St., Suite 110, Santa Barbara, CA 93101; Telephone: (805) 963-9090; Facsimile: (805) 963-9098; E-mail: jan@grebenlaw.com, hereby makes an appearance in the above-entitled matter on behalf of Defendant McGregor Supply Company.

Dated: 7/9/08

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jan A. Greben
　　　　　　　　　　　　　　　　　　　　　　　GREBEN & ASSOCIATES
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　McGregor Supply Company