1  **GREBEN & ASSOCIATES**
   1332 ANACAPA, SUITE 110
2  SANTA BARBARA, CA 93101
   TELEPHONE: (805) 963-9090
3  FACSIMILE: (805) 963-9098
   Jan A. Greben, State Bar No. 103464
4  jan@grebenlaw.com
   Jenna L. Motola, State Bar No. 246738
5  jenna@grebenlaw.com

6

7  Attorneys for Defendant
   McGregor Supply Company

8

9
                    UNITED STATES DISTRICT COURT FOR THE
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | CALIFORNIA WATER SERVICE COMPANY,       CASE NO. 3:08-CV-03267 SI

14 |                    Plaintiff,

15 |       vs.                                **PROOF OF SERVICE**

16 | THE DOW CHEMICAL COMPANY, et al.,
   | and DOES 1 TO 750, inclusive,
17 |
   |                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY U.S. MAIL

I, the undersigned, declare:

I am over the age of 18 and not a party to the above-entitled action. My business address is 1332 Anacapa Street, Suite 110, Santa Barbara, California 93101.

On the date set forth below, I served the document(s) entitled:

**DEFENDANT MCGREGOR SUPPLY COMPANY'S NOTICE OF APPEARANCE OF COUNSEL**

On the parties in this action, by placing a true and correct copy thereof in a sealed envelope, addressed as set forth below:

| | |
|---|---|
| Marnie Erica Riddle<br>Sher Leff LLP<br>450 Mission Street, Suite 400<br>San Francisco, CA 94105 | Attorney for Plaintiff<br>CALIFORNIA WATER SERVICE COMPANY |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully paid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit indicated in the affidavit.

I declare that I am employed in the office of a member of the State Bar of this Court, at whose direction the above service was made. I also declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the date hereinafter set forth.

Dated: July 10, 2008

_____
Brian Haeberle