Gary J. Smith (SB #141393)
gsmith@bdlaw.com
Ryan R. Tacorda (SB #227070)
rtacorda@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040

Robert Brager
rbrager@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
Telephone: (410) 230-3850
Facsimile: (410) 230-3868

Attorneys for Defendant
PPG INDUSTRIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX | CASE NO.  CV-08-3267 SI<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL ON KNOWN CO-DEFENDANTS** |

| | |
|---|---|
| 1 | CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA |
| 2 | DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., |
| 3 | REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING |
| 4 | PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA |
| 5 | UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX |
| 6 | CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, |
| 7 | VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF |
| 8 | NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., |
| 9 | WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR |
| 10 | HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW |
| 11 | EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER |
| 12 | EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., |
| 13 | WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY |
| 14 | COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, |
| 15 | INCLUSIVE, |
| 16 | Defendants. |

I, Ryan R. Tacorda, certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 456 Montgomery Street, Suite 1800, San Francisco, California 94104, which is located in the city, county and state where the mailing described below took place.

On **July 8, 2008**, I served the foregoing documents describe as in this action:

1. Civil Cover Sheet;

2. Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Original Jurisdiction);

3. Joinder In Notice of Removal;

4. Consent of Removal (Arthur Kajiwara Equipment Company, Inc.);

5. Consent of Removal (Corbett Equipment);

-2-
CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO KNOWN CO-DEFENDANTS;
Case No. CV-08-3267 SI

6. Consent of Removal (Valero Energy Corporation);

7. Consent of Removal (Forenta, L.P.);

8. Consent of Removal (Washex Machinery of California, Inc.);

9. Declaration of Gary J. Smith In Support Of Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Original Jurisdiction);

10. Declaration of Stephen J. Valen In Support Of Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Original Jurisdiction);

11. Declaration of Maureen L. King In Support Of Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Original Jurisdiction);

12. Declaration of Sarah F. Peterman In Support Of Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Original Jurisdiction);

13. Declaration of Ryan R. Tacorda In Support Of Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Original Jurisdiction).

14. Order Setting Initial Case Management Conference and ADR Deadlines

15. US District Court Northern District ECF Registration Deadlines

☒ **\*\* BY E-MAIL OR ELECTRONIC TRANSMISSION.** I caused the documents to be sent to the persons at the e-mail addresses listed in **Attachment A**. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

On **July 9, 2008**, I served the foregoing document describe as in this action:

16. Consent to Proceed Before Magistrate Judge Form

☒ **\*\* BY E-MAIL OR ELECTRONIC TRANSMISSION.** I caused the documents to be sent to the persons at the e-mail addresses listed in **Attachment A**. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

On **July 9, 2008**, I served the foregoing document describe as in this action:

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO KNOWN CO-DEFENDANTS;
Case No. CV-08-3267 SI

1   Documents 1-16 listed above

☒ ** **BY E-MAIL OR ELECTRONIC TRANSMISSION.** I caused the documents to be sent to the persons at the e-mail addresses listed in **Attachment B**. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

On **July 10, 2008**, I served the foregoing document describe as in this action:

Documents 1-16 listed above

☒ ** **BY MAIL**

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

**Arthur Kajiwara**
**Arthur Kajiwara Equipment Company**
**2129 Troy Avenue**
**South El Monte, CA 91733-2535**

**M. Wee**
**MW Equipment, Inc.**
**1130 N. Pacific Avenue**
**Glendale, CA 91202**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **July 10, 2008** at San Francisco, California.

/s/ Ryan R. Tacorda
RYAN R. TACORDA

-4-
CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO KNOWN CO-DEFENDANTS;
Case No. CV-08-3267 SI

ATTACHMENT A
RE CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL
TO KNOWN CO-DEFENDANTS

| | |
|---|---|
| Gennaro Filice, Esq.<br>Stephen J. Valen, Esq.<br>Dan Nichols, Esq.<br>**Filice Brown Eassa & McLeod, LLP**<br>Lake Merritt Plaza, 18th Floor<br>1999 Harrison Street<br>Oakland, CA 94612-3408<br><br>Telephone: (510) 444-3131<br><br>Gus.Filice@filicebrown.com<br>svalen@filicebrown.com<br>dnichols@filicebrown.com<br><br>Attorneys for Defendant:<br>THE DOW CHEMICAL COMPANY | Andrew T. Mortl, Esq.<br>**Glynn & Finley, LLP**<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596<br><br>Telephone: (925) 210-2800<br>amortl@glynnfinley.com<br><br>Attorneys for Defendant:<br>E.I. DUPONT DE NEMOURS AND COMPANY |
| James H. Colopy, Esq.<br>Sarah F. Petermann, Esq.<br>**Farella Braun & Martel LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br><br>Telephone: (415) 954-4400<br><br>jcolopy@fbm.com<br>speterman@fbm.com<br><br>Attorneys for Defendant:<br>LEGACY VULCAN CORP. formerly known as VULCAN MATERIALS COMPANY | Stephen C. Lewis, Esq.<br>Maureen L. King, Esq.<br>**Barg Coffin Lewis & Trapp, LLP**<br>350 California Street, 22nd Floor<br>San Francisco, CA 94104-1435<br><br>Telephone: (415) 228-5400<br><br>scl@bcltlaw.com<br>mlk@bcltlaw.com<br><br>Attorneys for Defendant:<br>OCCIDENTAL CHEMICAL CORPORATION |
| John A. Mason, Esq.<br>**Gurnee & Daniels LLP**<br>2240 Douglas Blvd., Suite 150<br>Roseville, CA 95661-3875<br><br>Telephone: (916) 797-3100<br><br>john@gurnee-law.com<br><br>Attorneys for Defendant:<br>VALERO ENERGY CORPORATION | Thomas H. Clarke, Jr.<br>**Ropers Majeski Kohn Bentley**<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br><br>Telephone: (415) 543-4800<br>tclarke@ropers.com<br><br>Attorneys for Defendant: FORENTA LP |

