Gary J. Smith (SB #141393)
gsmith@bdlaw.com
Ryan R. Tacorda (SB #227070)
rtacorda@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040

Robert Brager
rbrager@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
Telephone: (410) 230-3850
Facsimile: (410) 230-3868

Attorneys for Defendant
PPG INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX | **CASE NO. CIV-08-3267 SI**<br><br>**CERTIFICATE OF SERVICE BY MAIL TO PLAINTIFF'S ATTORNEY, MARNIE E. RIDDLE, RE CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL ON KNOWN CO-DEFENDANTS** |

Certificate of Service to Plaintiff's Attorney, Marnie E. Riddle, re Certificate of Service of Notice of Removal on Known Co-Defendants; Case No. CIV-08-3267 SI

|   |   |
|---|---|
| 1 | CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA |
| 2 | DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., |
| 3 | REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING |
| 4 | PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA |
| 5 | UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX |
| 6 | CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, |
| 7 | VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF |
| 8 | NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., |
| 9 | WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR |
| 10 | HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW |
| 11 | EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER |
| 12 | EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., |
| 13 | WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY |
| 14 | COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, |
| 15 | INCLUSIVE, |
| 16 | Defendants. |

I, Adela C. Cruz, certify and declare that I am a citizen of the United States, over the age of eighteen years and not a party to this action.  I am employed in the City and County of San Francisco and my business address is 456 Montgomery Street, Suite 1800, San Francisco, California  94104.

On July 10, 2008, at San Francisco, California, I served the following document:

**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL ON KNOWN CO-DEFENDANTS**

by placing a true copy thereof in separate, sealed envelopes addressed as follows:

> Marnie Erica Riddle, Esq.
> Sher Leff LLP
> 450 Mission Street, Suite 400
> San Francisco, CA   94105

Attorneys for Plaintiff: California Water Service Company

✓ **BY FIRST CLASS MAIL:**  I am readily familiar with my employer's practice for the collection and processing of mail.  Under that practice, envelopes would be deposited with the U.S. Postal Service that same day, with first class postage

-2-

Certificate of Service to Plaintiff's Attorney, Marnie E. Riddle, re Certificate of Service of Notice of Removal on Known Co-Defendants; Case No. CIV-08-3267 SI

| | |
|---|---|
| | thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service. |
| ✓ | **(Federal Courts Only):**  I declare that I am employed in the office of a member of the court at whose direction this service was made. |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2008, at San Francisco, California.

            /s/ Adela C. Cruz
            Adela C. Cruz

-3-

Certificate of Service to Plaintiff's Attorney, Marnie E. Riddle, re Certificate of Service of Notice of Removal on Known Co-Defendants; Case No. CIV-08-3267 SI