1  Douglas R. Young (State Bar No. 073248)
      dyoung@fbm.com
2  James H. Colopy (State Bar No. 172806)
      jcolopy@fbm.com
3  Ruth Ann Castro (State Bar No. 209448)
      rcastro@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendant
   LEGACY VULCAN CORP., formerly known as
8  VULCAN MATERIALS COMPANY

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| 14 | CALIFORNIA WATER SERVICE COMPANY, | Case No. 3:08-cv-03267 SI |
|---|---|---|
| 15 | | **[PROPOSED] ORDER GRANTING LEGACY VULCAN CORP.'S MOTION TO DISMISS PLAINTIFF'S SEVENTH CAUSE OF ACTION PURSUANT TO FRCP 12(b)(6) AND MOTION TO STRIKE CERTAIN ALLEGATIONS PURSUANT TO FRCP 12(f)** |
| 16 | Plaintiff, vs. | |
| 17 | THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., indivudally and d/b/a BOWE TEXTILE CLEANING, INC., HOYT CORPORATION, R.R. STREET & CO., INC., MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC.; AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, | |
| 18 | | Date:   October 3, 2008
Time:   9:00 a.m.
Court:  Courtroom 10
Judge:  Hon. Susan Illston |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING VULCAN'S
MOTION TO DISMISS & MOTION TO STRIKE
Case No. 3:08-cv-03267 SI

23397\1631553.1

| | |
|---|---|
| 1 | COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL; FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE,<br><br>        Defendants. |

The Motion to Dismiss Plaintiff's Seventh Cause of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to Strike Certain Allegations Pursuant to Federal Rule of Civil Procedure 12(f) by Defendant Legacy Vulcan Corp., formerly known as Vulcan Materials Company, came for hearing on October 3, 2008. All parties were represented by counsel. Having read and considered the papers submitted, and hearing the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff's Seventh Cause of Action under California Civil Code Section 1882 *et seq.* is dismissed without leave to amend on the ground that the Seventh Cause of Action fails to state a claim upon which relief may be granted. The plain language and legislative history of Civil Code Sections 1882-1882.6, and several court decisions that have interpreted those sections, unanimously

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING VULCAN'S
MOTION TO DISMISS AND MOT. TO STRIKE - 2 -
Case No: 3:08-cv-03267 SI

23397\1631553.1

demonstrate that the statute does not create an actionable claim for water contamination as alleged by Plaintiff here.

IT IS FURTHER ORDERED THAT, because Plaintiff's Seventh Cause of Action is dismissed with prejudice, Plaintiff's prayer for treble damages, costs, prejudgment interest and attorneys' fees under Section 1882.2 is deemed stricken from the Complaint.

Dated:_____    _____
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING VULCAN'S
MOTION TO DISMISS AND MOT. TO STRIKE    - 3 -    23397\1631553.1
Case No: 3:08-cv-03267 SI