1  Victor M. Sher, SBN 96197
   vsher@sherleff.com
2  Todd E. Robins, SBN 191853
   trobins@sherleff.com
3  Marnie E. Riddle, SBN 233732
   mriddle@sherleff.com
4  SHER LEFF LLP
   450 Mission Street, Suite 400
5  San Francisco, CA 94105
   Telephone: (415) 348-8300
6  Facsimile: (415) 348-8333
7
8  Scott Summy, *Admitted in Texas, SBN 19507500*
   ssummy@baronbudd.com
9  Cary McDougal, *Admitted in Texas, SBN 13569600*
   cmcdougal@baronbudd.com
10 Carla Burke, *Admitted in Texas, SBN 24012490*
   cburke@baronbudd.com
11 Celeste Evangelisti, SBN 225232
   cevangel@baronbudd.com
12 BARON & BUDD, P.C.
   3102 Oak Lawn Avenue, Suite 1100
13 Dallas, TX 75219-4281
   Telephone: (214) 523-6267
14 Facsimile: (214) 520-1181
15
16 Attorneys for Plaintiff
   CALIFORNIA WATER SERVICE COMPANY
17
                    **UNITED STATES DISTRICT COURT**
18
                  **NORTHERN DISTRICT OF CALIFORNIA**
19

20 CALIFORNIA WATER SERVICE          **CASE NO. CIV-08-03267 SI**
   COMPANY,
21
              Plaintiff,
22
       vs.
23                                   STIPULATION EXTENDING TIME FOR
   THE DOW CHEMICAL COMPANY; E.I.   DEFENDANTS TO RESPOND TO
24 DUPONT DE NEMOURS AND COMPANY;   PLAINTIFF CALIFORNIA WATER SERVICE
   PPG INDUSTRIES, INC.; VULCAN     COMPANY'S COMPLAINT
25 MATERIALS COMPANY; OCCIDENTAL
   CHEMICAL CORPORATION; VALERO
26 ENERGY CORPORATION; STAUFFER
   CHEMICAL COMPANY; BOWE-PERMAC,
27 INC., individually and d/b/a BOWE TEXTILE
   CLEANING, INC.; HOYT CORPORATION;
28 R.R. STREET & CO., INC.; MCGRAW

1  EDISON COMPANY, individually and d/b/a
   AMERICAN LAUNDRY MACHINERY, INC.,
2  AMERICAN LAUNDRY MACHINERY, INC.,
   individually and d/b/a AJAX
3  MANUFACTURING DIVISION AND
   MARTIN EQUIPMENT, WHITE
4  CONSOLIDATED INDUSTRIES, INC.,
   individually and d/b/a WASHEX
5  MACHINERY DIVISION, ELECTROLUX
   CORPORATION, LINDUS S.R.L., individually
6  and d/b/a LINDUS WEST, COLUMBIA
   DRYCLEANING MACHINES, a/k/a
7  COLUMBIA/ILSA MACHINES CORP.,
   REALSTAR, INC., individually and d/b/a
8  REALSTAR USA, UNION DRYCLEANING
   PRODUCTS USA, FIRBIMATIC,
9  BERGPARMA OF AMERICA, LLC, AMA
   UNIVERSAL, FLUORMATIC MIDWEST
10 LTD., FORENTA LP, WESTERN MULTITEX
   CORP., MARVEL MANUFACTURING,
11 RENZACCI OF AMERICA, SAIL STAR USA,
   VIC MANUFACTURING CORPORATION,
12 M.B.L., INC., GOSS-JEWETT CO. OF
   NORTHERN CALIFORNIA, MCGREGOR
13 SUPPLY COMPANY, S.B. SUPPLY INC.,
   WASHEX MACHINERY OF CALIFORNIA,
14 INC., WORKROOM SUPPLY, INC., TAYLOR
   HOUSEMAN, INC., UNITED FABRICARE
15 SUPPLY, INC., ECHCO SALES INC., MW
   EQUIPMENT, ARTHUR KAJIWARA
16 EQUIPMENT CO., INC., KELLEHER
   EQUIPMENT SUPPLY, INC., US
17 MACHINERY & ENGINEERING CO., INC.,
   WYATT-BENNETT, CORBETT
18 EQUIPMENT, FULLER SUPPLY
   COMPANY, SAV-ON MACHINERY
19 COMPANY, INC. and DOES 1 through 750,
   INCLUSIVE,
20
            Defendants.
21

