Victor M. Sher, SBN 96197
Todd E. Robins, SBN 191853
Marnie E. Riddle, SBN 233732
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Scott Summy, *Admitted in Texas, SBN 19507500*
Cary McDougal, *Admitted in Texas, SBN 13569600*
Carla Burke, *Admitted in Texas, SBN 24012490*
Celeste Evangelisti, SBN 225232
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

Attorneys for Plaintiff California Water Service Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY, | CASE NO. 3:08-CV-3267 SI |
| Plaintiff, | |
| vs. | **SUMMONS TO COMPLAINT and PROOF OF SERVICE ON THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; BOWE-PERMAC, INC. individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; AMERICAN LAUNDRY MACHINERY, INC. individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT; WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION; COLUMBIA DRYCLEANING** |
| THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC., VULCAN MATERIALS COMPANY, OCCIDENTAL CHEMICAL CORPORATION, VALERO ENERGY CORPORATION, STAUFFER CHEMICAL COMPANY, BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC., HOYT CORPORATION, R.R. STREET & CO., INC., MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC.,  AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING | |

SUMMONS TO COMPLAINT and PROOF OF SERVICE ON DEFENDANTS

| | | |
|---|---|---|
| 1 | PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, | ) MACHINES, a/k/a<br>) COLUMBIA/ILSA MACHINES |

PRODUCTS USA, FIRBIMATIC, BERGPARMA
OF AMERICA, LLC, AMA UNIVERSAL,
FLUURMATIC MIDWEST LTD., FORENTA LP,
WESTERN MULTITEX CORP., MARVEL
MANUFACTURING, RENZACCI OF AMERICA,
SAIL STAR USA, VIC MANUFACTURING
CORPORATION, M.B.L., INC., GOSS-JEWETT
CO. OF NORTHERN CALIFORNIA, MCGREGOR
SUPPLY COMPANY, S.B. SUPPLY INC.,
WASHEX MACHINERY OF CALIFORNIA, INC.,
WORKROOM SUPPLY, INC., TAYLOR
HOUSEMAN, INC., UNITED FABRICARE
SUPPLY, INC., ECHCO SALES INC., MW
EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT
CO., INC., KELLEHER EQUIPMENT SUPPLY,
INC., US MACHINERY & ENGINEERING CO.,
INC., WYATT-BENNETT, CORBETT
EQUIPMENT, FULLER SUPPLY COMPANY,
SAV-ON MACHINERY COMPANY, INC. and
DOES 1 through 750, INCLUSIVE,

    Defendants.

) MACHINES, a/k/a
) COLUMBIA/ILSA MACHINES
) CORP.; REALSTAR, INC.,
) individually and d/b/a
) REALSTAR USA; UNION
) DRYCLEANING PRODUCTS
) USA; AMA UNIVERSAL;
) FORENTA LP; RENZACCI OF
) AMERICA; SAIL STAR USA;
) M.B.L., INC.; GOSS-JEWETT
) CO. OF NORTHERN
) CALIFORNIA; MCGREGOR
) SUPPLY COMPANY; S.B.
) SUPPLY INC.; WASHEX
) MACHINERY OF CALIFORNIA,
) INC.; WORKROOM SUPPLY,
) INC.; TAYLOR HOUSEMAN,
) INC.; UNITED FABRICARE
) SUPPLY, INC.; MW
) EQUIPMENT; ARTHUR
) KAJIWARA EQUIPMENT CO.,
) INC.; KELLEHER EQUIPMENT
) SUPPLY, INC.; WYATT-
) BENNETT; CORBETT
) EQUIPMENT; FULLER SUPPLY
) COMPANY.

- 2 -

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Additional Parties Attachment Form is Attached

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
California Water Service Company

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
SAN MATEO COUNTY

MAY 2 2 2008

Clerk of the Superior Court
By    C. Jackson
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero o bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* San Mateo County Superior Court 400 County Center, Redwood City, California 94063 | CASE NUMBER: *(Número del Caso):* CIV 473093 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Victor M. Sher, SBN 96197    Sher Leff, LLP 450 Mission Street, Ste. 400, San Francisco, California 94105
(415) 348-8300

GEORGE JACKSON

| DATE: **MAY 2 2 2008** | JOHN C. FITTON | Clerk, by | , Deputy |
|---|---|---|---|
| *(Fecha)* | | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

SUM-200(A)

| SHORT TITLE: California Water Service Company v. The Dow Chemical Co., et al. | CASE NUMBER: |
|---|---|

**INSTRUCTIONS FOR USE**

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☑ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG
INDUSTRIES, INC., VULCAN MATERIALS COMPANY, OCCIDENTAL CHEMICAL
CORPORATION, VALERO ENERGY CORPORATION, STAUFFER CHEMICAL COMPANY,
BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC., HOYT
CORPORATION, R.R. STREET & CO., INC., MCGRAW EDISON COMPANY, individually and d/b/a
AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC.,
individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE
CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION,
ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA
DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC.,
individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC,
BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA
LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL
STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF
NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX
MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC.,
UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR
KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY &
ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY
COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

American LegalNet, Inc.
www.FormsWorkflow.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS  *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | FOR COURT USE ONLY |
|---|---|

| COURT NAME: SUPERIOR COURT OF CALIFORNIA |
|---|
| STREET ADDRESS: 400 COUNTY CENTER |
| MAILING ADDRESS: 400 COUNTY CENTER |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 |
| BRANCH NAME: SOUTHERN |

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CASE NUMBER:<br>CIV473093 |
|---|---|

| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-01 |
|---|---|

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3. a. Party served *(specify name of party as shown on documents served)*:
   THE DOW CHEMICAL COMPANY

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   JESSICA CHAVEZ, CT CORP.,AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:June 10, 2008   (2) at *(time)*:   02:00 pm
   b. ☐ **by substituted service**On *(date)*:         at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
      *(date)*:         from *(city)*:         or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010(Rev. January 1, 2007) | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

Client File # 1039.001

| PLAINTIFF/PETITIONER:   CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                              (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.
    d. ☒☒ On behalf of *(specify)*:   THE DOW CHEMICAL COMPANY
        under the following Code of Civil Procedure section:

        ☒☒ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
    a. Name:                    OGANES KETSOYAN
    b. Address:                1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:      (916) 441-4396
    d. **The fee** for service was: $      84.38
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒☒ registered California process server:
            (i) ☐ Owner ☒☒ employee ☐ independent contractor.
            (ii) Registration No.:
            (iii) County:    LOS ANGELES

8. ☒☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

OGANES KETSOYAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # 1039.001

3(3/000)7400-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS    *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | |
| COURT NAME: SUPERIOR COURT OF CALIFORNIA<br>STREET ADDRESS: 400 COUNTY CENTER<br>MAILING ADDRESS: 400 COUNTY CENTER<br>CITY AND ZIP CODE: REDWOOD CITY, CA 94063<br>BRANCH NAME: SOUTHERN | |

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CASE NUMBER:<br>CIV473093 |
|---|---|
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-03 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

    a.  ☒☒  summons
    b.  ☒☒  complaint
    c.  ☒☒  Alternative Dispute Resolution (ADR) package
    d.  ☒☒  Civil Case Cover Sheet *(served in complex cases only)*
    e.  ☐  cross-complaint
    f.  ☒☒  other *(specify documents)*:
    NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3. a. Party served *(specify name of party as shown on documents served)*:
    E.I. DUPONT DE NEMOURS AND COMPANY

    b. ☒☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
    under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
    JESSICA CHAVEZ, CT CORP.,AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 818 WEST SEVENTH STREET
    LOS ANGELES, CA 90017

5. I served the party *(check proper box)*

    a. ☒☒ by **personal service.** I personally delivered the documents listed in item 2 to the party or person authorized
    to receive service of process for the party    (1) on *(date)*:June 10, 2008    (2) at *(time)*:    02:00 pm
    b. ☐ by **substituted service**On *(date)*:    at *(time)*:    I left the documents listed
    in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

        (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
        of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
        place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing
        address of the person to be served, other than a United States Postal Service post office box. I informed
        him or her of the general nature of the papers.

        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
        the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
        *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

        (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

Client File # 1039.001

313/00017400-03

| PLAINTIFF/PETITIONER: | CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:           (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:  E.I. DUPONT DE NEMOURS AND COMPANY
    under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
    a. Name:             OGANES KETSOYAN
    b. Address:          1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:    (916) 441-4396
    d. **The fee** for service was: $     39.75
    e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
        (i) ☐ Owner   ☒ employee    ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:    LOS ANGELES

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

OGANES KETSOYAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # 1039.001

3|3/000|7400-03

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name,    state    bar    number,    and    address)*: | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS    *(Optional)*:<br>ATTORNEY FOR*(Name)*:  CALIFORNIA WATER SERVICE CO. | |

| COURT NAME: SUPERIOR COURT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 400 COUNTY CENTER | |
| MAILING ADDRESS: 400 COUNTY CENTER | |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 | |
| BRANCH NAME: SOUTHERN | |

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO. | CASE NUMBER:<br>CIV473093 |
|---|---|
| DEFENDANT/RESPONDENT:    THE DOW CHEMICAL CO., ET AL | |

| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0S354206-02 |
|---|---|

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of

   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served  in  complex  cases  only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify  documents)*:
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE;

3. a. Party served *(specify  name  of  party  as  shown  on  documents  served)*:
   PPG INDUSTRIES, INC.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   KAREN HARRIS,AGENT/PRENTICE-HALL CORP SYS.

