AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

California Water Service Company )
)
)
)
Plaintiff )
v. )   Civil Action No.  3:08-CV-3267 SI
(See Additional Defendants Attachment) )
)
)
)
Defendant )

**Summons in a Civil Action**

To: (See Additional Defendants Attachment)

*(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Victor M. Sher, SBN 96197
Todd E. Robins, SBN 191853
Marnie E. Riddle, SBN 233732
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
(415) 348-8300

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  17 JUL 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 Civil Summons

## United States District Court, Northern District of California

California Water Service Company v. The Dow Chemical Co., et al.

Case No. 3:08-CV-3267 SI

Additional Defendants Listed:

THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC.; AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT; WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION; ELECTROLUX CORPORATION; LINDUS S.R.L., individually and d/b/a LINDUS WEST; COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP.; REALSTAR, INC. individually and d/b/a REALSTAR USA; UNION DRYCLEANING PRODUCTS USA; FIRBIMATIC; BERGPARMA OF AMERICA, LLC; AMA UNIVERSAL; FLUORMATIC MIDWEST LTD.; FORENTA LP; WESTERN MULTITEX CORP.; MARVEL MANUFACTURING; RENZACCI OF AMERICA, SAIL STAR USA; VIC MANUFACTURING CORPORATION; M.B.L., INC.; GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC.; WASHEX MACHINERY OF CALIFORNIA, INC.; WORKROOM SUPPLY, INC. TAYLOR HOUSEMAN, INC.; UNITED FABRICARE SUPPLY, INC.; ECHCO SALES INC.; MW EQUIPMENT; ARTHUR KAJIWARA EQUIPMENT CO., INC.; KELLEHER EQUIPMENT SUPPLY, INC.; US MACHINERY & ENGINEERING CO., INC.; WYATT-BENNETT; CORBETT EQUIPMENT; FULLER SUPPLY COMPANY; SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                                                             Server's signature

                                                                             Printed name and title

                                                                               Server's address