1  Douglas R. Young (State Bar No. 073248)
   James H. Colopy (State Bar No. 172806)
2  Ruth Ann Castro (State Bar No. 209448)
   Farella Braun + Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5  dyoung@fbm.com
   jcolopy@fbm.com
6  rcastro@fbm.com

7  Attorneys for Defendant
   Legacy Vulcan Corp., formerly known as
8  Vulcan Materials Company

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>                    Plaintiff,<br><br>      vs.<br><br>THE DOW CHEMICAL COMPANY; *et al*,<br><br>                    Defendants. | Case No.  CV-08-3267<br><br>**DEFENDANT LEGACY VULCAN CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16 AND F.R.C.P. 7.1)** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

VULCAN'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS - Case No. CV 08 3267

23397\1631302.1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Vulcan Materials Company (formerly known as Virginia Holdco, Inc.).

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Legacy Vulcan Corp., formerly known as Vulcan Materials Company, hereby discloses that it has one parent corporation, Vulcan Materials Company (formerly known as Virginia Holdco, Inc.), and that Vulcan Materials Company, a publicly held corporation, owns 100% of Legacy Vulcan Corp.'s stock..

Dated: July 22, 2008                                  FARELLA BRAUN + MARTEL LLP

                                                      By:      /s/ Ruth Ann Castro
                                                             Ruth Ann Castro

                                                             Attorneys for Defendant
                                                             Legacy Vulcan Corp., formerly known as
                                                             Vulcan Materials Company

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VULCAN'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS - Case No. CV 08 3267        - 2 -                                    23397\1631302.1