**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Shawn C. Loorz, SBN 250985
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant WORKROOM SUPPLY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC., VULCAN MATERIALS COMPANY, OCCIDENTAL CHEMICAL CORPORATION, VALERO ENERGY CORPORATION, STAUFFER CHEMICAL COMPANY, BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC., HOYT CORPORATION, R.R. STREET & CO., INC., MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, | Case No. CIV-08-03267 SI<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed:    May 22, 2008 |

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00600357.WPD

1
NOTICE OF APPEARANCE

BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTORING, RENZACCI OF AMERICAN, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., US MACHINERY & ENGINEERING CO., INC., WYATT BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, INC. and DOES 1 through 750, INCLUSIVE,

          Defendants.
_____/

Please enter my appearance as lead counsel for Defendant WORKROOM SUPPLY, INC. in addition to Shawn C. Loorz, who will be assisting me in this case. I am registered with the USDC Eastern District of California's Case Management/Electronic Case Filing (CM/ECF) system. All communications with me should be made as follows:

    David A. Melton
    PORTER, SCOTT
    A Professional Corporation
    350 University Avenue, Suite 200
    Sacramento, CA 95825
    (916) 929-1481
    (916) 927-3706 (fax)
    dmelton@porterscott.com

///

///

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00600357.WPD

2

**NOTICE OF APPEARANCE**

| | |
|---|---|
| Dated: August 6, 2008 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By   /s/ David A. Melton<br>     David A. Melton<br>     Attorneys for Defendant WORKROOM SUPPLY, INC. |

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00600357.WPD

3
**NOTICE OF APPEARANCE**