Victor M. Sher, SBN 96197
vsher@sherleff.com
Todd E. Robins, SBN 191853
trobins@sherleff.com
Marnie E. Riddle, SBN 233732
mriddle@sherleff.com
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Scott Summy, *Admitted in Texas, SBN 19507500*
ssummy@baronbudd.com
Cary McDougal, *Admitted in Texas, SBN 13569600*
cmcdougal@baronbudd.com
Carla Burke, *Admitted in Texas, SBN 24012490*
cburke@baronbudd.com
Celeste Evangelisti, SBN 225232
cevangel@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

Attorneys for Plaintiff
CALIFORNIA WATER SERVICE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>    Defendants. | **CASE NO. CIV-08-03267 SI**<br><br>**DECLARATION OF MARNIE E. RIDDLE IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>**Hon. Susan Y. Illston** |

**DECLARATION OF MARNIE E. RIDDLE**

I, Marnie E. Riddle, declare:

1. I am an attorney with the law firm of Sher Leff LLP, attorneys of record for Plaintiff California Water Service Company in this action. I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Proof of Service Summons for MW Equipment dated June 17, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 6th day of August, 2008 in San Francisco, California.

        /s/ Marnie E. Riddle_____

        MARNIE E. RIDDLE

# Exhibit 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): <br> SHER LEFF, LLP <br> MAMIE RIDDLE - SBN # 233732 <br> 450 MISSION STREET, SUITE 400 <br> SAN FRANCISCO, CA 94105 <br> TELEPHONE NO. (415) 348-8300  FAX NO. (Optional) (415) 348-8333 <br> EMAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): CALIFORNIA WATER SERVICE CO. | FOR COURT USE ONLY |
|---|---|
| COURT NAME: SUPERIOR COURT OF CALIFORNIA <br> STREET ADDRESS: 400 COUNTY CENTER <br> MAILING ADDRESS: 400 COUNTY CENTER <br> CITY AND ZIP CODE: REDWOOD CITY, CA 94063 <br> BRANCH NAME: SOUTHERN | |
| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. <br> DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CASE NUMBER: <br> CIV473093 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No. <br> 000J7400-07 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of
   a. [XX] summons
   b. [XX] complaint
   c. [XX] Alternative Dispute Resolution (ADR) package
   d. [XX] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [XX] other (specify documents):
   NOTICE OF CASE MANAGEMENT CONFERENCE; BLANK CASE MANAGEMENT STATEMENT; NOTICE OF COMPLEX CASE STATUS CONFERENCE; COURTCALL TELEPHONIC APPEARANCES; BLANK REQUEST FOR COURTCALL TELEPHONIC APPEARANCE; COURT MANAGEMENT-SUPERIOR COURT RULES PACKET; CERTIFICATE RE COMPLEX CASE DESIGNATION

3. a. Party served (specify name of party as shown on documents served):
   MW EQUIPMENT

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   MIN W WEE, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 1130 N PACIFIC AVE.
   GLENDALE, CA 91202

5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):  (2) at (time):
   b. [XX] by substituted service On (date): June 11, 2008  at (time): 12:20 pm  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):
   SOON HWANG, PERSON APPARENTLY IN CHARGE

   (1) [XX] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address is unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [XX] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
   (date): June 13, 2008  from (city): SACRAMENTO  or [XX] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

317/000J7400-07

Client File # 1039.001

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL ET AL | CIV473093 |

    c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

        (1) on (date):                      (2) from (city):
        (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)* (Code Civ. Proc., § 415.30.)
        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d. ☐ by other means *(specify means of service and authorizing code section)*:

        ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
    a. ☐ as an Individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:   MW EQUIPMENT
       under the following Code of Civil Procedure section:
       ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                                                      ☐ other:

7. **Person who served papers**
    a. Name:                 GEVORK KHARATYAN
    b. Address:             1424 21st. Street, Sacramento, CA 95814
    c. Telephone number:   (916) 441-4396
    d. The fee for service was: $     98.76
    e. I am:
       (1) ☐ not a registered California process server.
       (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☐ registered California process server:
           (i) ☐ Owner    ☐ employee    ☐ independent contractor.
           (ii) Registration No.: 5682
           (iii) County:     LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:   June 17, 2008

GEVORK KHARATYAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                             (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010(Rev. January 1, 2007)

PROOF OF SERVICE SUMMONS

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # 1039.001

317/00017400-07