Victor M. Sher, SBN 96197
vsher@sherleff.com
Todd E. Robins, SBN 191853
trobins@sherleff.com
Marnie E. Riddle, SBN 233732
mriddle@sherleff.com
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Scott Summy, *Admitted in Texas, SBN 19507500*
ssummy@baronbudd.com
Cary McDougal, *Admitted in Texas, SBN 13569600*
cmcdougal@baronbudd.com
Carla Burke, *Admitted in Texas, SBN 24012490*
cburke@baronbudd.com
Celeste Evangelisti, SBN 225232
cevangel@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

Attorneys for Plaintiff
CALIFORNIA WATER SERVICE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>  Defendants. | **CASE NO. CIV-08-03267 SI**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CALIFORNIA WATER SERVICE COMPANY 'S MOTION FOR REMAND**<br><br>**Hon. Susan Y. Illston** |

# **[PROPOSED] ORDER**

On October 31, 2008, at 9:00 a.m., in the U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA, Courtroom 10 or as soon thereafter as the matter could be heard, Plaintiff California Water Service Company's ("Plaintiff's") Motion for Remand of this action to state court came on regularly for hearing before the Court. The Court now rules as follows:

For good cause shown, Plaintiff's Motion is GRANTED.

It is hereby ordered that:

1. The above-entitled action is remanded to the Superior Court of California, San Mateo County.

2. Pursuant to 28 U.S.C. § 1447(c), Defendants shall jointly and severally pay Plaintiff's costs, including reasonable attorneys' fees, incurred in connection with the removal of this action to federal court in the amount of $ _____, within fifteen days of entry of this Order.

**SO ORDERED**.

Date:_____

Entered: _____

UNITED STATES DISTRICT COURT JUDGE