Victor M. Sher, SBN 96197
vsher@sherleff.com
Todd E. Robins, SBN 191853
trobins@sherleff.com
Marnie E. Riddle, SBN 233732
mriddle@sherleff.com
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Scott Summy, *Admitted in Texas, SBN 19507500*
ssummy@baronbudd.com
Cary McDougal, *Admitted in Texas, SBN 13569600*
cmcdougal@baronbudd.com
Carla Burke, *Admitted in Texas, SBN 24012490*
cburke@baronbudd.com
Celeste Evangelisti, SBN 225232
cevangel@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

Attorneys for Plaintiff
CALIFORNIA WATER SERVICE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | **CASE NO. CIV-08-03267 SI**<br><br>**DECLARATION OF MARNIE E. RIDDLE IN SUPPORT OF PLAINTIFF CALIFORNIA WATER SERVICE COMPANY 'S MOTION TO ENLARGE TIME FOR RESPONDING TO AND HEARING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>FILED WITH: MOTION TO ENLARGE TIME, [PROPOSED] ORDER<br><br>**Hon. Susan Y. Illston** |

# DECLARATION OF MARNIE E. RIDDLE
# IN SUPPORT OF MOTION TO ENLARGE TIME

I, Marnie E. Riddle, declare as follows:

1. I am an attorney with the law firm of Sher Leff LLP, attorneys of record for Plaintiff California Water Service Company in the above-captioned action. Unless otherwise stated, I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify to them.

2. Plaintiff has requested an enlargement of time for briefing and hearing Vulcan's Motion to Dismiss because a Motion to Remand is pending. In my opinion the Motion to Remand is meritorious and has a strong likelihood of prevailing.

3. On July 18, 2008, I spoke by telephone with Ruth Ann Castro, counsel for Defendant Legacy Vulcan Corp. In the course of that conversation and in follow-up emails attached as Exhibit 1 to this Declaration, I requested a stipulated continuance of both the hearing on Vulcan's Motion to Dismiss and the filing deadline for Plaintiff's opposition brief. On behalf of Vulcan, Ms. Castro refused to agree to either.

4. If the Court does not enlarge the time as requested, the parties will be forced to brief, and the Court to address, Vulcan's pending Motion to Dismiss. However, if the Court grants Plaintiff's pending Motion to Remand, this expenditure of judicial and attorney resources will be wasted.

5. There is no conceivable prejudice to the Court or any party associated with Plaintiff's proposed enlargement of time. Plaintiff and a majority of the defendants served to date have stipulated that those defendants "shall not be required to answer or otherwise respond to Plaintiff's Complaint until fifteen (15) days after this Court's ruling on Plaintiff's motion to remand," agreeing, among other things, "that it will serve the interests of judicial economy to temporarily postpone the

1  Stipulating Defendants' obligation to answer or otherwise respond to Plaintiff's Complaint until after
2  this Court has ruled on Plaintiff's motion to remand." This stipulation was filed on July 16, 2008
3  (Docket No. 27).

      6.    The Initial Case Management Conference in this case has not yet occurred and no case schedule has been set. Plaintiff's requested time modification would affect no events in this case other than the schedule for briefing and hearing Vulcan's Motion to Dismiss.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 6th day of August, 2008 in San Francisco, California.

                                                __/s/ Marnie E. Riddle_____

                                                MARNIE E. RIDDLE

---

3

Declaration of Marnie E. Riddle In Support of Plaintiff's Motion to Enlarge Time – Case No. CIV-08-03267 SI

# Exhibit 1

**From:** RCastro@fbm.com
**Sent:** Wednesday, July 23, 2008 2:19 PM
**To:** Marnie Riddle
**Subject:** RE: California Water Service Co. v. Dow et al.: Failure to Stipulate

Ms. Riddle,

Thank you for your email. Your understanding of our conversation on Friday is generally correct, however, I understood Plaintiff's request was to move the hearing date (not the opposition deadline) of Vulcan's Motion to Dismiss. With regard to your request to stipulate to extend Plaintiff's opposition, for the same for the reasons that I mentioned when we spoke, Vulcan continues to believe that moving the opposition deadline is not warranted here. We also believe that even if the Court were to continue the hearing date, there would be no basis to defer briefing of the Motion.

Please let me know if you have any questions or would like to discuss this further.

Regards,
Ruth Ann

-----Original Message-----
**From:** Marnie Riddle [mailto:mriddle@sherleff.com]
**Sent:** Monday, July 21, 2008 3:55 PM
**To:** Castro, Ruth Ann (24) x4489
**Subject:** California Water Service Co. v. Dow et al.: Failure to Stipulate

Dear Ms. Castro,

This email is to confirm our telephone conversation of Friday, July 18, 2008, during which I asked whether you were willing to stipulate to an extension of time for Plaintiff to file its opposition to defendant Legacy Vulcan Corp.'s Motion to Dismiss Plaintiff's Seventh Cause of Action until after Plaintiff's motion for remand to state court is heard and resolved. At that time, you were unwilling to stipulate to such an extension. If your client's position on this matter changes, please let me know. Thank you.

Marnie

Marnie Riddle
Sher Leff LLP
450 Mission St, Suite 400
San Francisco, CA 94105
415.348.8300 x102 (p)
415.348.8333 (f)
mriddle@sherleff.com

The information in this email message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this email message. If you have received this email in error, please notify the sender. Thank you.

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP