1 | Victor M. Sher, SBN 96197
vsher@sherleff.com
2 | Todd E. Robins, SBN 191853
trobins@sherleff.com
3 | Marnie E. Riddle, SBN 233732
mriddle@sherleff.com
4 | SHER LEFF LLP
5 | 450 Mission Street, Suite 400
San Francisco, CA 94105
6 | Telephone: (415) 348-8300
Facsimile: (415) 348-8333
7 |

8 | Scott Summy, *Admitted in Texas, SBN 19507500*
ssummy@baronbudd.com
9 | Cary McDougal, *Admitted in Texas, SBN 13569600*
cmcdougal@baronbudd.com
10 | Carla Burke, *Admitted in Texas, SBN 24012490*
cburke@baronbudd.com
11 | Celeste Evangelisti, SBN 225232
cevangel@baronbudd.com
12 | BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
13 | Dallas, TX 75219-4281
Telephone: (214) 523-6267
14 | Facsimile: (214) 520-1181
15 |

16 | Attorneys for Plaintiff
CALIFORNIA WATER SERVICE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | **CASE NO. CIV-08-03267 SI**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CALIFORNIA WATER SERVICE COMPANY'S MOTION TO ENLARGE TIME FOR RESPONDING TO AND HEARING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>FILED WITH: MOTION TO ENLARGE TIME, DECLARATION OF MARNIE E. RIDDLE<br><br>**Hon. Susan Y. Illston** |

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, it is ORDERED that the time for briefing and hearing Defendant Legacy Vulcan Corp.'s Motion to Dismiss is enlarged so that the Motion to Dismiss will be set for hearing no fewer than thirty-five (35) days after this Court's ruling on Plaintiff's Motion to Remand (filed August 6, 2008).

IT IS FURTHER ORDERED THAT Plaintiff's brief in opposition to that Motion to Dismiss will be due twenty-one (21) days prior to the hearing on Vulcan's Motion to Dismiss in accordance with Civil Local Rule 7-3(a).

IT IS SO ORDERED.

Dated:

_____

UNITED STATES DISTRICT COURT JUDGE