1  Victor M. Sher, SBN 96197
   vsher@sherleff.com
2  Todd E. Robins, SBN 191853
3  trobins@sherleff.com
   Marnie E. Riddle, SBN 233732
4  mriddle@sherleff.com
   SHER LEFF LLP
5  450 Mission Street, Suite 400
   San Francisco, CA 94105
6  Telephone: (415) 348-8300
7  Facsimile: (415) 348-8333

8  Scott Summy, *Admitted in Texas, SBN 19507500*
   ssummy@baronbudd.com
9  Cary McDougal, *Admitted in Texas, SBN 13569600*
10 cmcdougal@baronbudd.com
   Carla Burke, *Admitted in Texas, SBN 24012490*
11 cburke@baronbudd.com
   Celeste Evangelisti, SBN 225232
12 cevangel@baronbudd.com
   BARON & BUDD, P.C.
13 3102 Oak Lawn Avenue, Suite 1100
   Dallas, TX 75219-4281
14 Telephone: (214) 523-6267
   Facsimile: (214) 520-1181
15

16 Attorneys for Plaintiff
   CALIFORNIA WATER SERVICE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | **CASE NO. CIV-08-03267 SI**<br><br>**PLAINTIFF CALIFORNIA WATER SERVICE COMPANY 'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(CIVIL L.R. 3-16 and F.R.C.P. 7.1)** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

California Water Service Group (parent company of California Water Service Company).

Dated: August 7, 2008                    SHER LEFF LLP

                               By:    /s/ Marnie E. Riddle

                                      VICTOR M. SHER
                                      TODD E. ROBINS
                                      MARNIE E. RIDDLE

                                      BARON & BUDD, P.C.

                                      Attorneys for Plaintiff
                                      CALIFORNIA WATER SERVICE COMPANY