Victor M. Sher, SBN 96197
vsher@sherleff.com
Todd E. Robins, SBN 191853
trobins@sherleff.com
Marnie E. Riddle, SBN 233732
mriddle@sherleff.com
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Scott Summy, *Admitted in Texas, SBN 19507500*
ssummy@baronbudd.com
Cary McDougal, *Admitted in Texas, SBN 13569600*
cmcdougal@baronbudd.com
Carla Burke, *Admitted in Texas, SBN 24012490*
cburke@baronbudd.com
Celeste Evangelisti, SBN 225232
cevangel@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

Attorneys for Plaintiff
CALIFORNIA WATER SERVICE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | CASE NO. CIV-08-03267 SI<br><br>**CERTIFICATE OF SERVICE ON ECF NORTHERN DISTRICT UNREGISTERED DEFENDANTS**<br><br>Hon. Susan Y. Illston<br>Department: 10 |

**CERTIFICATE OF SERVICE**

UNITED STATES DISTRICT COURT            )
                                        ) ss
NORTHERN DISTRICT OF CALIFORNIA         )
                                        )
SAN FRANCISCO DIVISION                  )

*California Water Service Co. v. The Dow Chemical Co., et al.*
Case No. CIV-08-3267 SI

      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 450 Mission Street, Suite 400, San Francisco, CA 94105.

      On **August 8, 2008**, I served the following documents described as:

1) Plaintiff California Water Service Company's Notice of Motion and Motion to Remand
2) Declaration of Marnie E. Riddle in Support of Plaintiff's Motion to Remand
3) [Proposed] Order Granting Plaintiff California Water Service Company's Motion for Remand
4) Plaintiff California Water Service Company's Motion to Enlarge Time for Responding to and Hearing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) (Civ. L.R. 6-3)
5) Declaration of Marnie E. Riddle in Support of Plaintiff California Water Service Company's Motion to Enlarge Time for Responding to and Hearing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6)
6) [Proposed] Order Granting Plaintiff California Water Service Company's Motion to Enlarge Time for Responding to and Hearing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6)
7) Plaintiff California Water Service Company's Certification of Interested Entities or Persons (Civil L.R. 3-16 and F.R.C.P. 7.1)

[ X ]  by placing true copies thereof in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ X ]  **(BY FEDEX OVERNIGHT)** I caused to such envelope to be deposited in the mail at San Francisco, California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with FedEx on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit. Executed on August 8, 2008 at San Francisco, California.

[ X ]  **STATE** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                                                Kristin Meyers

California Water Service Company v. The Dow Chemical Company, et al.

United States District Court, Northern District of California, San Francisco Division

Case No. CIV-08-3267 SI

## SERVICE LIST

| | |
|---|---|
| Gennaro Filice, Esq.<br>Stephen J. Valen, Esq.<br>Nicholas Kayhan, Esq.<br>Daniel J. Nichols, Esq.<br>FILICE, BROWN, EASSA & MCLEOD, LLP<br>Lake Merritt Plaza, 18th Floor<br>1999 Harrison Street<br>Oakland, CA 94612-3408<br>Tel: (510) 444-3131<br>Fax: (510) 839-7940<br>Email: Gus.Filice@filicebrown.com<br>      svalen@filicebrown.com<br>      dnichols@filicebrown.com | Attorneys for Defendant:<br>THE DOW CHEMICAL COMPANY |
| Andrew T. Mortl, Esq.<br>GLYNN & FINLEY, LLP<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596<br>Tel: (925) 210-2800<br>Email: amortl@glynnfinley.com | Attorneys for Defendant:<br>E.I. DUPONT DE NEMOURS AND COMPANY |
| Stephen C. Lewis, Esq.<br>R. Morgan Gilhuly, Esq.<br>Donald E. Sobelman, Esq.<br>Maureen L. King, Esq.<br>BARG, COFFIN, LEWIS & TRAPP, LLP<br>350 California Street, 22nd Floor<br>San Francisco, CA 94104-1435<br>Tel: (415) 228-5400<br>Fax: (415) 228-5400<br>Email: scl@bcltlaw.com<br>      rmg@bcltlaw.com<br>      des@bcltlaw.com<br>      mlk@bcltlaw.com | Attorneys for Defendant:<br>OCCIDENTAL CHEMICAL CORPORATION |
| Steven H. Gurnee, Esq.<br>John A. Mason, Esq.<br>GURNEE & DANIELS LLP<br>2240 Douglas Blvd., Suite 150 | Attorneys for Defendant:<br>VALERO ENERGY CORPORATION |

