STEPHEN C. LEWIS (State Bar No. 66590)
R. MORGAN GILHULY (State Bar No. 133659)
DONALD E. SOBELMAN (State Bar No. 184028)
MAUREEN L. KING (State Bar No. 111689)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:    (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Defendant
OCCIDENTAL CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DOW CHEMICAL COMPANY, et al.,<br><br>    Defendants. | Case No. CIV-08-03267 SI<br><br>**NOTICE OF ENTRY OF APPEARANCE OF DONALD E. SOBELMAN** |

TO:    THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Donald E. Sobelman of the law firm of Barg Coffin Lewis & Trapp, LLP, hereby enters his appearance as counsel for defendant Occidental Chemical Corporation. Counsel's contact information is as follows:

> Donald E. Sobelman
> Barg Coffin Lewis & Trapp, LLP
> 350 California Street, 22nd Floor
> San Francisco, California  94104-1435
> Email: des@bcltlaw.com
> Telephone:    (415) 228-5400
> Facsimile:    (415) 228-5450

**NOTICE OF ENTRY OF APPEARANCE OF DONALD E. SOBELMAN**
California Water Service Company v. The Dow Chemical Company, et al., USDC Case No.: CIV-08-03267 SI

538138.1

| | | |
|---|---|---|
| 1 | DATED: August 8, 2008 | BARG COFFIN LEWIS & TRAPP, LLP |
| 3 | | By: /s/ DONALD E. SOBELMAN |
| 4 | | DONALD E. SOBELMAN<br>Attorneys For Defendant |
| 5 | | OCCIDENTAL CHEMICAL<br>CORPORATION |

**NOTICE OF ENTRY OF APPEARANCE OF DONALD E. SOBELMAN**  
California Water Service Company v. The Dow Chemical Company, et al., USDC Case No.: CIV-08-03267 SI

2

538138.1