1  STEPHEN C. LEWIS (State Bar No. 66590)
2  R. MORGAN GILHULY (State Bar No. 133659)
   DONALD E. SOBELMAN (State Bar No. 184028)
3  MAUREEN L. KING (State Bar No. 111689)
   BARG COFFIN LEWIS & TRAPP, LLP
4  350 California Street, 22nd Floor
   San Francisco, California 94104-1435
5  Telephone:    (415) 228-5400
   Facsimile:    (415) 228-5450

6  Attorneys for Defendant
7  OCCIDENTAL CHEMICAL CORPORATION

8
9              UNITED STATES DISTRICT COURT
10     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
11

12 | CALIFORNIA WATER SERVICE COMPANY, | Case No. CIV-08-03267 SI |
13 | | **NOTICE OF ENTRY OF APPEARANCE OF MAUREEN L. KING** |
14 | Plaintiff, | |
15 | v. | |
16 | DOW CHEMICAL COMPANY, et al., | |
17 | Defendants. | |

18
19 TO:   THE COURT AND ALL COUNSEL OF RECORD:
20        PLEASE TAKE NOTICE that Maureen L. King of the law firm of Barg Coffin Lewis &
21 Trapp, LLP, hereby enters her appearance as counsel for defendant Occidental Chemical
22 Corporation. Counsel's contact information is as follows:
23              Maureen L. King
                Barg Coffin Lewis & Trapp, LLP
24              350 California Street, 22nd Floor
                San Francisco, California  94104-1435
25              Email: mlk@bcltlaw.com
                Telephone:    (415) 228-5400
26              Facsimile:    (415) 228-5450
27
28

**NOTICE OF ENTRY OF APPEARANCE OF MAUREEN L. KING**
California Water Service Company v. The Dow Chemical Company, et al., USDC Case No.: CIV-08-03267 SI

538140.1

| | | |
|---|---|---|
| 1 | DATED:  August 8, 2008 | BARG COFFIN LEWIS & TRAPP, LLP |
| 2 | | |
| 3 | | By:   /s/ MAUREEN L. KING |
| 4 | | MAUREEN L. KING<br>Attorneys For Defendant |
| 5 | | OCCIDENTAL CHEMICAL<br>CORPORATION |

**NOTICE OF ENTRY OF APPEARANCE OF MAUREEN L. KING**
California Water Service Company v. The Dow Chemical Company, et al., USDC Case No.: CIV-08-03267 SI

2

538140.1