1  GENNARO A. FILICE III, Bar No. 061112
   STEPHEN J. VALEN, Bar No. 150904
2  DANIEL J. NICHOLS, Bar No. 238367
   **FILICE BROWN EASSA & MCLEOD LLP**
3  1999 Harrison Street, Suite 1800
   Oakland, California 94612-3520
4  Telephone:   (510) 444-3131
   Facsimile:   (510) 839-7940
5
   Emails:    GFilice@filicebrown.com
6             SValen@filicebrown.com
              DNichols@filicebrown.com
7
   Attorneys for Defendant
8  THE DOW CHEMICAL COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>    Defendants. | Case No.  CIV-08-03267 SI<br><br>**NOTICE OF ENTRY OF APPEARANCE OF GENNARO A. FILICE III** |

TO THIS COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Gennaro A. Filice III of the law firm of Filice Brown Eassa & McLeod LLP hereby enters his appearance as counsel for defendant The Dow Chemical Company. Counsel's contact information is as follows:

Gennaro A. Filice III
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Email:  gfilice@filicebrown.com
Tel:    (510) 444-3131
Fax:    (510) 839-7940

00201 34523 GAF 591832.1

Dated: August 8, 2008                                FILICE BROWN EASSA & MCLEOD LLP

                                            By:/s/ Gennaro A. Filice III
                                               GENNARO A. FILICE III
                                               STEPHEN J. VALEN
                                               DANIEL J. NICHOLS
                                               Attorneys for Defendant
                                               THE DOW CHEMICAL COMPANY

FBE&M
Lake Merritt Plaza
1999 Harrison Street
Eighteenth Floor
Oakland CA 94612-3541
Phone 510.444.3131

- 2 -                                                    00201 34523 GAF 591832.1

NOTICE OF ENTRY OF APPEARANCE OF GENNARO A. FILICE III
CIV-08-03267 SI