| | |
|---|---|
| 1 | GENNARO A. FILICE III, Bar No. 061112 |
|   | STEPHEN J. VALEN, Bar No. 150904 |
| 2 | DANIEL J. NICHOLS, Bar No. 238367 |
|   | **FILICE BROWN EASSA & MCLEOD LLP** |
| 3 | 1999 Harrison Street, Suite 1800 |
|   | Oakland, California  94612-3520 |
| 4 | Telephone:   (510) 444-3131 |
|   | Facsimile:   (510) 839-7940 |
| 5 | |
|   | Emails:   GFilice@filicebrown.com |
| 6 |           SValen@filicebrown.com |
|   |           DNichols@filicebrown.com |
| 7 | |
|   | Attorneys for Defendant |
| 8 | THE DOW CHEMICAL COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY, | Case No.  CIV-08-03267 SI |
| Plaintiff, | **NOTICE OF ENTRY OF APPEARANCE OF STEPHEN J. VALEN** |
| v. | |
| THE DOW CHEMICAL COMPANY, et al., | |
| Defendants. | |

TO THIS COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stephen J. Valen of the law firm of Filice Brown Eassa & McLeod LLP hereby enters his appearance as counsel for defendant The Dow Chemical Company.  Counsel's contact information is as follows:

Stephen J. Valen
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Email: svalen@filicebrown.com
Tel:   (510) 444-3131
Fax:   (510) 839-7940

| | |
|---|---|
| Dated: August 8, 2008 | **FILICE BROWN EASSA & MCLEOD LLP** |
| | By: /s/ Stephen J. Valen |
| | GENNARO A. FILICE III |
| | STEPHEN J. VALEN |
| | DANIEL J. NICHOLS |
| | Attorneys for Defendant |
| | THE DOW CHEMICAL COMPANY |

- 2 -  
00201 34523 GAF 591834.1  
NOTICE OF ENTRY OF APPEARANCE OF STEPHEN J. VALEN  
CIV-08-03267 SI

FBE&M  
LAKE MERRITT PLAZA  
1999 HARRISON STREET  
EIGHTEENTH FLOOR  
OAKLAND CA 94612-3541  
PHONE 510.444.3131