STEPHEN C. LEWIS (State Bar No. 66590)
R. MORGAN GILHULY (State Bar No. 133659)
DONALD E. SOBELMAN (State Bar No. 184028)
MAUREEN L. KING (State Bar No. 111689)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:    (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Defendant
OCCIDENTAL CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>DOW CHEMICAL COMPANY, et al.,<br><br>         Defendants. | Case No. CIV-08-03267 SI<br><br>**NOTICE OF ENTRY OF APPEARANCE OF R. MORGAN GILHULY** |

TO:    THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that R. Morgan Gilhuly of the law firm of Barg Coffin Lewis & Trapp, LLP, hereby enters his appearance as counsel for defendant Occidental Chemical Corporation.  Counsel's contact information is as follows:

> R. Morgan Gilhuly
> Barg Coffin Lewis & Trapp, LLP
> 350 California Street, 22nd Floor
> San Francisco, California  94104-1435
> Email: rmg@bcltlaw.com
> Telephone:    (415) 228-5400
> Facsimile:    (415) 228-5450

**NOTICE OF ENTRY OF APPEARANCE OF R. MORGAN GILHULY**
California Water Service Company v. The Dow Chemical Company, et al., USDC Case No.: CIV-08-03267 SI

538136.1

| | |
|---|---|
| DATED:  August 8, 2008 | BARG COFFIN LEWIS & TRAPP, LLP |

By:    /s/ R. MORGAN GILHULY
R. MORGAN GILHULY
Attorneys For Defendant
OCCIDENTAL CHEMICAL
CORPORATION

**NOTICE OF ENTRY OF APPEARANCE OF R. MORGAN GILHULY**    2
California Water Service Company v. The Dow Chemical Company, et al., USDC Case No.: CIV-08-03267 SI

538136.1