STEPHEN C. LEWIS (State Bar No. 66590)
R. MORGAN GILHULY (State Bar No. 133659)
DONALD E. SOBELMAN (State Bar No. 184028)
MAUREEN L. KING (State Bar No. 111689)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:   (415) 228-5400
Facsimile:   (415) 228-5450

Attorneys for Defendant
OCCIDENTAL CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | Case No. CIV-3:08-03267 SI<br><br>**DEFENDANT OCCIDENTAL CHEMICAL CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16 AND F.R.C.P. 7.1)** |

**OCCIDENTAL CHEMICAL CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
U.S. District Court, Northern District of CA – San Francisco Division Case No.: CIV-3:08-03267 SI

538410.1

Pursuant to Civil L. R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Occidental Chemical Corporation is a wholly-owned subsidiary of private, non-public corporations whose ultimate parent corporation is Occidental Petroleum Corporation.  Occidental Petroleum Corporation is the only publicly traded entity with an ownership interest in Occidental Chemical Corporation.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Occidental Chemical Corporation, hereby discloses that Occidental Petroleum Corporation owns 100% of Occidental Chemical Corporation's stock.

DATED:  August 11, 2008                     BARG COFFIN LEWIS & TRAPP, LLP

                                            By:    /s/ STEPHEN C. LEWIS
                                                   STEPHEN C. LEWIS
                                                   Attorneys For Defendant
                                                   OCCIDENTAL CHEMICAL
                                                   CORPORATION

**OCCIDENTAL CHEMICAL CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
U.S. District Court, Northern District of CA – San Francisco Division Case No.: CIV-3:08-03267 SI

2

538410.1