1  Douglas R. Young (State Bar No. 073248)
       dyoung@fbm.com
2  James H. Colopy (State Bar No. 172806)
       jcolopy@fbm.com
3  Ruth Ann Castro (State Bar No. 209448)
       rcastro@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendant
   LEGACY VULCAN CORP., formerly known as
8  VULCAN MATERIALS COMPANY

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 | CALIFORNIA WATER SERVICE COMPANY, | Case No. 3:08-cv-03267 SI
14 |  | **DECLARATION OF RUTH ANN CASTRO IN SUPPORT OF DEFENDANT LEGACY VULCAN CORP.'S OPPOSITION TO PLAINTIFF'S MOTION TO ENLARGE TIME FOR RESPONDING TO AND HEARING ON MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) (CIVIL L.R. 3-16 AND F.R.C.P. 7.1)**
15                  Plaintiff,
16                  vs.
17 THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECL. OF RUTH ANN CASTRO ISO OPP. TO
PLAINTIFF'S MOTION TO ENLARGE TIME
Case No. 3:08-cv-03267 SI

23397\1692406.1

| | |
|---|---|
| 1 | DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE,<br><br>                    Defendants. |

I, Ruth Ann Castro, declare:

1.   I am an attorney licensed to practice law before the courts in the State of California. I am an associate at the law firm of Farella Braun + Martel, which represents defendant Legacy Vulcan Corp., formerly known as Vulcan Materials Company ("Vulcan"), in the above-referenced action. The matters set forth herein are personally known to me and, if called as a witness, I could and would testify competently thereto.

2.   The Motion to Enlarge Time filed by Plaintiff California Water Service Company seeks to (1) stay the hearing on Vulcan's Motion to Dismiss until after Plaintiff's Motion for Remand is heard and ruled upon, and (2) enlarge the briefing schedule so that the remaining

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. OF RUTH ANN CASTRO ISO OPP. TO PLAINTIFF'S MOTION TO ENLARGE TIME
Case No. 3:08-cv-03267 SI    - 2 -    23397\1692406.1

1  briefs (Plaintiff's Opposition and Vulcan's Reply) are not due until after the ruling on Plaintiff's
2  Motion for Remand.

3      3.    On July 18, 2008, I spoke by telephone with Marnie Riddle, counsel for Plaintiff,
4  regarding Plaintiff's request for a stipulation to continue the hearing on Vulcan's Motion to
5  Dismiss. In support of Plaintiff's request, Ms. Riddle indicated that it "did not make sense" to
6  have Vulcan's Motion to Dismiss heard before Plaintiff's Motion to Remand was decided. In
7  response, I told Ms. Riddle that the legal authority clearly supports dismissal of Plaintiff's
8  Seventh Cause of Action for utility tampering under California Civil Code Section 1882 and that
9  the case properly belonged in federal court for the reasons stated in the Petition for Removal. I
10  also questioned the need for Plaintiff's Opposition to Vulcan's Motion given Plaintiff's counsel's
11  recent stipulation to dismiss Section 1882 claims brought by its client in another case involving
12  similar claims of groundwater contamination. Attached hereto as Exhibit A is a true and correct
13  copy of a stipulation that I reviewed before my conversation with Ms. Riddle, signed by
14  Plaintiff's counsel, Victor Sher and Todd Robins, in which they stipulated to dismiss
15  Section 1882 claims based on groundwater contamination in several matters coordinated in San
16  Bernardino County.

17      4.    Following that discussion, on July 21 and 23, 2008, Ms. Riddle and I exchanged
18  e-mails regarding Plaintiff's request for a stipulation and our respective positions regarding the
19  briefing on Vulcan's Motion to Dismiss. Attached hereto as Exhibit B is a true and correct copy
20  of the e-mail correspondence exchanged between Plaintiff's counsel, Marnie Riddle, and me on
21  July 21, 2008 and July 23, 2008 relating to topics addressed in this Motion.

