IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WATER SERVICE CO., | No. C 08-03267SI |
| Plaintiff, | **NOTICE** |
| v. | |
| THE DOW CHEMICAL COMPANY, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss has been continued to Friday, October 31, 2008, at 9:00 a.m.

The initial case management conference has also been continued to Friday, October 31, 2008, at 2:00 p.m.

Dated: August 13, 2008                                        RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk