| | |
|---|---|
| 1 | Victor M. Sher, SBN 96197 |
| 2 | vsher@sherleff.com<br>Todd E. Robins, SBN 191853 |
| 3 | trobins@sherleff.com<br>Marnie E. Riddle, SBN 233732 |
| 4 | mriddle@sherleff.com<br>SHER LEFF LLP |
| 5 | 450 Mission Street, Suite 400<br>San Francisco, CA 94105 |
| 6 | Telephone: (415) 348-8300 |
| 7 | Facsimile: (415) 348-8333 |
| 8 | Scott Summy, *Admitted in Texas, SBN 19507500* |
| 9 | ssummy@baronbudd.com<br>Cary McDougal, *Admitted in Texas, SBN 13569600* |
| 10 | cmcdougal@baronbudd.com<br>Carla Burke, *Admitted in Texas, SBN 24012490* |
| 11 | cburke@baronbudd.com<br>Celeste Evangelisti, SBN 225232 |
| 12 | cevangel@baronbudd.com<br>BARON & BUDD, P.C. |
| 13 | 3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281 |
| 14 | Telephone: (214) 523-6267<br>Facsimile: (214) 520-1181 |
| 15 | |
| 16 | Attorneys for Plaintiff<br>CALIFORNIA WATER SERVICE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>      Plaintiff,<br><br>   vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>      Defendants. | **CASE NO. CIV-08-03267 SI**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CALIFORNIA WATER SERVICE COMPANY'S MOTION TO ENLARGE TIME FOR RESPONDING TO AND HEARING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>FILED WITH: MOTION TO ENLARGE TIME, DECLARATION OF MARNIE E. RIDDLE<br><br>**Hon. Susan Y. Illston** |

[Proposed] Order Granting Plaintiff's Motion to Enlarge Time – Case No. CIV-08-03267 SI

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, it is ORDERED that the time for ~~briefing and hearing~~ Defendant Legacy Vulcan Corp.'s Motion to Dismiss is enlarged so that the November 21, 2008, at 9 a.m. Motion to Dismiss will be set for hearing ~~no fewer than thirty-five (35) days after this Court's ruling on Plaintiff's Motion to Remand (filed August 6, 2008)~~. Opposition due: 11/7/08, reply due: 11/14/08

IT IS FURTHER ORDERED THAT Plaintiff's brief in opposition to that Motion to Dismiss will be due twenty-one (21) days prior to the hearing on Vulcan's Motion to Dismiss in accordance with Civil Local Rule 7-3(a).

IT IS SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE

---

1

[Proposed] Order Granting Plaintiff's Motion to Enlarge Time – Case No. CIV-08-03267 SI