| | |
|---|---|
| Alexander M. Weyand, Esq.<br>**Peterson Weyand Martin LLP**<br>49 Stevenson Street, 10th Floor<br>San Francisco, CA 94105<br><br>Telephone: (415) 399-2900<br>aweyand@pwmlaw.com<br><br>Attorneys for Defendant:<br>BOWE-PERMAC, INC., individually and d/b/a<br>BOWE TEXTILE CLEANING, INC. | Richard S. Baron, Esq.<br>Brian H. Phinney, Esq.<br>**Foley, Baron & Metzger, PLLC**<br>33533 W. 12 Mile Road, Suite 350<br>Farmington Hills, MI 48331<br><br>Telephone: (248) 488-1525<br>rbaron@fbmlaw.com<br>bphinney@fbmlaw.com<br><br>Attorneys for Defendant:<br>HOYT CORPORATION |
| John Deis, Esq.<br>**Hicks Thomas & Lilienstern, LLP**<br>700 Louisiana, Suite 2000<br>Houston, TX 77002<br><br>Telephone: (713) 547-9100<br>jdeis@hicks-thomas.com<br><br>Attorneys for Defendant:<br>R.R. STREET & CO., INC. | Kristin N. Reyna, Esq.<br>**Gordon & Rees, LLP**<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br><br>Telephone: (619) 696-6700<br>kreyna@gordonrees.com<br><br>Attorneys for Defendant:<br>MCGRAW EDISON COMPANY,<br>individually and d/b/a AMERICAN<br>LAUNDRY MACHINERY, INC. |
| Christopher M. Bechhold, Esq.<br>**Thompson Hine**<br>312 Walnut Street, 14th Floor<br>Cincinnati, Ohio 45202-4089<br><br>Telephone: (513) 352.6700<br>Chris.Bechhold@ThompsonHine.com<br><br>Attorneys for Defendant:<br>AMERICAN LAUNDRY MACHINERY, INC.,<br>individually and d/b/a/ AJAX<br>MANUFACTURING DIVISION AND<br>MARTIN EQUIPMENT | Orlyn O. Lockard, III, Esq.<br>**Alston & Bird, LLP**<br>1201 West Peachtree Street, SW<br>Atlanta, GA 30309-3424<br><br>Telephone: (404) 881-7126<br>skip.lockard@alston.com<br><br>Attorneys for Defendant:<br>WHITE CONSOLIDATED INDUSTRIES,<br>INC. |

| | |
|---|---|
| Orlyn O. Lockard, III, Esq.<br>**Alston & Bird, LLP**<br>1201 West Peachtree Street, SW<br>Atlanta, GA 30309-3424<br><br>Telephone: (404) 881-7126<br>skip.lockard@alston.com<br><br>Attorneys for Defendant:<br>ELECTROLUX CORPORATION | Richard T. Petrillo, Esq.<br>Pino & Associates, LLP<br>Westchester Financial Center<br>50 Main Street<br>White Plains, NY 10606<br><br>Telephone: (914) 946-0600<br>rpetrillo@pinolaw.com<br><br>Attorneys for Defendant:<br>MONDIAL DRYCLEANING PRODUCTS, INC. (improperly named UNION DRYCLEANING PRODUCTS USA) |
| Stephen A. Spataro, Esq.<br>**Spataro & Associates**<br>100 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401-1111<br><br>Telephone: (310) 917-4557<br>steve@spataro.com<br><br>Attorneys for Defendant:<br>RENZACCI OF AMERICA, INC. | Alexander M. Weyand, Esq.<br>**Peterson Weyand & Martin**<br>49 Stevenson Street, Suite 1075<br>San Francisco, CA 94105<br><br>Telephone: (415) 399-2900<br>aweyand@pwmlaw.com<br><br>Attorneys for Defendant:<br>SAIL STAR USA |
| Alexander M. Weyand, Esq.<br>**Peterson Weyand & Martin**<br>49 Stevenson Street, Suite 1075<br>San Francisco, CA 94105<br><br>Telephone: (415) 399-2900<br>aweyand@pwmlaw.com<br><br>Attorneys for Defendant:<br>VIC MANUFACTURING CORPORATION | A. Raymond Hamrick, III, Esq.<br>**Hamrick & Evans, LLP**<br>10 Universal City Plaza, Suite 2200<br>Universal City, CA 91608-1009<br><br>Telephone: (818) 763-5292<br>aray@hamricklaw.com<br><br>Attorneys for Defendant:<br>M.B.L., INC. |
| Roland E. Thé, Esq.<br>**Brydon Hugo & Parker LLP**<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105-1812<br><br>Telephone: (415) 808-0300<br>rthe@bhplaw.com<br><br>Attorneys for Defendant:<br>GOSS-JEWETT CO. OF NORTHERN CALIFORNIA | Jan A. Greben, Esq.<br>**Greben & Associates**<br>1332 Anacapa Street, Suite 110<br>Santa Barbara, CA 93101<br><br>Telephone: (805) 963-9090<br>jan@grebenlaw.com<br><br>Attorneys for Defendant:<br>MCGREGOR SUPPLY COMPANY |