22                    **STIPULATION**

23       WHEREAS the undersigned defendants ("Stipulating Defendants") were served with

24 Plaintiff California Water Service Company's ("Plaintiff") Complaint in the action, *California Water*

25 *Service Company v. Dow Chemical Company,* originally denominated Case No. CV 473093 and

26 filed on May 22, 2008, in the Superior Court of California in and for the County of San Mateo;

27

28
                                    -2-

1

2    WHEREAS defendant PPG Industries, Inc. and joining and consenting defendants filed a

Notice of Removal to remove the action to this Court on July 7, 2008;

3    WHEREAS for some of the Stipulating Defendants, the due date for filing and serving

4    responses to Plaintiff's Complaint, absent an extension of time, would have been as early as five (5)

5    days after the notice of removal was filed, or July 14, 2008, pursuant to Federal Rules of Civil

6    Procedure 81(c)(2);

7    WHEREAS counsel for Plaintiff has advised Stipulating Defendants that it intends to file a

8    motion to remand the action from this Court to San Mateo Superior Court;

9    WHEREAS counsel for Plaintiff and the Stipulating Defendants have agreed that it will serve

10   the interests of judicial economy to temporarily postpone the Stipulating Defendants' obligation to

11   answer or otherwise respond to Plaintiff's Complaint until after this Court has ruled on Plaintiff's

12   motion to remand;

13   WHEREAS the Stipulating Defendants have not answered or otherwise responded to the

14   Complaint in either the San Mateo Superior Court or this Court;

15   WHEREAS Plaintiff and Stipulating Defendants agree that this stipulation is subject to and

16   does not waive any rights, motions, or defenses, including but not limited to any challenges to the

17   Court's jurisdiction;

18   NOW, THEREFORE, Plaintiff and the Stipulating Defendants, by and through their

19   respective counsel, and pursuant to Northern District of California's Civil Local Rule 6-1(a), hereby

20   stipulate and agree that Stipulating Defendants shall not be required to answer or otherwise respond

21   to Plaintiff's Complaint until fifteen (15) days after this Court's ruling on Plaintiff's motion to

22   remand.

23

24

25   Dated:    6/14/2008          By:_____

26                                   Christopher M. Bechhold, Esq.
                                     Attorneys for Defendant
27                                   American Laundry Machinery, Inc., Individually
                                     and D/B/A/ Ajax Manufacturing Division And
28                                   Martin Equipment

-3-

1

2    Dated: 7/11/08                    By: _____
                                           Thomas H. Clarke, Jr.
3                                          Attorneys for Defendant
                                           Forenta LP
4

5                                     By: _____
     Dated: _____              Jan A. Greben, Esq.
6                                         Attorneys for Defendant
                                          McGregor Supply Company
7

8                                     By: _____
     Dated: _____              Mark B. Gilmartin, Esq.
9                                         Attorneys for Defendant
                                          Wyatt-Bennett
10

11                                    By: _____
12   Dated: _____              Alexander M. Weyand, Esq.
                                         Attorneys for Defendant
13                                       Bowe-Permac, Inc., individually and d/b/a Bowe
                                         Textile Cleaning, Inc.
14

15                                    By: _____
16   Dated: _____              Alexander M. Weyand, Esq.
                                         Attorneys for Defendants
17                                       Vic Manufacturing Corporation and Sail Star USA