4. Address where the party was served: 2730 GATEWAY OAKS DR., STE 100
   SACRAMENTO, CA 95833

5. I served the party *(check  proper  box)*

   a. ☒ by  personal  service. I personally delivered the documents listed in item 2 to the party or person authorized
   to receive service of process for the party    (1) on *(date)*:June 6, 2008    (2) at *(time)*:    12:10 pm
   b. ☐ by  substituted  serviceOn *(date)*:    at *(time)*:    I left the documents listed
   in item 2 with or in the presence of *(name  and  title  or  relationship  to  person  indicated  in  item  3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical  address  is  unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
      *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration  of  diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Client File # 1039.001

313/0S354206-02

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL CO., ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:             (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
   a. ☐ as an Individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*:  PPG INDUSTRIES, INC.
   under the following Code of Civil Procedure section:

|  |  |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
|  | ☐ other: |

7. **Person who served papers**
   a. Name:             TERRY ROOT
   b. Address:         1424 21st. Street, Sacramento, CA 95814
   c. Telephone number:   (916) 441-4396
   d. The fee for service was: $     27.75
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ registered California process server:
           (i) ☐ Owner ☒ employee ☐ independent contractor.
           (ii) Registration No.: 2006-72
           (iii) County:     SACRAMENTO

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 9, 2008

TERRY ROOT
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure,§ 417.10

Client File # 1039.001

313/0S354206-02

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300     FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | FOR COURT USE ONLY |
|---|---|

| COURT NAME: SUPERIOR COURT OF CALIFORNIA |
|---|
| STREET ADDRESS: 400 COUNTY CENTER |
| MAILING ADDRESS: 400 COUNTY CENTER |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 |
| BRANCH NAME: SOUTHERN |

| PLAINTIFF/PETITIONER:     CALIFORNIA WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:     THE DOW CHEMICAL CO., ET AL | CASE NUMBER:<br>CIV473093 |
|---|---|
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0S354206-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE;

3. a. Party served *(specify name of party as shown on documents served)*:
   VULCAN MATERIALS COMPANY

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   KAREN HARRIS,AGENT/CSC LAWYERS INC.

4. Address where the party was served: 2730 GATEWAY OAKS DR., STE 100
   SACRAMENTO, CA 95833

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party     (1) on *(date)*:June 6, 2008     (2) at *(time)*:     12:10 pm
   b. ☐ **by substituted service.**On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

       (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
       *(date)*:     from *(city)*:     or ☐ a declaration of mailing is attached.

       (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>POS-010[Rev. January 1, 2007] | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure,§ 417.10 |
|---|---|---|

Client File # 1039.001

313/0S354206-01

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL CO., ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                        (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
  a. ☐ as an Individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*: VULCAN MATERIALS COMPANY
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name:               TERRY ROOT
  b. Address:           1424 21st. Street, Sacramento, CA 95814
  c. Telephone number:   (916) 441-4396
  d. **The fee** for service was: $     60.38
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ Owner  ☒ employee  ☐ independent contractor.
      (ii) Registration No.: 2006-72
      (iii) County:    SACRAMENTO

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:   June 9, 2008

TERRY ROOT
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)               (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # 1039.001

313/08354206-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)* (415) 348-8333<br>EMAIL ADDRESS *(Optional):*<br>ATTORNEY FOR*(Name):* CALIFORNIA WATER SERVICE CO. | |

| COURT NAME: SUPERIOR COURT OF CALIFORNIA |
|---|
| STREET ADDRESS: 400 COUNTY CENTER |
| MAILING ADDRESS: 400 COUNTY CENTER |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 |
| BRANCH NAME: SOUTHERN |

| PLAINTIFF/PETITIONER:   CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   THE DOW CHEMICAL ET AL | CIV473093 |

| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-02 |
|---|---|

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):*
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3. a. Party served *(specify name of party as shown on documents served):*
   OCCIDENTAL CHEMICAL CORPORATION

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   JESSICA CHAVEZ, CT CORP,AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):* June 10, 2008   (2) at *(time):*   02:00 pm
   b. ☐ **by substituted service** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
   *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Client File # 1039.001

313/000J7400-02

| PLAINTIFF/PETITIONER: | CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:   OCCIDENTAL CHEMICAL COMPANY
        under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
    a. Name:                OGANES KETSOYAN
    b. Address:            1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:   (916) 441-4396
    d. **The fee** for service was: $     39.75
    e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
        (i) ☐ Owner   ☒ employee   ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:     LOS ANGELES

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:     June 17, 2008

OGANES KETSOYAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure,§ 417.10

Client File # 1039.001

313/00017400-02

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To CT Corporation System
Street, Apt. No.; or PO Box No. 350 N. St. Paul St.
City, State, ZIP+4 Dallas TX 75201

PS Form 3800, August 2006          See Reverse for Instructions

7008 1272 9272
7008 0150 0001 0910

---

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature JUN 09 2008 RECEIVED CT CORPORATION  X                                 ☐ Agent   ☐ Addressee |
| | B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Valero Energy Corp.<br>CT Corporation System<br>350 N. St. Paul St.<br>Dallas, TX 75201 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail      ☐ Express Mail<br>☐ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail        ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*          ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7008 0150 0001 0910 9272 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To
CT Corporation System

Street, Apt. No.; or PO Box No.
350 N. St. Paul St.

City, State, ZIP+4
Dallas, TX 75201

7008 0150 0001 0910 9289

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bowe Permac, Inc.
CT Corporation Sys.
350 N. St. Paul St.
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Agent
_____ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RECEIVED CORPORATION    AUG 0 9 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7008 0150 0001 0910 9289

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To: Hoyt Corp. / John Olinger
Street, Apt. No.; or PO Box No. 251 Forge Rd.
City, State, ZIP+4 Westport, MA 02790

7008 0150 0001 0910 9296

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hoyt Corporation
John Olinger
251 Forge Rd.
Westport, MA 02790

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  6/9/8

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7008 0150 0001 0910 9296

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To RR Street & Co. SD Matthews
Street, Apt. No.; or PO Box No. 184 Shuman Blvd.
City, State, ZIP+4 Naperville IL 60563

7008 0150 0001 0910 9609

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RR Street & Co, Inc.
S.D. Matthews
184 Shuman Blvd.
Naperville, IL 60563

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Kimberly Sabo   6-6-08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 0150 0001 0910 9609

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To Corporation Trust Co.
Street, Apt. No.; or PO Box No. 820 bear Tavern Rd.
City, State, ZIP+4 West Trenton, NJ 08628

7008 0150 0001 0910 9302

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Laundry
      Machinery, Inc.
Corporation Trust Co.
820 bear Tavern Rd.
West Trenton, NJ 08628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7008 0150 0001 0910 9302

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 7.87 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.77 |

Postmark Here

7008 0150 0001 0910 9616

Sent To White Consolidated/CT. Corp System
Street, Apt. No.; or PO Box No. 1300 E. 9th St. #1010
City, State, ZIP+4 Cleveland, OH 44114

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

White Consolidated
Industries, Inc.
CT Corporation System
1300 E. 9th St, #1010
Cleveland, OH 44114

2. Article Number
(Transfer from service label)
7008 0150 0001 0910 9616

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JUN 2 9 2008

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here — FINANCE STATION JUL 8 2008 SAN FRANCISCO, CA

Sent To Columbia Drycleaning / Mr. Languilli
Street, Apt. No.; or PO Box No. 231 Edison Ave
City, State, ZIP+4 West Babylon NY 11704

7008 0150 0001 0910 9678

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Columbia Drycleaning
                    Machines
Mr. Languilli, President
231 Edison Avenue
West Babylon, NY 11704

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7008 0150 0001 0910 9678

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To Realstar / Jack Burnett
Street, Apt. No.; or PO Box No. 10 Southwoods Pkwy., Ste 100
City, State, ZIP+4 Hapeville, GA 30354

PS Form 3800, August 1995    See Reverse for Instructions

7008 0150 0001 0910 9418

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Realstar Inc.
J. Burnett
10 Southwoods Pkwy., Ste 100
Hapeville, GA 30354

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Judi Sizemore   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
Judi Sizemore

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7008 0150 0001 0910 9418

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To  Union Dry Cleaning J. Burnett
Street, Apt. No.; or PO Box No.  10 Southwoods Pkwy., Ste 100
City, State, ZIP+4  Hapeville, GA 30354

7008 0150 0001 0910 9371

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Union Dry Cleaning
Jack Burnett
10 Southwoods Pkwy.,
                    Ste 100
Hapeville, GA 30354

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Judi Sizemore      ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
Judi Sizemore

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)
7008 0150 0001 0910 9371

PS Form 811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To AMA Universal / L. Alterman
Street, Apt. No.; or PO Box No. 9116 Cypress Green Dr.
City, State, ZIP+4 Jacksonville, FL 32256

7008 0150 0001 0910 9364

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMA Universal
Leonard Alterman
9116 Cypress Green Dr.
Jacksonville, FL 32256

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bette Wadford        ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
Bette Wadford

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service)      7008 0150 0001 0910 9364

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300     FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | |

| COURT NAME: SUPERIOR COURT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 400 COUNTY CENTER | |
| MAILING ADDRESS: 400 COUNTY CENTER | |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 | |
| BRANCH NAME: SOUTHERN | |

| PLAINTIFF/PETITIONER:     CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:     THE DOW CHEMICAL CO., ET AL | CIV473093 |

| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0S354206-05 |
|---|---|

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of

   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
      NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE;

3. a. Party served *(specify name of party as shown on documents served)*:
      FORENTA, LP

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      KAREN HARRIS,AGENT/CSC LAWYERS, INC.