Certificate of Service on ECF Northern District Unregistered Defendants – Case No. CIV 08-3267 SI

| | | |
|---|---|---|
| 1 | Roseville, CA 95661-3805<br>Tel: (916) 797-3100 | |
| 2 | Fax: (916) 797-3131<br>Email: john@gurnee-law.com | |
| 3 | | |
| 4 | Alexander M. Weyand, Esq.<br>PETERSON, WEYAND, MARTIN LLP | Attorneys for Defendants:<br>BOWE-PERMAC, INC., individually and |
| 5 | 49 Stevenson Street, 10th Floor<br>San Francisco, CA 94105 | d/b/a BOWE TEXTILE CLEANING, INC.;<br>SAIL STAR USA; VIC |
| 6 | Tel: (415) 399-2900<br>Email: aweyand@pwmlaw.com | MANUFACTURING CORPORATION |
| 7 | Richard S. Baron, Esq. | Attorneys for Defendant: |
| 8 | Brian H. Phinney, Esq.<br>FOLEY, BARON & METZGER, PLLC | HOYT CORPORATION |
| 9 | 33533 W. 12 Mile Road, Suite 350<br>Farmington Hills, MI 48331 | |
| 10 | Tel: (248) 488-1525<br>Email: rbaron@fbmlaw.com | |
| 11 |        bphinney@fbmlaw.com | |
| 12 | Mandy L. Jeffcoach, Esq.<br>MCCORMICK BARSTOW LLP | |
| 13 | 5 River Park Place East<br>P.O. Box 28912 | |
| 14 | Fresno, CA 93720<br>Tel: (559) 433-1300 | |
| 15 | Fax: (559) 433-2300<br>Email: | |
| 16 | mandy.jeffcoach@mccormickbarstow.com | |
| 17 | | |
| 18 | John B. Thomas, Esq.<br>John Deis, Esq. | Attorneys for Defendant:<br>R.R. STREET & CO., INC. |
| 19 | Wade Whilden, Esq.<br>HICKS, THOMAS & LILIENSTERN, LLP | |
| 20 | 700 Louisiana, Suite 2000<br>Houston, TX 77002 | |
| 21 | Tel: (713) 547-9100<br>Fax: (713) 547-9150 | |
| 22 | Email: jdeis@hicks-thomas.com | |
| 23 | Kristin N. Reyna, Esq.<br>GORDON & REES, LLP | Attorneys for Defendant:<br>MCGRAW EDISON COMPANY, |
| 24 | 101 W. Broadway, Suite 2000<br>San Diego, CA 92101 | individually and d/b/a AMERICAN<br>LAUNDRY MACHINERY, INC. |
| 25 | Tel: (619) 696-6700<br>Email: kreyna@gordonrees.com | |
| 26 | | |
| 27 | Christopher M. Bechhold, Esq.<br>THOMPSON HINE | Attorneys for Defendant:<br>AMERICAN LAUNDRY MACHINERY, |
| 28 | 312 Walnut Street, 14th Floor<br>Cincinnati, OH 45202-4089<br>Tel: (513) 352-6700 | INC., individually and d/b/a AJAX<br>MANUFACTURING DIVISION AND |

| | |
|---|---|
| Email: Chris.Bechhold@ThompsonHine.com | MARTIN EQUIPMENT |
| Orlyn O. Lockard, III, Esq.<br>ALSTON & BIRD, LLP<br>1201 West Peachtree Street, SW<br>Atlanta, GA 30309-3424<br>Tel: (404) 881-7126<br>Email: skip.lockard@alston.com | Attorneys for Defendants:<br>WHITE CONSOLIDATED INDUSTRIES, INC.; ELECTROLUX CORPORATION |
| Anthony S. Cannatella, Esq.<br>LAW OFFICES OF ANTHONY S. CANNATELLA<br>53 Orchard Street<br>Manhasset, NY 10002-5414<br>Tel: (516) 472-7300<br>Email: acannatella@acannatella.com | Attorneys for Defendant:<br>COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ ILSA MACHINES CORP. |
| John B. Thomas<br>Brian A. Abramson, Esq.<br>HICKS, THOMAS & LILIENSTERN, LLP<br>700 Louisiana, Suite 2000<br>Houston, TX 77002<br>Tel: (713) 547-9100<br>Fax: (713) 547-9150<br>Email: babramson@hicks-thomas.com | Attorneys for Defendants:<br>REALSTAR, INC., individually and d/b/a REALSTAR USA; FIRBIMATIC |
| Richard T. Petrillo, Esq.<br>PINO & ASSOCIATES, LLP<br>Westchester Financial Center<br>50 Main Street<br>White Plains, NY 10606<br>Tel: (914) 946-0600<br>Fax: (914) 946-0650<br>Email: rpetrillo@pinolaw.com<br><br>John B. Thomas<br>Brian A. Abramson, Esq.<br>HICKS, THOMAS & LILIENSTERN, LLP<br>700 Louisiana, Suite 2000<br>Houston, TX 77002<br>Tel: (713) 547-9100<br>Fax: (713) 547-9150<br>Email: babramson@hicks-thomas.com | Attorneys for Defendant:<br>MONDIAL DRYCLEANING PRODUCTS, INC. (improperly named UNION DRYCLEANING PRODUCTS USA) |
| Thomas H. Clarke, Jr., Esq.<br>ROPERS, MAJESKI, KOHN, BENTLEY<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Tel: (415) 543-4800<br>Email: tclarke@ropers.com | Attorneys for Defendant:<br>FORENTA LP |
| Nicole Kim<br>1261 N. Patt Street<br>Anaheim, CA 92801 | Defendant:<br>WESTERN MULTITEX CORP. |