22      5.    In Vulcan's opinion, good cause does not exist here to enlarge the time for briefing
23  its Motion to Dismiss. Vulcan believes that judicial economy counsels in favor of completing the
24  briefing according to the current schedule, which would allow Vulcan's Motion to Dismiss to be
25  expeditiously heard and ruled upon once the question of federal jurisdiction is resolved – to the
26  benefit of all parties. Keeping the current briefing schedule would also not prejudice Plaintiff
27  since Plaintiff will have had almost ten weeks to prepare its Opposition. In addition, Plaintiff's
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. OF RUTH ANN CASTRO ISO OPP. TO
PLAINTIFF'S MOTION TO ENLARGE TIME - 3 -
Case No. 3:08-cv-03267 SI

23397\1692406.1

1  counsel has already briefed in similar cases the precise legal issue raised in Vulcan's Motion to
2  Dismiss.
3      I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct to the best of my knowledge. Executed this 11th day of August,
5  2008 at San Francisco, California

7            /s/ Ruth Ann Castro
           Ruth Ann Castro

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECL. OF RUTH ANN CASTRO ISO OPP. TO
PLAINTIFF'S MOTION TO ENLARGE TIME     - 4 -
Case No. 3:08-cv-03267 SI

23397\1692406.1

# EXHIBIT A

Declaration Of Ruth Ann Castro ISO Defendant Legacy Vulcan Corp.'s Opposition To Plaintiff's Motion To Enlarge Time For Responding To And Hearing On Motion To Dismiss Pursuant To Fed.R.Civ.P. 12(B)(6)

California Water Service Company vs. The Dow Chemical Company

United States District Court for the Northern District of California
Case No. 3:08-cv-03267 SI

1  GENNARO A. FILICE III, Bar No. 061112
   NICHOLAS D. KAYHAN, Bar No. 129878
2  RICHARD H. POULSON, Bar No. 178479
   **FILICE BROWN EASSA & McLEOD LLP**
3  1999 Harrison Street, Suite 1800
   Oakland, California 94612-0850
4  Telephone:  510.444.3131
   Facsimile:   510.839.7940
5
   Attorneys for Defendants
6  THE DOW CHEMICAL COMPANY and
   DOW AGROSCIENCES LLC
7

8              SUPERIOR COURT OF CALIFORNIA

9                COUNTY OF SAN BERNARDINO

10

11 | COORDINATION PROCEEDING         | Judicial Council Coordination
   | SPECIAL TITLE (RULE 1550(B))    | Proceeding No. 4435
12 |                                  |
   |                                  | Case No. SCVSS120627
13 |                                  |
   |                                  | **NOTICE OF ENTRY OF ORDER
14 | This applies to the following case: | SUSTAINING DEMURRER TO
   |                                  | PLAINTIFFS' SIXTH CAUSE OF ACTION
15 | *Lamont Public Utility District v. The Dow* | (LIABILITY UNDER CIVIL CODE § 1882
   | *Chemical Company, et al.*       | *ET SEQ.* AGAINST THE
16 |                                  | MANUFACTURER DEFENDANTS)**
   | (Case No. CGC-07-464670)         |
17 |                                  |
   |                                  | Judge:  The Honorable Donald Alvarez
18 |                                  | Dept:   S33

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

00201 33989 HHAUCK 590175.1

NOTICE OF ENTRY OF ORDER SUSTAINING DEMURRER

1  TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

2  PLEASE TAKE NOTICE that the Order Sustaining The Dow Chemical Company's and

3  Dow AgroSciences LLC's Demurrer to Plaintiffs' Sixth Cause of Action (Liability Under Civil

4  Code § 1882 *et seq*. Against The Manufacturer Defendants), attached hereto as <u>Exhibit A</u>, was

5  signed by the Honorable Donald Alvarez and entered by the Court on July 14, 2008.

6

7  Dated: July 17, 2008                      FILICE BROWN EASSA & McLEOD LLP

8

9                                            By: _____
                                              GENNARO A. FILICE III
10                                            NICHOLAS D. KAYHAN
                                              RICHARD H. POULSON
11                                            Attorneys for Defendants
                                              THE DOW CHEMICAL COMPANY and
                                              DOW AGROSCIENCES LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

- 2 -                                          00201 33989 HHAUCK 590175.1

NOTICE OF ENTRY OF ORDER SUSTAINING DEMURRER

**PROOF OF SERVICE**
**TCP COORDINATED CASES – JCCP 4435**
Case No. SCVSS120627

I, Heather Hauck, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1999 Harrison Street, Suite 1800, Oakland, California 94612-3520. On July 17, 2008, I served a copy of the within document(s):

**NOTICE OF ENTRY OF ORDER SUSTAINING DEMURRER TO PLAINTIFFS' SIXTH CAUSE OF ACTION (LIABILITY UNDER CIVIL CODE § 1882 *ET SEQ.* AGAINST THE MANUFACTURER DEFENDANTS)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Oakland, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider, at www.fileandserve.lexisnexis.com pursuant to the Court's June 1, 2007 Order mandating electronic service. *See* Cal. R. Ct. R. 2053, 2055, 2060. The transmission was reported as complete and without error.