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO KNOWN CO-DEFENDANTS;
Case No. CV-08-3267 SI

| | |
|---|---|
| David A. Melton, Esq.<br>**Porter Scott**<br>350 University Ave., Suite 200<br>Sacramento, CA 95825<br><br>Telephone: (916) 929-1481 ext. 308<br>dmelton@porterscott.com<br><br>Attorneys for Defendant:<br>WORKROOM SUPPLY, INC. | Mark B. Gilmartin, Esq.<br>Law Offices of Mark B. Gilmartin<br>1534 17th Street, Suite 103<br>Santa Monica, CA 90404-3452<br><br>Telephone: (310) 310-2644<br>mbgilmartin@earthlink.net<br><br>Attorneys for Defendant:<br>WYATT-BENNETT |
| Patrick M. Maloney, Esq.<br>**Baute & Tidus LLP**<br>777 S Figueroa St #4900<br>Los Angeles, CA 90017<br><br>Telephone: (213) 630-5000<br>PMaloney@bautelaw.com<br><br>Attorneys for Defendant:<br>UNITED FABRICARE SUPPLY, INC. | Probal G. Young, Esq.<br>**Archer Norris**<br>2033 N Main Street, Suite 800<br>Walnut Creek, CA 94596<br><br>Telephone: (925) 930-6600<br>pyoung@archernorris.com<br><br>Attorneys for Defendant:<br>ECHCO SALES INC. |
| Stephen A. Spataro, Esq.<br>**Spataro & Associates**<br>100 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401-1111<br><br>Telephone: (310) 917-4557<br>steve@spataro.com<br><br>Attorneys for Defendant:<br>KELLEHER EQUIPMENT SUPPLY, INC. | Thomas W. Hood, Esq.<br>**Hood & Reed**<br>18141 Beach Blvd., Suite 390<br>Huntington Beach, CA 92648<br><br>Telephone: (714) 842-6837<br>hoodlaw@aol.com<br><br>Attorneys for Defendant:<br>CORBETT EQUIPMENT |

-8-
CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO KNOWN CO-DEFENDANTS;
Case No. CV-08-3267 SI

ATTACHMENT B
RE CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL
TO KNOWN CO-DEFENDANTS

| | |
|---|---|
| Anthony S. Cannatella, Esq.<br>**Law Offices of Anthony S. Cannatella**<br>53 Orchard Street<br>Manhasset, NY 11030<br><br>Telephone: (516) 472-7300<br>acannatella@acannatella.com<br><br>Attorneys for Defendant:<br>COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP. | Randy Houseman<br>Philip Seelenbacher<br>162 Harbor Court<br>Pittsburg, CA 94565<br><br>Telephone: (925) 432-0323<br>randy@taylorhouseman.com<br>philip.seelenbacher@taylorhouseman.com<br><br><br>Defendant:<br>TAYLOR HOUSEMAN, INC. |
| Nicole Kim<br>1261 N. Patt Street<br>Anaheim, CA 92801<br><br>Telephone: (714)871-8990<br>nicollkim@hotmail.com<br><br>Defendant:<br>WESTERN MULTITEX CORP. | Kenneth Park<br>3061 E. La Jolla Street, Suite A<br>Anaheim, CA 92806<br><br>Telephone: (714) 666-2777<br>usmachin@sbcglobal.net<br><br>Defendant:<br>US MACHINERY & ENGINEERING CO., INC. |
| Cindy Choi<br>14029 Catalina Street<br>San Leandro, CA 94557<br><br>Telephone: (510) 667-9614<br>Cindy.sbsupply@sbcglobal.net<br><br>Defendant:<br>S.B. SUPPLY INC. | Gail Sanders<br>P.O. Box 310<br>Burbank, CA 91503<br><br>Telephone: (818) 840-8900<br>sanderswashex@aol.com<br><br>Defendant:<br>WASHEX MACHINERY OF CALIFORNIA, INC. |