18                                    By: _____
19   Dated: _____              Anthony S. Cannatella, Esq.
                                         Attorneys for Defendant
20                                       Columbia Drycleaning Machines, A/K/A
                                         Columbia/Ilsa Machines Corp.
21

22                                    By: _____
23   Dated: _____              Richard S. Baron, Esq.
                                         Attorneys for Defendant
24                                       Hoyt Corporation

25                                    By: _____
26   Dated: _____              Stephen J. Valen, Esq.
                                         Attorneys for Defendant
27                                       The Dow Chemical Company

28                                        -4-

1

2    Dated:_____    By:_____
                                        Thomas H. Clarke, Jr.
3                                       Attorneys for Defendant
                                        Forenta LP
4

5                                   By:_____
     Dated:_____        Jan A. Greben, Esq.
6                                       Attorneys for Defendant
                                        McGregor Supply Company
7

8                                   By:_____
     Dated:_____        Mark B. Gilmartin, Esq.
9                                       Attorneys for Defendant
                                        Wyatt-Bennett
10

11

12                                  By:_____
     Dated:_____        Alexander M. Weyand, Esq.
13                                      Attorneys for Defendant
                                        Bowe-Permac, Inc., individually and d/b/a Bowe
14                                      Textile Cleaning, Inc.

15                                  By:_____
     Dated:_____        Alexander M. Weyand, Esq.
16                                      Attorneys for Defendants
                                        Vic Manufacturing Corporation and Sail Star USA
17

18                                  By:_____
     Dated:_____        Anthony S. Cannatella, Esq.
19                                      Attorneys for Defendant
                                        Columbia Drycleaning Machines, A/K/A
20                                      Columbia/Ilsa Machines Corp.

21

22                                  By:_____
     Dated:_____        Richard S. Baron, Esq.
23                                      Attorneys for Defendant
                                        Hoyt Corporation
24

25                                  By:_____
     Dated:_____        Stephen J. Valen, Esq.
26                                      Attorneys for Defendant
                                        The Dow Chemical Company
27

28                                      -4-

1

2   Dated:_____

3

By:_____
    Thomas H. Clarke, Jr.
    Attorneys for Defendant
    Forenta LP

4

5   Dated:_____

6

By:_____
    Jan A. Greben, Esq.
    Attorneys for Defendant
    McGregor Supply Company

7

8   Dated: 07-11-08

9

By:_____
    Mark B. Gilmartin, Esq.
    Attorneys for Defendant
    Wyatt-Bennett

10

11

12   Dated:_____

By:_____
    Alexander M. Weyand, Esq.
    Attorneys for Defendant
    Bowe-Permac, Inc., individually and d/b/a Bowe
    Textile Cleaning, Inc.

13

14

15   Dated:_____

16

By:_____
    Alexander M. Weyand, Esq.
    Attorneys for Defendants
    Vic Manufacturing Corporation and Sail Star USA

17

18

19   Dated:_____

By:_____
    Anthony S. Cannatella, Esq.
    Attorneys for Defendant
    Columbia Drycleaning Machines, A/K/A
    Columbia/Ilsa Machines Corp.

20

21

22   Dated:_____

By:_____
    Richard S. Baron, Esq.
    Attorneys for Defendant
    Hoyt Corporation

23

24

25   Dated:_____

By:_____
    Stephen J. Valen, Esq.
    Attorneys for Defendant
    The Dow Chemical Company

26

27

28

-4-

1

2  Dated:_____                      By:_____
                                                  Thomas H. Clarke, Jr.
3                                                 Attorneys for Defendant
                                                  Forenta LP
4

5                                              By:_____
    Dated:_____                        Jan A. Greben, Esq.
6                                                 Attorneys for Defendant
                                                  McGregor Supply Company
7

8                                              By:_____
    Dated:_____                        Mark B. Gilmartin, Esq.
9                                                 Attorneys for Defendant
                                                  Wyatt-Bennett
10