4. Address where the party was served: 2730 GATEWAY OAKS DR. STE 100
   SACRAMENTO, CA 95833

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:June 6, 2008   (2) at *(time)*:   12:10 pm
   b. ☐ **by substituted service** On *(date)*:                  at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

Client File # 1039.001

313/0S354206-05

| PLAINTIFF/PETITIONER:  CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  THE DOW CHEMICAL CO., ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date):*                          (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*

    c. ☐ as occupant.
    d. ☒ On behalf of *(specify):*  FORENTA, LP
        under the following Code of Civil Procedure section:

        ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
    a. Name:                        TERRY ROOT
    b. Address:                 1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:      (916) 441-4396
    d. **The fee** for service was: $     27.75
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i) ☐ Owner   ☒ employee     ☐ independent contractor.
            (ii) Registration No.: 2006-72
            (iii) County:      SACRAMENTO

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 9, 2008

TERRY ROOT
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                      (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # 1039.001

313/0S354206-05

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS   *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | |

| COURT NAME: SUPERIOR COURT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 400 COUNTY CENTER | |
| MAILING ADDRESS: 400 COUNTY CENTER | |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 | |
| BRANCH NAME: SOUTHERN | |

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CIV473093 |

| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-15 |
|---|---|

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3. a. Party served *(specify name of party as shown on documents served)*:
   RENZACCI OF AMERICA

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   STEPHEN SPATARO,AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:  100 WILSHIRE BLVD., STE 200
   SANTA MONICA, CA 90400

5. I served the party *(check proper box)*

   a. ☐ by **personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:                     (2) at *(time)*:
   b. ☒ by **substituted service** *(date)*: June 11, 2008           at *(time)*: 11:23 am    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   DEBBIE DAHLER, PERSON APPARENTLY IN CHARGE

      (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: June 13, 2008     from *(city)*: SACRAMENTO     or ☒ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Client File # 1039.001

317/000J7400-15

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                       (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:  RENZACCI OF AMERICA
        under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)            ☒ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                   ☐ other:

7. **Person who served papers**
    a. Name:                   BAUDELIO ARELLANO
    b. Address:             1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:    (916) 441-4396
    d. **The fee** for service was: $     54.13
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i) ☐ Owner    ☐ employee   ☒ independent contractor.
            (ii) Registration No.: 1790
            (iii) County:     ORANGE

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **OR**

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

BAUDELIO ARELLANO                                            
_____               _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)       (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure,§ 417.10

317/000/7400-15

Client File # 1039.001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>ATTORNEY FOR (NAME)    CALIFORNIA WATER SERVICE CO. | | TELEPHONE NO.<br>(415)  348-8300<br><br>REFERENCE NUMBER<br>000J7400-15 | FOR COURT USE ONLY |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>SUPERIOR COURT OF CALIFORNIA,<br>400 COUNTY CENTER<br>REDWOOD CITY, CA 94063 | | | |
| SHORT NAME OF CASE<br>CALIFORNIA WATER SERVICE CO. vs. THE DOW CHEMICAL ET AL | | | |
| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT./DIV: | CASE NUMBER:<br>CIV473093 |

**I am a citizen of the United States and employed in the County of Sacramento, California.  I am over the age of 18 and not a party to this action.  My business address is 1424 21st Street, Sacramento, CA. (916) 441-4396.**

On June 13, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
SUMMONS  COMPLAINT,ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO, **California, addressed as follows:**

    RENZACCI OF AMERICA
    100 WILSHIRE BLVD., STE 200
    SANTA MONICA, CA 90400

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**    $  54.13

---

[X]  Registered: . . . . . ORANGE . . . . . . County,
     Number: . . . . . . . . . . . . . . . . . .
     **Attorney's Diversified Services**
     741 N. Fulton Street
     Fresno, CA 93728      *Client File # 1039.001*
     559-233-1475
     322J000J7400-15

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . June 17, 2008 . . . . . . . . ,
at: . . . . . . . . . Sacramento . . . . . , California.

Signature: _____
     Name:  PETRA FARRELL
PROOF OF SERVICE BY MAIL    Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L        U S E

| | |
|---|---|
| Postage | $ 2.87 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.77 |

Postmark Here

Sent To  Sailstar / Registered Agent Slbs
Street, Apt. No.; or PO Box No. 1855 Lindbergh St., Ste 400
City, State, ZIP+4  Charlotte, NC 28208

PS Form 3800, August 2006          See Reverse for Instructions

7008 0150 0001 0910 9326

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

```
SAIL855      282082003 1707 15 06/07/08
NOTIFY SENDER OF NEW ADDRESS
:SAILSTAR USA
2307 DISTRIBUTION CENTER DR STE A
CHARLOTTE NC 28269-4232
```

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
6 7 0 8

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Mail
Receipt for Merchandise

☐ Yes

2. Article Number
(Transfer from service label)        7008 0150 0001 0910 9326

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS    *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | FOR COURT USE ONLY |
|---|---|
| COURT NAME: SUPERIOR COURT OF CALIFORNIA<br>STREET ADDRESS: 400 COUNTY CENTER<br>MAILING ADDRESS: 400 COUNTY CENTER<br>CITY AND ZIP CODE: REDWOOD CITY, CA 94063<br>BRANCH NAME: SOUTHERN | |
| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CASE NUMBER:<br>CIV473093 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-04 |

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

   a.  ☒ summons
   b.  ☒ complaint
   c.  ☒ Alternative Dispute Resolution (ADR) package
   d.  ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e.  ☐ cross-complaint
   f.  ☒ other *(specify documents)*:
       NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS
       CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT
       MANAGMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3.  a.  Party served *(specify name of party as shown on documents served)*:
       M.B.L., INC.

   b.  ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
       under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
       A. RAYMOND HAMRICK, III,AGENT FOR SERVICE OF PROCESS

4.  Address where the party was served: 10 UNIVERSAL CITY PLAZA
       UNIVERSAL CITY, CA 91608

5.  I served the party *(check proper box)*

   a.  ☐  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized
       to receive service of process for the party   (1) on *(date)*:                    (2) at *(time)*:

   b.  ☒  **by substituted service**On *(date)*: June 12, 2008    at *(time)*: 10:33 am    I left the documents listed
       in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
       SHEILA MARCADOON, PERSON APPARENTLY IN CHARGE

       (1) ☒  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
              of the person to be served. I informed him or her of the general nature of the papers.

       (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
              place of abode of the party. I informed him or her of the general nature of the papers.

       (3) ☐  **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing
              address of the person to be served, other than a United States Postal Service post office box. I informed
              him or her of the general nature of the papers.

       (4) ☒  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
              the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
              *(date)*: June 13, 2008    from *(city)*: SACRAMENTO    or ☒ a declaration of mailing is attached.

       (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010[Rev. January 1, 2007] | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure,§ 417.10 |
|---|---|---|

317/000J7400-04

Client File # 1039.001

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:               (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:  M.B.L., INC.
        under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
    a. Name:            BENON DEMIRCHYAN
    b. Address:         1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:   (916) 441-4396
    d. The fee for service was: $     98.76
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ Owner   ☐ employee    ☐ independent contractor.
            (ii) Registration No.: 3929
            (iii) County:     LOS ANGELES

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

BENON DEMIRCHYAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                 (SIGNATURE)

Form Adopted for Mandatory Use             **PROOF OF SERVICE SUMMONS**        Code of Civil Procedure, § 417.10
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

Client File # 1039.001

317/00017400-04

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>ATTORNEY FOR (NAME)     CALIFORNIA WATER SERVICE CO. | TELEPHONE NO.<br>(415)  348-8300<br><br>REFERENCE NUMBER<br>000J7400-04 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 COUNTY CENTER
REDWOOD CITY, CA 94063

SHORT NAME OF CASE
CALIFORNIA WATER SERVICE CO. vs. THE DOW CHEMICAL ET AL

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT./DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

**I am a citizen of the United States and employed in the County of Sacramento, California. I am over the age of 18 and not a party to this action. My business address is 1424 21st Street, Sacramento, CA. (916) 441-4396.**

On June 13, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
            SUMMONS  COMPLAINT,ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO, **California, addressed as follows:**

        M.B.L., INC.
        10 UNIVERSAL CITY PLAZA
        UNIVERSAL CITY, CA 91608

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**     $  98.76

---

[X]  Registered: . . . LOS ANGELES . . . . County,
     Number:. . . . . . . . . . . . . . . . . . .
     **Attorney's Diversified Services**
     **741 N. Fulton Street**     *Client File # 1039.001*
     **Fresno, CA 93728**
     **559-233-1475**
     322/000/7400-04             PROOF OF SERVICE BY MAIL

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . June 17, 2008 . . . . . ,
at: . . . . . . . . . . . Sacramento . . . . . . California.