Certificate of Service on ECF Northern District Unregistered Defendants – Case No. CIV 08-3267 SI

| | |
|---|---|
| Tel: (714) 871-8990<br>Email: nicollkim@hotmail.com | |
| R.L. Wilkinson<br>9606 Huebner Road<br>San Antonio, TX 78240-1511 | Defendant:<br>MARVEL MANUFACTURING COMPANY |
| Stephen A. Spataro, Esq.<br>SPATARO & ASSOCIATES<br>100 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90401-1111<br>Tel: (310) 917-4557<br>Email: steve@spataro.com | Attorneys for Defendants:<br>RENZACCI OF AMERICA, INC.;<br>KELLEHER EQUIPMENT SUPPLY, INC. |
| A. Raymond Hamrick, III, Esq.<br>HAMRICK & EVANS, LLP<br>10 Universal City Plaza, Suite 2200<br>Universal City, CA 91608-1009<br>Tel: (818) 763-5292<br>Email: aray@hamricklaw.com | Attorneys for Defendant:<br>M.B.L., INC. |
| Roland E. The, Esq.<br>BRYDON, HUGO & PARKER LLP<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105-1812<br>Tel: (415) 399-2900<br>Email: rthe@bhplaw.com | Attorneys for Defendant:<br>GOSS-JEWETT CO. OF NORTHERN CALIFORNIA |
| Sang Cho<br>14029 Catalina Street<br>San Leandro, CA 94557<br>Tel: (510) 667-9614 | Defendant:<br>S.B. SUPPLY INC. |
| Jube Najarian<br>JACOBSON, HANSEN, NAJARIAN & MCQUILLAN<br>1690 West Shaw Avenue, Suite 201<br>Fresno, CA 93711<br>Tel: (559) 448-0400<br>Fax: (559) 448-0123<br>Email: jjn@jhnmlaw.com | Defendant:<br>WASHEX MACHINERY OF CALIFORNIA, INC. |
| William H. Kochenderfer<br>12210 Herdal Drive, Suite 11<br>Auburn, CA 95603<br>TELLES, WALKER & KOCHENDERFER, LLP<br>Auburn, CA 95603<br>Tel: (530) 887-1456<br>Fax: (530) 887-9417<br>Email: wkochenderfer@cs.com | Defendant:<br>TAYLOR HOUSEMAN, INC. |

| | |
|---|---|
| Patrick M. Maloney, Esq.<br>BAUTE & TIDUS LLP<br>777 Figueroa St. #4900<br>Los Angeles, CA 900017<br>Tel: (213) 630-5000<br>Email: PMaloney@bautelaw.com | Attorneys for Defendant:<br>UNITED FABRICARE SUPPLY, INC. |
| Probal G. Young, Esq.<br>ARCHER NORRIS<br>2033 N. Main Street, Suite 800<br>Walnut Creek, CA 94596<br>Tel: (925) 930-6600<br>Fax: (925) 930-6620<br>Email: pyoung@archernorris.com | Attorneys for Defendant:<br>ECHCO SALES INC. |
| Michael Wee<br>M.W. Equipment, Inc.<br>1130 N. Pacific Avenue<br>Glendale, CA 91202<br>Tel: (818) 768-0207<br>Fax: (818) 768-3191 | Defendant:<br>MW EQUIPMENT |
| Arthur Kajiwara<br>Arthur Kajiwara Equipment Company<br>2129 Troy Avenue<br>South El Monte, CA 91733-2535 | Defendant:<br>ARTHUR KAJIWARA EQUIPMENT CO., INC. |
| Kenneth Park<br>3061 E. La Jolla Street, Suite A<br>Anaheim, CA 92806<br>Tel: (714) 666-2777<br>Email: usmachin@sbcglobal.net | Defendant:<br>US MACHINERY & ENGINEERING CO., INC. |
| Mark B. Gilmartin, Esq.<br>LAW OFFICES OF MARK B. GILMARTIN<br>1534 17th Street, Suite 1703<br>Santa Monica, CA 90404-3452<br>Tel: (310) 310-2644<br>Email: mbgilmartin@earthlink.net | Attorneys for Defendant:<br>WYATT-BENNETT |
| Thomas W. Hood, Esq<br>HOOD & REED<br>18141 Beach Blvd., Suite 390<br>Huntington Beach, CA 92648<br>Tel: (714) 842-6837<br>Email: hoodlaw@aol.com | Attorneys for Defendant:<br>CORBETT EQUIPMENT |
| Fuller Supply Company<br>715 Army Street<br>San Francisco, CA 94124 | Defendant:<br>FULLER SUPPLY COMPANY |

Certificate of Service on ECF Northern District Unregistered Defendants – Case No. CIV 08-3267 SI