**TO ALL INTERESTED PARTIES TO THIS ACTION DESIGNATED ON THE TRANSACTION RECEIPT LOCATED ON THE LEXIS NEXIS FILE & SERVE WEBSITE**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

00201 33989 HHAUCK 590175.1

NOTICE OF ENTRY OF ORDER SUSTAINING DEMURRER

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 17, 2008, at Oakland, California.

*Heather Hauck* (signature)

Heather Hauck

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

00201 33989 HHAUCK 590175.1

NOTICE OF ENTRY OF ORDER SUSTAINING DEMURRER

**EXHIBIT A**

```
 1  GENNARO A. FILICE III (SBN: 061112)
    NICHOLAS D. KAYHAN (SBN: 129878)
 2  RICHARD H. POULSON (SBN: 178479)
    FILICE BROWN EASSA & MCLEOD LLP
 3  1999 Harrison Street, 18th Floor
    Oakland, CA 94612
 4  Tel: (510) 444-3131
    Fax: (510) 839-7940
 5
    DEAN T. BARNHARD (admitted pro hac vice)
 6  BARNES & THORNBURG LLP
    11 South Meridian Street
 7  Indianapolis, IN 46204
    Tel: (317) 236-1313
 8  Fax: (317) 231-7433
 9  Attorneys for Defendants
    THE DOW CHEMICAL COMPANY and
10  DOW AGROSCIENCES LLC
```

FILED-Central District
SUPERIOR COURT
SAN BERNARDINO COUNTY

JUL 14 2008

By _Stephanie Chandler_
                Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| COORDINATION PROCEEDING<br>SPECIAL TITLE (RULE 1550(B))<br><br>TCP CASES<br><br>This applies to the following case:<br><br>*Lamont Public Utility District v. The Dow Chemical Co., et al.*<br><br>(Case No. CGC-07-464670) | Judicial Council Coordination<br>Proceeding No. 4435<br><br>Case No. SCVSS120627<br><br>STIPULATION AND [PROPOSED]<br>ORDER SUSTAINING DEMURRER TO<br>PLAINTIFFS' SIXTH CAUSE OF<br>ACTION (LIABILITY UNDER CIVIL<br>CODE § 1882 *ET SEQ.* AGAINST THE<br>MANUFACTURER DEFENDANTS)<br><br>Dept.: S33<br>Judge The Honorable Donald Alvarez<br><br><u>NO HEARING REQUESTED</u> |

COME NOW plaintiff Lamont Public Utility District ("Plaintiff") and defendants The Dow Chemical Company, Dow AgroSciences LLC, and Shell Oil Company, individually and doing business as Shell Chemical Company (collectively "Defendants"), and enter into this Stipulation and [Proposed] Order Sustaining Demurrer to Plaintiff's Sixth Cause of Action (Liability Under Civil Code § 1882 *et seq.* Against The Manufacturer Defendants) in *Lamont Public Utility District*

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3543
PHONE 510.444.3131

-1-

STIPULATION AND [PROPOSED] ORDER SUSTAINING DEMURRER TO PLAINTIFFS' SIXTH
CAUSE OF ACTION FOR UTILITY TAMPERING UNDER CIVIL CODE § 1882.1