11  Dated:  7-14-08                            By:_____
                                                  Alexander M. Weyand, Esq.      *incorrectly named no
12                                                Attorneys for Defendant
13                                                Bowe-Permac, Inc., individually and d/b/a Bowe
                                                  Textile Cleaning, Inc.
14

15  Dated:  7-14-08                            By:_____
                                                  Alexander M. Weyand, Esq.      (unnamed Δ)
16                                                Attorneys for Defendants
                                                  Vic Manufacturing Corporation and Sail Star USA
17

18                                             By:_____
    Dated:_____                        Anthony S. Cannatella, Esq.
19                                                Attorneys for Defendant
                                                  Columbia Drycleaning Machines, A/K/A
20                                                Columbia/Ilsa Machines Corp.
21

22                                             By:_____
    Dated:_____                        Richard S. Baron, Esq.
23                                                Attorneys for Defendant
                                                  Hoyt Corporation
24

25                                             By:_____
    Dated:_____                        Stephen J. Valen, Esq.
26                                                Attorneys for Defendant
                                                  The Dow Chemical Company
27

28
                                          -4-

1

2      Dated:_____        By:_____

3                                         Thomas H. Clarke, Jr.
                                          Attorneys for Defendant
4                                         Forenta LP

5      Dated:_____        By:_____

6                                         Jan A. Greben, Esq.
                                          Attorneys for Defendant
7                                         McGregor Supply Company

8      Dated:_____        By:_____

9                                         Mark B. Gilmartin, Esq.
                                          Attorneys for Defendant
10                                        Wyatt-Bennett

11

12     Dated:_____        By:_____

13                                        Alexander M. Weyand, Esq.
                                          Attorneys for Defendant
14                                        Bowe-Permac, Inc., individually and d/b/a Bowe
                                          Textile Cleaning, Inc.

15     Dated:_____        By:_____

16                                        Alexander M. Weyand, Esq.
                                          Attorneys for Defendants
17                                        Vic Manufacturing Corporation and Sail Star USA

18

19     Dated: 07 - 14 - 08         By:_____

20                                        Anthony S. Cannatella, Esq.
                                          Attorneys for Defendant
21                                        Columbia Drycleaning Machines, A/K/A
                                          Columbia/Ilsa Machines Corp.

22     Dated:_____        By:_____

23                                        Richard S. Baron, Esq.
                                          Attorneys for Defendant
24                                        Hoyt Corporation

25     Dated:_____        By:_____

26                                        Stephen J. Valen, Esq.
                                          Attorneys for Defendant
27                                        The Dow Chemical Company

28

-4-

1

2  Dated:_____         By:_____
                                     Thomas H. Clarke, Jr.
3                                    Attorneys for Defendant
                                     Forenta LP
4

5  Dated:_____         By:_____
                                     Jan A. Greben, Esq.
6                                    Attorneys for Defendant
                                     McGregor Supply Company
7

8  Dated:_____         By:_____
                                     Mark B. Gilmartin, Esq.
9                                    Attorneys for Defendant
                                     Wyatt-Bennett
10

11 Dated:_____         By:_____
                                     Alexander M. Weyand, Esq.
12                                   Attorneys for Defendant
                                     Bowe-Permac, Inc., individually and d/b/a Bowe
13                                   Textile Cleaning, Inc.
14

15 Dated:_____         By:_____
                                     Alexander M. Weyand, Esq.
16                                   Attorneys for Defendants
                                     Vic Manufacturing Corporation and Sail Star USA
17

18 Dated:_____         By:_____
                                     Anthony S. Cannatella, Esq.
19                                   Attorneys for Defendant
                                     Columbia Drycleaning Machines, A/K/A
20                                   Columbia/Ilsa Machines Corp.
21