Signature: _____
     Name: PETRA FARRELL
     Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name,   state   bar   number,   and   address)*:<br>SHER LEFF, LLP<br>MARNIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>TELEPHONE NO.  (415) 348-8300        FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS  *(Optional)*:<br>ATTORNEY FOR*(Name)*:  CALIF. WATER SERVICE CO. | FOR COURT USE ONLY |

| |
|---|
| COURT NAME: SUPERIOR COURT OF CALIFORNIA |
| STREET ADDRESS: 400 COUNTY CENTER |
| MAILING ADDRESS: 400 COUNTY CENTER |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 |
| BRANCH NAME: SOUTHERN |

| | |
|---|---|
| PLAINTIFF/PETITIONER:     CALIF. WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:     THE DOW CHEMICAL CO., ET AL | CASE NUMBER:<br>CIV473093 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0T300239-01 |

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

    a.  ☒ summons

    b.  ☒ complaint

    c.  ☒ Alternative Dispute Resolution (ADR) package

    d.  ☒ Civil Case Cover Sheet *(served  in  complex  cases  only)*

    e.  ☐ cross-complaint

    f.  ☒ other *(specify  documents)*:
    NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURT MANAGEMENT-SUPERIOR COURT; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE

3.  a.  Party served *(specify  name  of  party  as  shown  on  documents  served)*:
    GOSS-JEWETT CO. OF NORTHERN CALIFORNIA

    b.  ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
    STEPHEN LAMANET,AGENT FOR SERVICE OF PROCESS

4.  Address where the party was served:  3363 KIMBERLY WAY
                                       SAN MATEO, CA 94403

5.  I served the party *(check  proper  box)*

    a.  ☐ **by  personal  service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party    (1) on *(date)*:                    (2) at *(time)*:

    b.  ☒ **by  substituted  service** On *(date)*: June 5, 2008          at *(time)*: 02:30 pm    I left the documents listed in item 2 with or in the presence of *(name  and  title  or  relationship  to  person  indicated  in  item  3b)*:
    JANE DOE (REFUSED TO PROVIDE)-PERSON IN CHARGE
    Age: 35; Sex: FEMALE; Hair: BLK; Eyes: BRN; Height: 5'1"; Weight: 130; Race: ASIAN; Marks:

        (1)  ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2)  ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

        (3)  ☐ **(physical  address  is  unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4)  ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: June 6, 2008        from *(city)*: SAN FRANCISCO      or ☒ a declaration of mailing is attached.

        (5)  ☐ I attach a **declaration  of  diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>POS-010(Rev. January 1, 2007) | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure,§ 417.10 |

Client File # 1039.001

| PLAINTIFF/PETITIONER: CALIF. WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL CO., ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:               (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
  a. ☐ as an Individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*:  GOSS-JEWETT CO. OF NORTHERN CALIFORNIA
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                              ☐ other:

7. **Person who served papers**
  a. Name:                  LAURA SHAND
  b. Address:               1424 21st. Street, Sacramento, CA 95814
  c. Telephone number:      (916) 441-4396
  d. The fee for service was: $     86.34
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ Owner   ☐ employee   ☒ independent contractor.
        (ii) Registration No.: 2007-0001027
        (iii) County:    SAN FRANCISCO

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

LAURA SHAND
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]
**PROOF OF SERVICE SUMMONS**
Code of Civil Procedure,§ 417.10

Client File # 1039.001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| SHER LEFF, LLP<br>MARNIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105 | | (415) 348-8300 | |
| ATTORNEY FOR (NAME)    CALIF. WATER SERVICE CO. | | REFERENCE NUMBER<br>0T300239-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 COUNTY CENTER
REDWOOD CITY, CA 94063

SHORT NAME OF CASE
CALIF. WATER SERVICE CO. vs. THE DOW CHEMICAL CO., ET AL

| PROOF OF SERVICE BY MAIL | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

**I am a citizen of the United States and employed in the County of Sacramento, California. I am over the age of 18 and not a party to this action. My business address is 1424 21st Street, Sacramento, CA. (916) 441-4396.**

On June 6, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
          SUMMONS  COMPLAINT ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURT MANAGEMENT-SUPERIOR COURT; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN FRANCISCO, **California, addressed as follows:**

     GOSS-JEWETT CO. OF NORTHERN CALIFORNIA
     3363 KIMBERLY WAY
     SAN MATEO, CA 94403

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**    $ 86.34

| | |
|---|---|
| ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23) | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
| [X]  Registered: . . . . SACRAMENTO . . . . County,<br>Number: . . . . . . 2005-05 . . . . . . . . . . .<br>**Attorney's Diversified Services**<br>**1424 21st Street**<br>**Sacramento, CA 95814**  *Client File # 1039.001*<br>**(916) 441-4396** | on: . . . . . . . . . . . . . . . . . . . . . . .<br>at: . . . . . . . . . . June 17, 2008 . . . , California.<br>Sacramento<br>Signature: _____<br>Name: ADRIENE YOUNG<br>Title: EMPLOYEE OF A REGISTERED PROCESS SERVER |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | *FOR COURT USE ONLY* |
|---|---|
| COURT NAME: SUPERIOR COURT OF CALIFORNIA<br>STREET ADDRESS: 400 COUNTY CENTER<br>MAILING ADDRESS: 400 COUNTY CENTER<br>CITY AND ZIP CODE: REDWOOD CITY, CA 94063<br>BRANCH NAME: SOUTHERN | |

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CIV473093 |

| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-05 |
|---|---|

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of

   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3. a. Party served *(specify name of party as shown on documents served)*:
   MCGREGOR SUPPLY COMPANY

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   JOE MCGREGOR, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 8181 STATE ST.
   SOUTH GATE, CA 90280

5. I served the party *(check proper box)*

   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party    (1) on *(date)*:June 12, 2008    (2) at *(time)*:    09:20 am
   b. ☐ by substituted service On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
   *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Client File # 1039.001

313/000J7400-05

| PLAINTIFF/PETITIONER:  CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

   (1) on *(date)*:            (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
  a. ☐ as an Individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*:  MCGREGOR SUPPLY COMPANY
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☒ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
  a. Name:               LISA ALVA
  b. Address:          1424 21st. Street, Sacramento, CA 95814
  c. Telephone number:  (916) 441-4396
  d. **The fee** for service was: $    84.38
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ Owner  ☐ employee    ☐ independent contractor.
      (ii) Registration No.: 5342
      (iii) County:     LOS ANGELES

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:   June 17, 2008

LISA ALVA
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # 1039.001

313/00017400-05

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>TELEPHONE NO. (415) 348-8300     FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS    *(Optional)*<br>ATTORNEY FOR*(Name):* CALIF. WATER SERVICE COMPANY | |
| COURT NAME: SUPERIOR COURT OF CALIFORNIA | |
| STREET ADDRESS: 400 MCALLISTER ST | |
| MAILING ADDRESS: 400 MCALLISTER ST | |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER:     CALIF. WATER SERVICE COMPANY | CASE NUMBER:<br>CIV473093 |
|---|---|
| DEFENDANT/RESPONDENT:     THE DOW CHEMICAL CO., ET AL | |

| | Ref No. or File No. |
|---|---|
| **PROOF OF SERVICE SUMMONS** | 0G955229-01 |

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

    a.  ☒  summons
    b.  ☒  complaint
    c.  ☒  Alternative Dispute Resolution (ADR) package
    d.  ☒  Civil Case Cover Sheet *(served in complex cases only)*
    e.  ☐  cross-complaint
    f.  ☒  other *(specify documents):*
        NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE

3.  a. Party served *(specify name of party as shown on documents served):*
       S.B. SUPPLY INC.

    b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
       JEFFREY J LEE,AGENT FOR SERVICE OF PROCESS

4.  Address where the party was served: 14029 CATALINA ST
                                          SAN LEANDRO, CA 94577

5.  I served the party *(check proper box)*

    a.  ☐  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized
            to receive service of process for the party    (1) on *(date):*              (2) at *(time):*

    b.  ☒  **by substituted service** On *(date):* June 12, 2008          at *(time):* 02:43 pm    I left the documents listed
            in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
            JOHN DOE (REFUSED TO PROVIDE)-PERSON IN CHARGE
            Age: 45; Sex: MALE; Hair: BLK/GRY; Eyes: BLK; Height: 5'8"; Weight: ; Race: ASIAN; Marks:

        (1) ☒  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
                of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
                place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐  **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing
                address of the person to be served, other than a United States Postal Service post office box. I informed
                him or her of the general nature of the papers.

        (4) ☒  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
                the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
                *(date):* June 12, 2008      from *(city):* OAKLAND      or ☒ a declaration of mailing is attached.

        (5) ☒  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>POS-010[Rev. January 1, 2007] | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure, § 417.10 |

318/0G955229-01

Client File # 1039.001

| PLAINTIFF/PETITIONER:   CALIF. WATER SERVICE COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   THE DOW CHEMICAL CO., ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                                 (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:   S.B. SUPPLY INC.
        under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
    a. Name:              MICHAEL CORTEZ
    b. Address:          3640 Grand Avenue, Suite 211, Oakland,  CA 94610
    c. Telephone number:  (510) 835 - 9176
    d. The fee for service was: $    136.34
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i) ☐ Owner   ☒ employee     ☐ independent contractor.
            (ii) Registration No.: 949
            (iii) County:    ALAMEDA

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

MICHAEL CORTEZ
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                            (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010 (Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

Client File # 1039.001

318/DG955229-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105 | (415) 348-8300 | |

ATTORNEY FOR (NAME)    CALIF. WATER SERVICE COMPANY

REFERENCE NUMBER QG955229-01

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 MCALLISTER ST
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
CALIF. WATER SERVICE COMPANY vs. THE DOW CHEMICAL CO., ET AL

| DECLARATION OF DILIGENCE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

**I received the within process on June 4, 2008 and after due and diligent effort I have been unable to effect personal service on the within named party at the following address.**

     **Name:**    S.B. SUPPLY INC.

  **Business:**    14029 CATALINA ST
                 SAN LEANDRO, CA 94577

**Extraordinary efforts were required to effect service as described below.**

| 06/05/08 | 03:13 pm | ATTEMPTED SERVICE AT GIVEN ADDRESS 319 14TH ST NO LONGER AT THIS ADDRESS |
|---|---|---|
| 06/12/08 | 02:43 pm | SERVED JEFFREY J. LEE AGENT FOR SERVICE BY SUB SERVING JOHN DOE PERSON APPARENTLY IN CHARGE OF THE BUSINESS SERVICE WAS REFUSED |
| 06/12/08 | 02:43 pm | SUBSTITUTED SERVICE |

**Fee for service:**    $ 136.34

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . ALAMEDA . . . . . County,
Number: . . . . . . . 949 . . . . . . . .