00201 33262 RHP 543436.2

1  v. *The Dow Chemical Company, et al.* (Case No. CGC-07-464670) ("*Lamont PUD*"), and hereby
2  stipulate as follows:
3      WHEREAS Plaintiff has asserted a claim for "utility tampering" under Civil Code § 1882
4  *et seq.* against Defendants in its complaint;
5      WHEREAS Defendants previously demurred to identical claims under Civil Code § 1882 *et*
6  *seq.* for "utility tampering" in the *City of Alhambra v. The Dow Chemical Company, et al.* (Case
7  No. CGC-05-441336) ("*City of Alhambra*"); *City of Livingston v. The Dow Chemical Company, et*
8  *al.* (Case No. CGC-05-442837) ("*City of Livingston*"); *Montara Water and Sanitary District v. The*
9  *Dow Chemical Company, et al.* (Case No. CGC-05-438267) ("*Montara*"), and *City of Oceanside v.*
10 *The Dow Chemical Company, et al.* (Case No. CGC-05-439807) ("*City of Oceanside*") actions, all
11 of which are part of this Coordination Proceeding before this Court;
12     WHEREAS this Court previously granted Defendants' demurrer to the "utility tampering"
13 claims in the *City of Alhambra, City of Livingston, Montara,* and *City of Oceanside* actions;
14     WHEREAS the California Court of Appeal, Fourth District – Division Two denied the
15 Petition for Writ of Mandate filed by Plaintiffs City of Alhambra, City of Livingston, Montara
16 Water and Sanitary District, and City of Oceanside, seeking appellate review of this Court's order
17 sustaining the demurrer to the "utility tampering" claims in the *City of Alhambra, City of*
18 *Livingston, Montara,* and *City of Oceanside* actions;
19     WHEREAS Plaintiff and Defendants agree that this Court's order and reasoning sustaining
20 the demurrer to the "utility tampering" claims in the *City of Alhambra, City of Livingston,*
21 *Montara,* and *City of Oceanside* actions applies to the "utility tampering" claim in the *Lamont*
22 *PUD* action;
23 THE PARTIES REQUEST THAT THIS COURT ORDER AS FOLLOWS:
24     For purposes of responding to the Sixth Cause of Action for "utility tampering" under Civil
25 Code § 1882 *et seq.* in the *Lamont PUD* action, Defendants adopt the arguments (both written and
26 oral) and supporting documents submitted to this Court in support of their demurrer to the Sixth

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
AKLAND CA 94612-3543
PHONE 510.444.3131

-2-

STIPULATION AND [PROPOSED] ORDER SUSTAINING DEMURRER TO PLAINTIFFS' SIXTH
CAUSE OF ACTION FOR UTILITY TAMPERING UNDER CIVIL CODE § 1882.1

00201 33262 RHP 543436.2

1  Cause of Action for "utility tampering" in the *City of Alhambra, City of Livingston, Montara,* and
2  *City of Oceanside* actions.
3        For purposes of opposing Defendants' demurrer to the "utility tampering" claim in the
4  *Lamont PUD* action, Plaintiff adopts the opposition, accompanying papers, and arguments (both
5  written and oral) submitted to this Court by plaintiffs in the *City of Alhambra, City of Livingston,*
6  *City of Oceanside,* and *Montara* actions.
7        This Court's order sustaining the demurrer to the "utility tampering" claims in *City of*
8  *Alhambra, City of Livingston, City of Oceanside,* and *Montara* actions and its findings presented at
9  the hearing on the motion shall apply with equal force and effect to the "utility tampering" claim in
10 the *Lamont PUD* action.
11       Defendants reserve the right to respond to the remaining causes of action in the *Lamont*
12 *PUD* complaint in all manners allowed by law, and shall have fourteen (14) days after service of
13 the Notice of Entry of Order adding these actions to this Coordination Proceeding to do so.
14       Plaintiff reserves the right to seek appellate review of the orders sustaining the demurrers to
15 the "utility tampering" claims in all of the above-referenced actions following the entry of a final
16 judgment in these actions.
17       Accordingly, this Court hereby SUSTAINS Defendants' demurrer to Plaintiffs' Sixth Cause
18 of Action (Liability Under Civil Code § 1882 *et seq.* Against The Manufacturer Defendants) in the
19 *Lamont PUD* action.
20 ///
21 ///
22 ///

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-3-

STIPULATION AND [PROPOSED] ORDER SUSTAINING DEMURRER TO PLAINTIFFS' SIXTH
CAUSE OF ACTION FOR UTILITY TAMPERING UNDER CIVIL CODE § 1882.1

00201 33262 RHP 543436.2

IT IS SO STIPULATED AND AGREED.

Dated: 9/26/07         SHER LEFF LLP

By: _____
VICTOR M. SHER
TODD E. ROBINS
Attorneys for Plaintiff

Dated: 9/26/07         FILICE BROWN EASSA & MCLEOD LLP

By: _____
GENNARO A. FILICE III
NICHOLAS D. KAYHAN
RICHARD H. POULSON
Attorneys for Defendants
THE DOW CHEMICAL COMPANY and
DOW AGROSCIENCES LLC

Dated: 9/26/07         STEPTOE & JOHNSON, LLP

By: _____
LAWRENCE P. RIFF
JAY E. SMITH
Attorneys for Defendants
SHELL OIL COMPANY, individually, and dba SHELL
CHEMICAL COMPANY

IT IS SO ORDERED.