22 Dated:__7/14/08_____          By:_____
                                     Mandy L. Jeffcoach, Esq.
23                                   Attorneys for Defendant
                                     Hoyt Corporation
24

25 Dated:_____         By:_____
                                     Stephen J. Valen, Esq.
26                                   Attorneys for Defendant
                                     The Dow Chemical Company
27

28
                                     -4-

1

2  Dated:_____        By:_____
                                    Thomas H. Clarke, Jr.
3                                   Attorneys for Defendant
                                    Forenta LP
4

5  Dated:_____        By:_____
                                    Jan A. Greben, Esq.
6                                   Attorneys for Defendant
                                    McGregor Supply Company
7

8  Dated:_____        By:_____
                                    Mark B. Gilmartin, Esq.
9                                   Attorneys for Defendant
                                    Wyatt-Bennett
10

11

12  Dated:_____       By:_____
                                    Alexander M. Weyand, Esq.
13                                  Attorneys for Defendant
                                    Bowe-Permac, Inc., individually and d/b/a Bowe
14                                  Textile Cleaning, Inc.

15

16  Dated:_____       By:_____
                                    Alexander M. Weyand, Esq.
17                                  Attorneys for Defendants
                                    Vic Manufacturing Corporation and Sail Star USA
18

19  Dated:_____       By:_____
                                    Anthony S. Cannatella, Esq.
20                                  Attorneys for Defendant
                                    Columbia Drycleaning Machines, A/K/A
21                                  Columbia/Ilsa Machines Corp.

22

23  Dated:_____       By:_____
                                    Richard S. Baron, Esq.
24                                  Attorneys for Defendant
                                    Hoyt Corporation
25

26  Dated: July 11, 2008         By:_____
                                    Gennaro A. Filice, Esq.
27                                  Daniel J. Nichols, Esq.
                                    Attorneys for Defendant
28                                  The Dow Chemical Company

-4-

1

2  Dated:_____

3

4  Dated:_____

5

6  Dated:_____

7

8  Dated:_____

9

10  Dated:_____

11

12

13  Dated:_____

14

15  Dated:_____

16

17  Dated: 7-12- 08

18

19  Dated:_____

20

21

22  Dated:_____

23

24  Dated:_____

25

26

27

28

Forenta LP
By:_____
   Jan A. Greben, Esq.
   Attorneys for Defendant
   McGregor Supply Company
By:_____
   Mark B. Gilmartin, Esq.
   Attorneys for Defendant
   Wyatt-Bennett
By:_____
   Alexander M. Weyand, Esq.
   Attorneys for Defendant
   Bowe-Permac, Inc., individually and d/b/a Bowe
   Textile Cleaning, Inc.
By:_____
   Alexander M. Weyand, Esq.
   Attorneys for Defendants
   Vic Manufacturing Corporation and Sail Star USA
By:_____
   Anthony S. Cannatella, Esq.
   Attorneys for Defendant
   Columbia Drycleaning Machines, A/K/A
   Columbia/Ilsa Machines Corp.
By:_____
   Richard S. Baron, Esq.
   Attorneys for Defendant
   Hoyt Corporation
By:_____
   Stephen J. Valen, Esq.
   Attorneys for Defendant
   The Dow Chemical Company
By:_____
   William H. Kochenderfer, Esq.
   Attorneys for Defendant
   Taylor Houseman
By:_____
   Andrew T. Mortl
   Attorneys for Defendant
   E.I. Dupont De Nemours and Company

By:_____
   David A. Melton
   Attorney for Defendant
   Workroom Supply, Inc.