**Attorney's Diversified Services**
**2421 Mendocino Avenue, #200A**
**SANTA ROSA, CA 95403**
**(707) 545-5455**    *Client File # 1039.001*

321/QG955229-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . . June 17, 2008 . . . . . . . . . .
at: . . . . . . . . Oakland, CA 94610 . . . . . California.

Signature
Name: MICHAEL CORTEZ
Title: REGISTERED PROCESS SERVER

DECLARATION OF DILIGENCE

| ATTORNE / OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 348-8300 | FOR COURT USE ONLY |
|---|---|---|

| ATTORNEY FOR (NAME) CALIF. WATER SERVICE COMPANY | REFERENCE NUMBER<br>QG955229-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 MCALLISTER ST
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
CALIF. WATER SERVICE COMPANY vs. THE DOW CHEMICAL CO., ET AL

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Alameda, California. I am over the age of 18 and not a party to this action. My business address is 3640 Grand Avenue, Suite 211, Oakland, CA 94610.

On June 12, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
SUMMONS  COMPLAINT,ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE
COMPLEX CASE DESIGNATION; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURT
MANAGEMENT-SUPERIOR COURT RULES PACKET; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR
COURTCALL TELEPHONIC APPEARANCE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at OAKLAND, California, addressed as follows:

S.B. SUPPLY INC.
14029 CATALINA ST
SAN LEANDRO, CA 94577

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**    $ 136.34

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|

[X] Registered: . . . . SACRAMENTO . . . . County,
Number: . . . . . . 2005-05 . . . . . . . .
**Attorneys Diversified Services**
2421 Mendocino Avenue, #200A
SANTA ROSA, CA 95403
(707) 545-5455

on: . . . . . . . . . . . . . . . . . . . . . ,
at: . . . . . . . . . June 17, 2008 . . . , California.
Oakland, CA 94610
Signature:
Name: DAN YOUNG
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

322/QG955229-01                    PROOF OF SERVICE BY MAIL

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name,    state    bar    number,    and    address):*
SHER LEFF, LLP
MAMIE RIDDLE - SBN # 233732
450 MISSION STREET, SUITE 400
SAN FRANCISCO, CA 94105

TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional):*(415) 348-8333
EMAIL ADDRESS    *(Optional):*
ATTORNEY FOR*(Name):*  CALIFORNIA WATER SERVICE CO.

*FOR COURT USE ONLY*

COURT NAME: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY, CA 94063
BRANCH NAME: SOUTHERN

PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO.

DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL

CASE NUMBER:
CIV473093

### PROOF OF SERVICE SUMMONS

Ref No. or File No.
000J7400-06

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

    a.  ☒  summons
    b.  ☒  complaint
    c.  ☒  Alternative Dispute Resolution (ADR) package
    d.  ☒  Civil Case Cover Sheet *(served in complex cases only)*
    e.  ☐  cross-complaint
    f.  ☒  other *(specify documents):*
        NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3.  a.  Party served *(specify name of party as shown on documents served):*
        WASHEX MACHINERY OF CALIFORNIA, INC.

    b.  ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
        GORDON R. SANDERS, AGENT FOR SERVICE OF PROCESS

4.  Address where the party was served: 101 E. SANTA ANITA AVE.
    BURBANK, CA 91502

5.  I served the party *(check proper box)*

    a.  ☐  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):*    (2) at *(time):*

    b.  ☒  **by substituted service**On *(date):* June 11, 2008    at *(time):* 12:40 pm    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
        KIM "DOE", PERSON APPARENTLY IN CHARGE
        Age: 36; Sex: F; Hair: BLOND; Eyes: BROWN; Height: 5'7"; Weight: 130LBS; Race: C; Marks:

        (1)  ☒  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2)  ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  ☐  **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4)  ☒  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
            *(date):* June 13, 2008    from *(city):* SACRAMENTO    or ☒ a declaration of mailing is attached.

        (5)  ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

Client File # 1039.001

| PLAINTIFF/PETITIONER:  CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:  WASHEX MACHINERY OF CALIFORNIA, INC.
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. Person who served papers
    a. Name:              GEVORK KHARATYAN
    b. Address:         1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:  (916) 441-4396
    d. The fee for service was: $    98.76
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ Owner   ☐ employee   ☐ independent contractor.
            (ii) Registration No.: 5682
            (iii) County:    LOS ANGELES

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

GEVORK KHARATYAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure,§ 417.10

Client File # 1039.001

317/00017400-06

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105 | | (415) 348-8300 | |
| ATTORNEY FOR (NAME)    CALIFORNIA WATER SERVICE CO. | REFERENCE NUMBER<br>000J7400-06 | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 COUNTY CENTER
REDWOOD CITY, CA 94063

SHORT NAME OF CASE
CALIFORNIA WATER SERVICE CO. vs. THE DOW CHEMICAL ET AL

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT./DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Sacramento, California.  I am over the age of 18 and not a party to this action.  My business address is 1424 21st Street, Sacramento, CA. (916) 441-4396.

On June 13, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
                    SUMMONS  COMPLAINT,ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO, **California, addressed as follows:**

    WASHEX MACHINERY OF CALIFORNIA, INC.
    101 E. SANTA ANITA AVE.
    BURBANK, CA 91502

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**    $ 98.76

---

[X] Registered: . . . LOS ANGELES . . . . County,
Number: . . . . . . . . . . . . . . . . . . . .
**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728    *Client File # 1039.001*
559-233-1475
322/000/7400-06

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . . June 17, 2008 . . . . . . . . ,
at: . . . . . . . . . . . . Sacramento . . . . . California.

Signature: _____
Name: PETRA FARRELL
PROOF OF SERVICE BY MAIL    Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:
SHER LEFF, LLP
MAMIE RIDDLE - SBN # 233732
450 MISSION STREET, SUITE 400
SAN FRANCISCO, CA 94105

TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333
EMAIL ADDRESS *(Optional)*:
ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO.

**FOR COURT USE ONLY**

COURT NAME: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY, CA 94063
BRANCH NAME: SOUTHERN

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO. | CASE NUMBER: CIV473093 |
| DEFENDANT/RESPONDENT:    THE DOW CHEMICAL CO., ET AL | |

**PROOF OF SERVICE SUMMONS**

Ref No. or File No.
0S354614-01

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

    a. ☒ summons
    b. ☒ complaint
    c. ☒ Alternative Dispute Resolution (ADR) package
    d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
    e. ☐ cross-complaint
    f. ☒ other *(specify documents)*:
    NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE;

3.  a. Party served *(specify name of party as shown on documents served)*:
    WORKROOM SUPPLY, INC.

    b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
    DOUG POWELL, PRESIDENT
    Age: 50; Sex: M; Hair: GREY; Eyes: ; Height: 5'7"; Weight: 210LBS; Race: C; Marks:

4.  Address where the party was served: 4220-A PELL DRIVE
    SACRAMENTO, CA 95838

5.  I served the party *(check proper box)*

    a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized
       to receive service of process for the party    (1) on *(date)*:June 23, 2008    (2) at *(time)*:    12:45 pm
    b. ☐ by substituted serviceOn *(date)*:    at *(time)*:    I left the documents listed
       in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

       (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
           of the person to be served. I informed him or her of the general nature of the papers.

       (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
           place of abode of the party. I informed him or her of the general nature of the papers.

       (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing
           address of the person to be served, other than a United States Postal Service post office box. I informed
           him or her of the general nature of the papers.

       (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
           the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
           *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

       (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure,§ 417.10

Client File # 1039.001

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:    THE DOW CHEMICAL CO., ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:          (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:

a. ☐ as an Individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify)*:

c. ☐ as occupant.

d. ☒ On behalf of *(specify)*:    WORKROOM SUPPLY, INC.

    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)            ☐ 415.46 (occupant)

                           ☐ other:

7. **Person who served papers**

a. Name:               RATU TEVITA RATIDARA

b. Address:            1424 21st. Street, Sacramento, CA 95814

c. Telephone number:   (916) 441-4396

d. The fee for service was: $     61.96

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ registered California process server:

        (i) ☐ Owner   ☒ employee    ☐ independent contractor.