Dated: 7/14/08
_____
THE HONORABLE DONALD ALVAREZ
Coordination Trial Judge

FBE&M
LAKE MERRITT PLAZA
999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-4-

STIPULATION AND [PROPOSED] ORDER SUSTAINING DEMURRER TO PLAINTIFFS' SIXTH
CAUSE OF ACTION FOR UTILITY TAMPERING UNDER CIVIL CODE § 1882.1

00201 33262 RHP 543436.2

# EXHIBIT B

Declaration Of Ruth Ann Castro ISO Defendant Legacy Vulcan Corp.'s Opposition To Plaintiff's Motion To Enlarge Time For Responding To And Hearing On Motion To Dismiss Pursuant To Fed.R.Civ.P. 12(B)(6)

California Water Service Company vs. The Dow Chemical Company

United States District Court for the Northern District of California
Case No. 3:08-cv-03267 SI

## Castro, Ruth Ann (24) x4489

**From:** RCastro@fbm.com
**Sent:** Wednesday, July 23, 2008 3:11 PM
**To:** mriddle@sherleff.com
**Subject:** RE: California Water Service Co. v. Dow et al.: Failure to Stipulate

Dear Marnie:

Your reading of Civil L.R. 7-3 is correct in that it informs the parties of the dates on which opposition (and reply) briefs are due, which dates are necessarily tied to a motion's hearing date. We disagree, however, whether that rule in and of itself provides a basis for Plaintiff here to move the briefing schedule, especially where Plaintiff has had the benefit of an additional 6 weeks to prepare the opposition due to the much-later (Oct. 3) hearing date. Further time is simply unnecessary, particularly when your firm has briefed this identical issue several times before in other cases.

Regards,
Ruth Ann

> -----Original Message-----
> From: Marnie Riddle [mailto:mriddle@sherleff.com]
> Sent: Wednesday, July 23, 2008 2:32 PM
> To: Castro, Ruth Ann (24) x4489
> Subject: RE: California Water Service Co. v. Dow et al.: Failure to Stipulate
>
> Dear Ruth Ann,
>
> Since Civil L.R. 7-3(a) states that any opposition to a motion must be filed no less than 21 days before the hearing date, if the Court were to continue the hearing date on Vulcan's Motion, Plaintiff's opposition brief would be due later as well. Your initial understanding was correct, in that Plaintiff would like to stipulate that the hearing date itself be moved, since the opposition deadline is secondary to the hearing date. Thank you for the clarification, although I disagree with your belief that a continuance of the hearing date would not provide a basis to defer briefing on the Motion.
>
> Best regards,
> Marnie
>
>> -----Original Message-----
>> From: RCastro@fbm.com [mailto:RCastro@fbm.com]
>> Sent: Wednesday, July 23, 2008 2:19 PM
>> To: Marnie Riddle
>> Subject: RE: California Water Service Co. v. Dow et al.: Failure to Stipulate
>>
>> Ms. Riddle,
>> Thank you for your email. Your understanding of our conversation on Friday is generally correct, however, I understood Plaintiff's request was to move the hearing date (not the opposition deadline) of Vulcan's Motion to Dismiss. With regard to your request to stipulate to extend Plaintiff's opposition, for the same for the reasons that I mentioned when we spoke, Vulcan continues to believe that moving the opposition deadline is not warranted here. We also believe that even if the Court were to continue the hearing date, there would be no basis to defer briefing of the Motion.
>>
>> Please let me know if you have any questions or would like to discuss this further.
>>
>> Regards,

Ruth Ann

-----Original Message-----
**From:** Marnie Riddle [mailto:mriddle@sherleff.com]
**Sent:** Monday, July 21, 2008 3:55 PM
**To:** Castro, Ruth Ann (24) x4489
**Subject:** California Water Service Co. v. Dow et al.: Failure to Stipulate

Dear Ms. Castro,

This email is to confirm our telephone conversation of Friday, July 18, 2008, during which I asked whether you were willing to stipulate to an extension of time for Plaintiff to file its opposition to defendant Legacy Vulcan Corp.'s Motion to Dismiss Plaintiff's Seventh Cause of Action until after Plaintiff's motion for remand to state court is heard and resolved. At that time, you were unwilling to stipulate to such an extension. If your client's position on this matter changes, please let me know. Thank you.

Marnie


Marnie Riddle
Sher Leff LLP
450 Mission St, Suite 400
San Francisco, CA 94105
415.348.8300 x102 (p)
415.348.8333 (f)
mriddle@sherleff.com

The information in this email message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this email message. If you have received this email in error, please notify the sender. Thank you.

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

Farella Braun + Martel LLP