By:_____
   Marnie E. Riddle
   Attorney for Plaintiff
   California Water Service Company

-4-

1

2
Dated:_____                   By:_____
3                                              William H. Kochenderfer, Esq.
                                               Attorneys for Defendant
                                               Taylor Houseman
4

5
Dated: 7/11/08                           By: _Andrew J Mortl_____
6                                              Andrew T. Mortl
                                               Attorneys for Defendant
                                               E.I. Dupont De Nemours and Company
7

8

9
Dated:_____                   By:_____
                                               David A. Melton
10                                             Attorney for Defendant
                                               Workroom Supply, Inc.
11

12
Dated:_____                   By:_____
                                               Marnie E. Riddle
13                                             Attorney for Plaintiff
                                               California Water Service Company
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Extending Time for Defendants to Respond to Plaintiff's Complaint; Case No. CIV-08-03267 SI

1

2      Dated:_____          By:_____
                                         William H. Kochenderfer, Esq.
3                                        Attorneys for Defendant
                                         Taylor Houseman
4

5      Dated:_____          By:_____
                                         Andrew T. Mortl
6                                        Attorneys for Defendant
                                         E.I. Dupont De Nemours and Company
7

8
       Dated:___07/11/08___         By:_____
9                                        David A. Melton
                                         Attorney for Defendant
10                                       Workroom Supply, Inc.

11

12     Dated:_____          By:_____
                                         Marnie E. Riddle
13                                       Attorney for Plaintiff
                                         California Water Service Company
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

1

2  Dated:_____    By:_____
3                             William H. Kochenderfer, Esq.
                              Attorneys for Defendant
4                             Taylor Houseman

5  Dated:_____    By:_____
6                             Andrew T. Mortl
                              Attorneys for Defendant
7                             E.I. Dupont De Nemours and Company

8

9  Dated:_____    By:_____
10                            David A. Melton
                              Attorney for Defendant
11                            Workroom Supply, Inc.

12

13 Dated:_____    By:_____
                              Marnie E. Riddle
14                            Attorney for Plaintiff
                              California Water Service Company

15

16 Dated:_____    By:_____
                              Stephen A. Spataro, CA SBN 82930
17                            steve@spataro.com
                              Attorney for Defendants
18                            Kelleher Equipment Supply, Inc. and
                              Renzacci of America

19

20 Dated:_____    By:_____
                              John A. Mason
21                            Attorney for Defendant
                              Valero Energy Corporation

22

23 Dated:_____    By:_____
                              Patrick M. Maloney
24                            Attorney for Defendant
                              United Fabricare

25

26

27

28

-5-

Stipulation Extending Time for Defendants to Respond to Plaintiff's Complaint; Case No. CIV-08-03267 SI

1

2    Dated:_____        By:_____
                                           William H. Kochenderfer, Esq.
3                                          Attorneys for Defendant
                                           Taylor Houseman
4

5    Dated:_____        By:_____
                                           Andrew T. Mortl
6                                          Attorneys for Defendant
                                           E.I. Dupont De Nemours and Company
7

8

9    Dated:_____        By:_____
                                           David A. Melton
10                                         Attorney for Defendant
                                           Workroom Supply, Inc.
11

12

13   Dated:_____        By:_____
                                           Marnie E. Riddle
14                                         Attorney for Plaintiff
                                           California Water Service Company
15

16   Dated:_____        By:_____/s/ Stephen A. Spataro_____
                                           Stephen A. Spataro, CA SBN 82930
17                                         steve@spataro.com
                                           Attorney for Defendants
18                                         Kelleher Equipment Supply, Inc. and
                                           Renzacci of America
19

20

21

22

23

24

25

26

27

28

Stipulation Extending Time for Defendants to Respond to Plaintiff's Complaint; Case No. CIV-08-03267 SI

1

2    Dated:_____    By:_____

3                                    William H. Kochenderfer, Esq.
                                     Attorneys for Defendant
4                                    Taylor Houseman

5    Dated:_____    By:_____

6                                    Andrew T. Mortl
                                     Attorneys for Defendant
7                                    E.I. Dupont De Nemours and Company

8

9    Dated:_____    By:_____

10                                   David A. Melton
                                     Attorney for Defendant
11                                   Workroom Supply, Inc.