        (ii) Registration No.: 2008-11

        (iii) County:     SACRAMENTO

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:    June 25, 2008

RATU TEVITA RATIDARA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure,§ 417.10

Client File # 1039.001

313/0S354614-01

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name,   state    bar    number,    and    address)*:<br>SHER LEFF, LLP<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>TELEPHONE NO.  (415) 348-8300       FAX NO. */Optional/*(415) 348-8333<br>EMAIL ADDRESS   *(Optional)*:<br>ATTORNEY FOR*(Name)*:  CALIFORNIA WATER SERVICE CO. | *FOR COURT USE ONLY* |

| |
|---|
| COURT NAME: SAN MATEO SUPERIOR COURT |
| STREET ADDRESS: 400 COUNTY CENTER, SECOND FLOOR |
| MAILING ADDRESS: 400 COUNTY CENTER |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 |
| BRANCH NAME: REDWOOD CITY |

| | |
|---|---|
| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:    THE DOW CHEMICAL, ET AL | CASE NUMBER:<br>CIV473093 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0G955431-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

   a. ☒☒  summons
   b. ☒☒  complaint
   c. ☒☒  Alternative Dispute Resolution (ADR) package
   d. ☒☒  Civil Case Cover Sheet *(served  in  complex  cases  only)*
   e. ☐  cross-complaint
   f. ☒☒  other *(specify  documents)*:
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURT MANAGEMENT-SUPERIOR COURT RULES; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE

3. a. Party served *(specify  name  of  party  as  shown  on  documents  served)*:
   TAYLOR HOUSEMAN, INC.

   b. ☒☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   PHILIP SEELENBACHER,CONTROLLER
   Age: 39; Sex: MALE; Hair: BROWN; Eyes: BROWN; Height: 5'9"; Weight: 170; Race: WHITE; Marks:

4. Address where the party was served: 162 HARBOR COURT
   PITTSBURG, CA 94565

5. I served the party *(check  proper  box)*

   a. ☒☒  by  personal  service.  I personally delivered the documents listed in item 2 to the party or person authorized
   to receive service of process for the party    (1) on *(date)*:July 2, 2008          (2) at *(time)*:     10:09 am
   b. ☐  by  substituted  serviceOn *(date)*:                    at *(time)*:              I left the documents listed
   in item 2 with or in the presence of *(name  and  title  or  relationship  to  person  indicated  in  item  3b)*:

      (1) ☐  (business) a person at least 18 years of age apparently in charge at the office or usual place of business
      of the person to be served.  I informed him or her of the general nature of the papers.

      (2) ☐  (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual
      place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐  (physical  address  is  unknown) a person at least 18 years of age apparently in charge at the usual mailing
      address of the person to be served, other than a United States Postal Service post office box.  I informed
      him or her of the general nature of the papers.

      (4) ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
      the place where the copies were left (Code Civ. Proc., § 415.20).  I mailed the documents on
      *(date)*:             from *(city)*:               or ☐ a declaration of mailing is attached.

      (5) ☐  I attach a **declaration  of  diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>POS-010[Rev. January 1, 2007] | **PROOF OF SERVICE SUMMONS** |

Code of Civil Procedure, § 417.10

Client File # CA. WATER V. THE DOW, ET AL

313/0G955431-01

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL, ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                 (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*: TAYLOR HOUSEMAN, INC.
    under the following Code of Civil Procedure section:
    ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                               ☐ other:

7. **Person who served papers**
  a. Name:               EDWIN BLAMA
  b. Address:           3640 Grand Avenue, Suite 211, Oakland, CA 94610
  c. Telephone number:   (510) 835 - 9176
  d. The fee for service was: $    114.88
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ Owner    ☐ employee   ☒ independent contractor.
        (ii) Registration No.: 617
        (iii) County:       CONTRA COSTA

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:     July 15, 2008

                                                    

EDWIN BLAMA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)               (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010 (Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Client File # CA. WATER V. THE DOW, ET AL

313/00955431-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300       FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | |
| COURT NAME: SUPERIOR COURT OF CALIFORNIA<br>STREET ADDRESS: 400 COUNTY CENTER<br>MAILING ADDRESS: 400 COUNTY CENTER<br>CITY AND ZIP CODE: REDWOOD CITY, CA 94063<br>BRANCH NAME: SOUTHERN | |
| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CASE NUMBER:<br>CIV473093 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-14 |

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

   a. ☒ summons

   b. ☒ complaint

   c. ☒ Alternative Dispute Resolution (ADR) package

   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☒ other *(specify documents)*:
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3.  a. Party served *(specify name of party as shown on documents served)*:
UNITED FABRICARE SUPPLY, INC.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
SUNG DAL HONG,AGENT FOR SERVICE OF PROCESS

4.  Address where the party was served:    1237 W. WALNUT STREET
COMPTON, CA 90220

5.  I served the party *(check proper box)*

   a. ☐ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party    (1) on *(date)*:       (2) at *(time)*:

   b. ☒ **by substituted service**On *(date)*: June 12, 2008       at *(time)*: 09:49 am    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
LECY MATRIN, PE4RSON APPARENTLY IN CHARGE

      (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: June 13, 2008       from *(city)*: SACRAMENTO       or ☒ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>POS-010(Rev. January 1, 2007) | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

317/000I7400-14

Client File # 1039.001

| PLAINTIFF/PETITIONER: | CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:

  a. ☐ as an Individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify)*:  UNITED FABRICARE SUPPLY, INC.

    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)              ☐ 415.46 (occupant)

                              ☐ other:

7. **Person who served papers**

  a. Name:              LISA ALVA

  b. Address:          1424 21st. Street, Sacramento, CA 95814

  c. Telephone number:  (916) 441-4396

  d. **The fee** for service was: $    98.76

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☒ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

      (i) ☐ Owner    ☐ employee    ☐ independent contractor.

      (ii) Registration No.: 5342

      (iii) County:    LOS ANGELES

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

LISA ALVA
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

317/00017400-14

Client File # 1039.001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA   94105 | | (415) 348-8300 | |
| ATTORNEY FOR (NAME)    CALIFORNIA WATER SERVICE CO. | REFERENCE NUMBER<br>000J7400-14 | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 COUNTY CENTER
REDWOOD CITY, CA 94063

SHORT NAME OF CASE
CALIFORNIA WATER SERVICE CO. vs. THE DOW CHEMICAL ET AL

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Sacramento, California.  I am over the age of 18 and not a party to this action.  My business address is 1424 21st Street, Sacramento, CA. (916) 441-4396.

On June 13, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
      SUMMONS  COMPLAINT,ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO, **California, addressed as follows:**

    UNITED FABRICARE SUPPLY, INC.
    1237 W. WALNUT STREET
    COMPTON, CA 90220

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**    $ 98.76

| [X] Registered: . . . LOS ANGELES . . . . County,<br>Number: . . . . . . . . . . . . . . . . . . . .<br>**Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728    *Client File # 1039.001*<br>559-233-1475<br>322/000J7400-14 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: . . . . . . . . . . . . . June 17, 2008 . . . . . . . . .<br>at: . . . . . . . . . . . . Sacramento . . . . , California.<br>Signature: _____<br>Name:  PETRA FARRELL |
|---|---|

PROOF OF SERVICE BY MAIL    Title:  EMPLOYEE OF A REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS    *(Optional)*:<br>ATTORNEY FOR*(Name)*:  CALIFORNIA WATER SERVICE CO. | |

| | |
|---|---|
| COURT NAME: SUPERIOR COURT OF CALIFORNIA | |
| STREET ADDRESS: 400 COUNTY CENTER | |
| MAILING ADDRESS: 400 COUNTY CENTER | |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 | |
| BRANCH NAME: SOUTHERN | |

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CIV473093 |

| PROOF OF SERVICE SUMMONS | Ref No. or File No.<br>000J7400-07 |
|---|---|

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

    a. ☒☒  summons
    b. ☒☒  complaint
    c. ☒☒  Alternative Dispute Resolution (ADR) package
    d. ☒☒  Civil Case Cover Sheet *(served in complex cases only)*
    e. ☐  cross-complaint
    f. ☒☒  other *(specify documents)*:
    NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3. a. Party served *(specify name of party as shown on documents served)*:
    MW EQUIPMENT

    b. ☒☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
    MIN W WEE, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 1130 N PACIFIC AVE.
    GLENDALE, CA 91202

5. I served the party *(check proper box)*

    a. ☐  **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized
    to receive service of process for the party    (1) on *(date)*:    (2) at *(time)*:

    b. ☒☒  **by substituted service** On *(date)*: June 11, 2008    at *(time)*: 12:20 pm    I left the documents listed
    in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
    SOON HWANG, PERSON APPARENTLY IN CHARGE

    (1) ☒☒  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
    of the person to be served. I informed him or her of the general nature of the papers.

    (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
    place of abode of the party. I informed him or her of the general nature of the papers.

    (3) ☐  **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing
    address of the person to be served, other than a United States Postal Service post office box. I informed
    him or her of the general nature of the papers.

    (4) ☒☒  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
    the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
    *(date)*: June 13, 2008    from *(city)*: SACRAMENTO    or ☒☒ a declaration of mailing is attached.

    (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010[Rev. January 1, 2007] | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure,§ 417.10 |
|---|---|---|

Client File # 1039.001

317/000J7400-07

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                           (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:

    a. ☐ as an Individual defendant.

    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.

    d. ☒ On behalf of *(specify)*:  MW EQUIPMENT

        under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

    a. Name:             GEVORK KHARATYAN

    b. Address:        1424 21st. Street, Sacramento, CA 95814

    c. Telephone number:  (916) 441-4396

    d. The fee for service was: $    98.76

    e. I am:

        (1) ☐ not a registered California process server.

        (2) ☒ exempt from registration under Business and Professions Code section 22350(b).

        (3) ☐ registered California process server:

            (i) ☐ Owner  ☐ employee  ☐ independent contractor.