12   Dated:_____    By:_____

13                                   Marnie E. Riddle
                                     Attorney for Plaintiff
14                                   California Water Service Company

15

16   Dated: _July 14, 2008_     By:_____

17                                   John A. Mason
                                     Attorney for Defendant
18                                   Valero Energy Corporation

19

20

21

22

23

24

25

26

27

28
                                        -5-

1

2    Dated:_____          By:_____
                                          William H. Kochenderfer, Esq.
3                                         Attorneys for Defendant
                                          Taylor Houseman
4

5    Dated:_____          By:_____
                                          Andrew T. Mortl
6                                         Attorneys for Defendant
                                          E.I. Dupont De Nemours and Company
7

8

9    Dated:_____          By:_____
                                          David A. Melton
10                                        Attorney for Defendant
                                          Workroom Supply, Inc.
11

12

13   Dated:_____          By:_____
                                          Marnie E. Riddle
14                                        Attorney for Plaintiff
                                          California Water Service Company
15

16   Dated:_____          By:_____
                                          Stephen A. Spataro, CA SBN 82930
17                                        steve@spataro.com
                                          Attorney for Defendants
18                                        Kelleher Equipment Supply, Inc. and
                                          Renzacci of America
19

20   Dated:_____          By:_____
                                          John A. Mason
21                                        Attorney for Defendant
                                          Valero Energy Corporation
22

23   Dated: 7/14/2008                 By:_____
                                          Patrick M. Maloney
24                                        Attorney for Defendant
                                          United Fabricare
25

26

27

28
                                   -5-

1

2

Dated: 7/14/08                    By: _____

3                                      A. Raymond Hamrick
                                       Attorney for Defendant
4                                      M.B.L. Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

1

2

3  Dated:_____          By:_____
                                       A. Raymond Hamrick
4                                      Attorney for Defendant
                                       M.B.L., Inc.
5

6  Dated: _2/14/08__              By:_____
                                       Sang Y. Cho
7                                      President
                                       S.B. Supply, Inc.
8

9

10 Dated:_____          By:_____
                                       Thomas Hood
11                                     Attorney for Defendant
                                       Corbett Equipment
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         -6-

1

2

3  Dated:_____                By:_____
                                                A. Raymond Hamrick
4                                               Attorney for Defendant
                                                M.B.L., Inc.

5

6                                           By:_____
   Dated:_____                   Sang Y. Cho
7                                               President
                                                S.B. Supply, Inc.

8

9

10 Dated: July 15, 2008                     By:_____
                                                Thomas Hood
11                                              Attorney for Defendant
                                                Corbett Equipment

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -6-
   Stipulation Extending Time for Defendants to Respond to Plaintiff's Complaint; Case No. CIV-08-03267 SI

1

2   Dated:_____

3

4

5   Dated:_____

6

7

8

9   Dated:_____

10

11

12  Dated:_____

13

14

15  Dated: 7-14-08

16

17

18  Dated: 7-14-08

19

20

21

22

23

24

25

26

27

28

By:_____
    William H. Kochenderfer, Esq.
    Attorneys for Defendant
    Taylor Houseman


By:_____
    Andrew T. Mortl
    Attorneys for Defendant
    E.I. Dupont De Nemours and Company


By:_____
    David A. Melton
    Attorney for Defendant
    Workroom Supply, Inc.


By:_____
    Marnie E. Riddle
    Attorney for Plaintiff
    California Water Service Company

By:_____
    John B. Thomas
    Attorney for Defendant
    R.R. Street & Co. Inc.

By:_____
    John B. Thomas
    Attorney for Defendant
    Mondial Drycleaning Products, Inc., improperly
    named as Union Drycleaning Products U.S.A. and
    Realstar, Inc., individually and d/b/a Realstar USA

Stipulation Extending Time for Defendants to Respond to Plaintiff's Complaint; Case No. CIV-08-03267 SI