            (ii) Registration No.: 5682

            (iii) County:    LOS ANGELES

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

GEVORK KHARATYAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

                              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure,§ 417.10

Client File # 1039.001

317/0001740D-07

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|

SHER LEFF, LLP
MAMIE RIDDLE - SBN # 233732    (415) 348-8300
450 MISSION STREET, SUITE 400
SAN FRANCISCO, CA  94105

REFERENCE NUMBER

ATTORNEY FOR (NAME)    CALIFORNIA WATER SERVICE CO. 000J7400-07

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 COUNTY CENTER
REDWOOD CITY, CA 94063

SHORT NAME OF CASE
CALIFORNIA WATER SERVICE CO. vs. THE DOW CHEMICAL ET AL

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: CIV473093 |
|---|---|---|---|---|

**I am a citizen of the United States and employed in the County of Sacramento, California.  I am
over the age of 18 and not a party to this action.  My business address is 1424 21st Street,
Sacramento, CA. (916) 441-4396.**

On June 13, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or
FRCIV.P 4(D) (1) was made), I mailed copies of the
              SUMMONS  COMPLAINT,ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF
COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR
COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET;
CERTIFICATE RE COMPLEX CASE DESIGNATION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope,
with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO,
**California, addressed as follows:**

     MW EQUIPMENT
     1130 N PACIFIC AVE.
     GLENDALE, CA 91202

I am readily familiar with the firm's practice of collection and processing correspondence for
mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of
business.

**Fee for service:**    $ 98.76

| | |
|---|---|
| [X] Registered: . . . LOS ANGELES . . . . County, Number:. . . . . . . . . . . . . . . . . . . . **Attorney's Diversified Services** 741 N. Fulton Street Fresno, CA 93728 *Client File # 1039.001* 559-233-1475 322/000J7400-07 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on: . . . . . . . . . . June 17, 2008 . . . . . . . . . , at: . . . . . . . . . . . . Sacramento . . . . California. Signature: _____ Name:  PETRA FARRELL |

PROOF OF SERVICE BY MAIL    Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name,    state    bar    number,    and    address):* | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS    *(Optional):*<br>ATTORNEY FOR*(Name):*  CALIFORNIA WATER SERVICE CO. | |

COURT NAME: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY, CA 94063
BRANCH NAME: SOUTHERN

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CIV473093 |

| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-08 |
|---|---|

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

    a.  ☒ summons
    b.  ☒ complaint
    c.  ☐ Alternative Dispute Resolution (ADR) package
    d.  ☒ Civil Case Cover Sheet *(served  in  complex  cases  only)*
    e.  ☐ cross-complaint
    f.  ☒ other *(specify  documents):*
        NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS
        CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT
        MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3.  a. Party served *(specify  name  of  party  as  shown  on  documents  served):*
        ARTHUR KAJIWARA EQUIPMENT CO., INC.

    b.  ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
        under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
        ARTHUR K KAJIWARA, AGENT FOR SERVICE OF PROCESS

4.  Address where the party was served: 2129 TROY AVE.
                                         SOUTH EL MONTE, CA 91733

5.  I served the party *(check  proper  box)*

    a.  ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized
        to receive service of process for the party    (1) on *(date):*June 11, 2008    (2) at *(time):*    02:00 pm
    b.  ☐ **by substituted service**On *(date):*        at *(time):*        I left the documents listed
        in item 2 with or in the presence of *(name  and  title  or  relationship  to  person  indicated  in  item  3b):*

        (1) ☐    **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
                 of the person to be served.  I informed him or her of the general nature of the papers.

        (2) ☐    **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
                 place of abode of the party.  I informed him or her of the general nature of the papers.

        (3) ☐    **(physical  address  is  unknown)** a person at least 18 years of age apparently in charge at the usual mailing
                 address of the person to be served, other than a United States Postal Service post office box. I informed
                 him or her of the general nature of the papers.

        (4) ☐    I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
                 the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
                 *(date):*        from *(city):*        or ☐ a declaration of mailing is attached.

        (5) ☐    I attach a **declaration  of  diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

313/000J7400-08

Client File # 1039.001

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:           (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:

a. ☐ as an Individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify)*:

c. ☐ as occupant.

d. ☒ On behalf of *(specify)*: ARTHUR K KAJIWARA EQUIPMENT CO., INC.

    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)

    ☐ other:

7. **Person who served papers**

a. Name:      BAUDELIO ARELLANO

b. Address:    1424 21st. Street, Sacramento, CA 95814

c. Telephone number:    (916) 441-4396

d. **The fee** for service was: $    84.38

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ registered California process server:

        (i) ☐ Owner  ☐ employee  ☒ independent contractor.

        (ii) Registration No.: 1790

        (iii) County:    ORANGE

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

BAUDELIO ARELLANO
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)           (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

313/000/74OO-08

Client File # 1039.001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name,  state  bar  number,  and  address)*:
SHER LEFF, LLP
MAMIE RIDDLE - SBN # 233732
450 MISSION STREET, SUITE 400
SAN FRANCISCO, CA  94105

TELEPHONE NO. (415) 348-8300        FAX NO.*(Optional)*(415) 348-8333
EMAIL ADDRESS  *(Optional)*:
ATTORNEY FOR*(Name)*:  CALIFORNIA WATER SERVICE CO.

FOR COURT USE ONLY

COURT NAME: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY, CA 94063
BRANCH NAME: SOUTHERN

PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO.

DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL

CASE NUMBER:
CIV473093

### PROOF OF SERVICE SUMMONS

Ref No. or File No.
000J7400-09

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

    a.  ☒☒  summons
    b.  ☒☒  complaint
    c.  ☐  Alternative Dispute Resolution (ADR) package
    d.  ☒☒  Civil Case Cover Sheet *(served  in  complex  cases  only)*
    e.  ☐  cross-complaint
    f.  ☒☒  other *(specify  documents)*:
        NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3.  a. Party served *(specify  name  of  party  as  shown  on  documents  served)*:
       KELLEHER EQUIPMENT SUPPLY, INC.

    b. ☒☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
       STEPHEN SPATARO,AGENT FOR SERVICE OF PROCESS

4.  Address where the party was served: 100 WILSHIRE BLVD., STE 200
                                        SANTA MONICA, CA 90401

5.  I served the party *(check  proper  box)*

    a.  ☐  by  personal  service. I personally delivered the documents listed in item 2 to the party or person authorized
           to receive service of process for the party    (1) on *(date)*:                    (2) at *(time)*:
    b.  ☒☒  by  substituted  serviceOn *(date)*: June 11, 2008        at *(time)*: 11:23 am    I left the documents listed
           in item 2 with or in the presence of *(name  and  title  or  relationship  to  person  indicated  in  item  3b)*:
           DEBBIE DAHLER, PERSON APPARENTLY IN CHARGE

        (1)  ☒☒  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
                  of the person to be served. I informed him or her of the general nature of the papers.

        (2)  ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
                  place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  ☐  **(physical  address  is  unknown)** a person at least 18 years of age apparently in charge at the usual mailing
                  address of the person to be served, other than a United States Postal Service post office box. I informed
                  him or her of the general nature of the papers.

        (4)  ☒☒  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
                  the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
                  *(date)*: June 13, 2008        from *(city)*: SACRAMENTO    or  ☒☒ a declaration of mailing is attached.

        (5)  ☐  I attach a **declaration  of  diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure,§ 417.10

317/000J7400-09

Client File # 1039.001

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:           (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
  a. ☐ as an Individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*:  KELLEHER EQUIPMENT SUPPLY, INC.
    under the following Code of Civil Procedure section:
    ☒ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                         ☐ other:

7. **Person who served papers**
  a. Name:            BAUDELIO ARELLANO
  b. Address:         1424 21st. Street, Sacramento, CA 95814
  c. Telephone number:  (916) 441-4396
  d. The **fee** for service was: $    98.76
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ Owner ☐ employee ☒ independent contractor.
      (ii) Registration No.: 1790
      (iii) County:    ORANGE

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

BAUDELIO ARELLANO
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)            (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure,§ 417.10

317(XXX)740(0-09

Client File # 1039.001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105 | (415) 348-8300 | |

ATTORNEY FOR (NAME) CALIFORNIA WATER SERVICE CO.
REFERENCE NUMBER 000J7400-09

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 COUNTY CENTER
REDWOOD CITY, CA 94063

SHORT NAME OF CASE
CALIFORNIA WATER SERVICE CO. vs. THE DOW CHEMICAL ET AL

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Sacramento, California. I am over the age of 18 and not a party to this action. My business address is 1424 21st Street, Sacramento, CA. (916) 441-4396.

On June 13, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
SUMMONS COMPLAINT,ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTOI, **California, addressed as follows:**

    KELLEHER EQUIPMENT SUPPLY, INC.
    100 WILSHIRE BLVD., STE 200
    SANTA MONICA, CA 90401

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**    $ 98.76

---

| | |
|---|---|
| [X] Registered: . . . . . ORANGE . . . . . . County,<br>Number: . . . . . . . . . . . . . . . . . . . . .<br>**Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728    *Client File # 1039.001*<br>559-233-1475<br>322/000J7400-09 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: . . . . . . . June 17, 2008 . . . . . . . . . . .<br>at: . . . . . . . Sacramento . . . . . . . , California.<br><br>Signature: _____<br>Name: PETRA FARRELL |

PROOF OF SERVICE BY MAIL    Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name,   state    bar    number,    and    address)*: | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.*(Optional)*(415) 348-8333<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR*(Name)*: CALIFORNIA WATER SERVICE CO. | |

| COURT NAME: SUPERIOR COURT OF CALIFORNIA |
|---|
| STREET ADDRESS: 400 COUNTY CENTER |
| MAILING ADDRESS: 400 COUNTY CENTER |
| CITY AND ZIP CODE: REDWOOD CITY, CA 94063 |
| BRANCH NAME: SOUTHERN |

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | CASE NUMBER:<br>CIV473093 |
|---|---|
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-12 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

    a. ☒ summons

    b. ☒ complaint

    c. ☒ Alternative Dispute Resolution (ADR) package

    d. ☒ Civil Case Cover Sheet *(served  in  complex  cases  only)*

    e. ☐ cross-complaint

    f. ☒ other *(specify  documents)*:
    NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3. a. Party served *(specify name of party as shown on documents served)*:
    WYATT-BENNETT

    b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
    NORMAN L. KOREY, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 15916 BLYTHE STREET
    VAN NUYS, CA 91406

5. I served the party *(check  proper  box)*

    a. ☒ **by  personal  service**. I personally delivered the documents listed in item 2 to the party or person authorized
    to receive service of process for the party    (1) on *(date)*:June 12, 2008    (2) at *(time)*:    10:50 am

    b. ☐ **by  substituted  service**.On *(date)*:    at *(time)*:    I left the documents listed
    in item 2 with or in the presence of *(name  and  title  or  relationship  to  person  indicated  in  item  3b)*:

    (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
    of the person to be served. I informed him or her of the general nature of the papers.

    (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
    place of abode of the party. I informed him or her of the general nature of the papers.

    (3) ☐ **(physical  address  is  unknown)** a person at least 18 years of age apparently in charge at the usual mailing
    address of the person to be served, other than a United States Postal Service post office box. I informed
    him or her of the general nature of the papers.

    (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
    the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
    *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.

    (5) ☐ I attach a **declaration  of  diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>POS-010[Rev. January 1, 2007] | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure,§ 417.10 |
|---|---|---|

Client File # 1039.001

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:               (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:   WYATT-BENNETT
        under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
    a. Name:               GEVORK KHARATYAN
    b. Address:           1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:   (916) 441-4396
    d. **The fee** for service was: $    84.38
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ Owner   ☐ employee   ☐ independent contractor.
            (ii) Registration No.: 5682
            (iii) County:    LOS ANGELES

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 19, 2008

GEVORK KHARATYAN
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Client File # 1039.001

313/00037400-12

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>SHER LEFF, LLP<br>MAMIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105 | *FOR COURT USE ONLY* |
|---|---|

TELEPHONE NO. (415) 348-8300        FAX NO.*(Optional)*(415) 348-8333
EMAIL ADDRESS  *(Optional):*
ATTORNEY FOR*(Name):*  CALIFORNIA WATER SERVICE CO.

COURT NAME: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY, CA 94063
BRANCH NAME: SOUTHERN

| PLAINTIFF/PETITIONER:    CALIFORNIA WATER SERVICE CO. | CASE NUMBER:<br>CIV473093 |
|---|---|
| DEFENDANT/RESPONDENT:    THE DOW CHEMICAL ET AL | |

| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>000J7400-13 |
|---|---|

*(Separate proof of service is required for each party served)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of

   a.  ☒  summons
   b.  ☒  complaint
   c.  ☒  Alternative Dispute Resolution (ADR) package
   d.  ☒  Civil Case Cover Sheet *(served in complex cases only)*
   e.  ☐  cross-complaint
   f.  ☒  other *(specify documents):*
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3.  a.  Party served *(specify name of party as shown on documents served):*
       CORBETT EQUIPMENT

   b.  ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
       STEVE "DOE", AGENT FOR SERVICE OF PROCESS
       Age: 36; Sex: M; Hair: BLACK; Eyes: BROWN; Height: 6'; Weight: 205LBS; Race: C; Marks:

4.  Address where the party was served:  16402 GOTHARD ST., #D
                                         HUNTINGTON BEACH, CA 92647

5.  I served the party *(check proper box)*

   a.  ☒  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized
           to receive service of process for the party   (1) on *(date):*June 11, 2008      (2) at *(time):*    11:26 am
   b.  ☐  **by substituted service**On *(date):*           at *(time):*           I left the documents listed
           in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

       (1)  ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
               of the person to be served. I informed him or her of the general nature of the papers.

       (2)  ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
               place of abode of the party. I informed him or her of the general nature of the papers.

       (3)  ☐  **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing
               address of the person to be served, other than a United States Postal Service post office box. I informed
               him or her of the general nature of the papers.

       (4)  ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
               the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
               *(date):*           from *(city):*           or ☐ a declaration of mailing is attached.

       (5)  ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CIV473093 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

       (1) on *(date)*:                         (2) from *(city)*:

       (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)* (Code Civ. Proc., § 415.30.)

       (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
   a. ☐ as an Individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒☒ On behalf of *(specify)*:  CORBETT EQUIPMENT
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
   a. Name:               PREMYSL LAPCIK
   b. Address:            1424 21st. Street, Sacramento, CA 95814
   c. Telephone number:   (916) 441-4396
   d. The fee for service was: $    84.38
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒☒ registered California process server:
         (i) ☐ Owner   ☐ employee   ☒☒ independent contractor.
         (ii) Registration No.: 2021
         (iii) County:    ORANGE

8. ☒☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:    June 17, 2008

PREMYSL LAPCIK
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)           (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

Client File # 1039.001

313/00017400-13

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| SHER LEFF, LLP<br>MARNIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA 94105<br><br>TELEPHONE NO. (415) 348-8300    FAX NO.(Optional)(415) 348-8333<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR(Name): CALIF. WATER SERVICE CO. | |

| | |
|---|---|
| COURT NAME: SUPERIOR COURT OF CALIFORNIA<br>STREET ADDRESS: 400 COUNTY CENTER<br>MAILING ADDRESS: 400 COUNTY CENTER<br>CITY AND ZIP CODE: REDWOOD CITY, CA 94063<br>BRANCH NAME: SOUTHERN | |
| PLAINTIFF/PETITIONER:    CALIF. WATER SERVICE CO.<br><br>DEFENDANT/RESPONDENT:    THE DOW CHEMICAL CO., ET AL | CASE NUMBER:<br>CIV473093 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0T300239-02 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of

   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE COMPLEX CASE DESIGNATION; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURT MANAGEMENT-SUPERIOR COURT; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL TELEPHONIC APPEARANCE

3. a. Party served *(specify name of party as shown on documents served)*:
   FULLER SUPPLY COMPANY, INC.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   DANIEL C. DAMON, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 715 ARMY STREET
   SAN FRANCISCO, CA 94124

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party    (1) on *(date)*:    (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: June 18, 2008    at *(time)*: 12:45 pm    I left the documents listed in item 2 with or in the presence of: *(name and title or relationship to person indicated in item 3b)*:
   JOHN DOE
   Age: 42; Sex: MALE; Hair: BLONDE; Eyes: BROWN; Height: 6'2"; Weight: 210; Race: WHITE; Marks:

   (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: June 19, 2008    from *(city)*: SAN FRANCISCO    or ☒ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>POS-010[Rev. January 1, 2007] | **PROOF OF SERVICE SUMMONS** | Code of Civil Procedure, § 417.10 |

Client File # 1039.001

| PLAINTIFF/PETITIONER: CALIF. WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL CO., ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                                 (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
a. ☐ as an Individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:

c. ☐ as occupant.
d. ☒ On behalf of *(specify)*: FULLER SUPPLY COMPANY, INC.
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
a. Name:                   LAURA SHAND
b. Address:              1424 21st. Street, Sacramento, CA 95814
c. Telephone number:     (916) 441-4396
d. **The fee** for service was: $      86.34
e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ Owner    ☐ employee    ☒ independent contractor.
        (ii) Registration No.: 2007-0001027
        (iii) County:     SAN FRANCISCO

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date:     June 23, 2008

LAURA SHAND
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                                  (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure,§ 417.10

Client File # 1039.001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| SHER LEFF, LLP<br>MARNIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105 | | (415) 348-8300 | |

ATTORNEY FOR (NAME)     CALIF. WATER SERVICE CO.

REFERENCE NUMBER
0T300239-02

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 COUNTY CENTER
REDWOOD CITY, CA 94063

SHORT NAME OF CASE
CALIF. WATER SERVICE CO. vs. THE DOW CHEMICAL CO., ET AL

| PROOF OF SERVICE BY MAIL | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

**I am a citizen of the United States and employed in the County of Sacramento, California.  I am over the age of 18 and not a party to this action.  My business address is 1424 21st Street, Sacramento, CA. (916) 441-4396.**

On June 19, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
              SUMMONS  COMPLAINT,ALTERNATIVE DISPUTE RESOLUTION (ADR) PACKAGE,
CIVIL CASE COVER SHEET,
NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; CERTIFICATE RE
COMPLEX CASE DESIGNATION; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURT
MANAGEMENT-SUPERIOR COURT; COURTCALL TELEPHONIC APPEARANCES; REQUEST FOR COURTCALL
TELEPHONIC APPEARANCE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN FRANCISCO, **California, addressed as follows:**

    FULLER SUPPLY COMPANY, INC.
    715 ARMY STREET
    SAN FRANCISCO, CA 94124

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**     $  86.34

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X]  Registered:  . . . SACRAMENTO  . . . . County,
      Number:. . . . . . 2005-05 . . . . . . . . . . .



**Attorneys Diversified Services**
1424 21st Street
Sacramento, CA 95814     *Client File # 1039.001*
(916) 441-4396

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

on:. . . . . . . . . . . . . . . . . . . . . . . ,
at:. . . . . . . . . June 23, 2008 . . . , California.
                              Sacramento

Signature: 
      Name: ADRIENNE YOUNG