Gregg S. Garrison (CA SBN 141653)
ggarrison@garrisonlawcorp.com
Garrison Law Corporation
1525 State Street, Suite 100
Santa Barbara, CA 93101
Telephone: (805) 957-1700
Facsimile:  (805) 957-1709

Stephen A. Spataro (CA SBN 82930)
steve@spataro.com
Spataro & Associates
951 Jays Way
Ringgold, Georgia 30736-8982
Telephone: (706) 935-5616
Facsimile: (706) 935-5787

Herman I. Kalfen, (CA SBN 160592)
kalfenlawoffice@earthlink.net
Kalfen Law Corporation
1 Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 315-1710
Facsimile: (415) 433-5994

Attorneys for Defendants
Kelleher Equipment Supply, Inc.
And Renzacci of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY, | Case No.  CV-08-03267 SI |
| Plaintiff, | DEFENDANTS KELLEHER EQUIPMENT SUPPLY, INC.'S AND RENZACCI OF AMERICA, INC.'S NOTICE OF APPEARANCE |
| vs. | |
| THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., indivudally and d/b/a BOWE TEXTILE CLEANING, INC.; | |

1
KELLEHER EQUIPMENT SUPPLY, INC.'S  AND RENZACCI OF AMERICA, INC'S NOTICE OF APPEARANCE
CASE NO. CV-08-03267 SI

| | |
|---|---|
| 1 | HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC.; AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT; WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION; ELECTROLUX CORPORATION; LINDUS S.R.L., individually and d/b/a LINDUS WEST; COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP.; REALSTAR, INC., individually and d/b/a REALSTAR USA; UNION DRYCLEANING PRODUCTS USA; FIRBIMATIC; BERGPARMA OF AMERICA, LLC; AMA UNIVERSAL; FLUORMATIC MIDWEST LTD.; FORENTA LP; WESTERN MULTITEX CORP.; MARVEL MANUFACTURING; RENZACCI OF AMERICA; SAIL STAR USA; VIC MANUFACTURING CORPORATION; M.B.L., INC.; GOSS-JEWETT CO. OF NORTHERN CALIFORNIA; MCGREGOR SUPPLY COMPANY; S.B. SUPPLY INC.; WASHEX MACHINERY OF CALIFORNIA, INC.; WORKROOM SUPPLY, INC.; TAYLOR HOUSEMAN, INC.; UNITED FABRICARE SUPPLY, INC.; ECHCO SALES INC.; MW EQUIPMENT; ARTHUR KAJIWARA EQUIPMENT CO., INC.; KELLEHER EQUIPMENT SUPPLY, INC.; US MACHINERY & ENGINEERING CO., INC.; WYATT-BENNETT, CORBETT EQUIPMENT; FULLER SUPPLY COMPANY; SAV-ON MACHINERY COMPANY, INC.; and DOES 1 through 750, Inclusive, |
| | Defendants. |

KELLEHER EQUIPMENT SUPPLY, INC.'S AND RENZACCI OF AMERICA, INC'S NOTICE OF APPEARANCE
CASE NO. CV-08-03267 SI

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Gregg S. Garrison of Garrison Law Corporation, 1525 State Street, Suite 100, Santa Barbara, CA 93101, Telephone: (805) 957-1700, Facsimile: (805) 957-1709, Email: ggarrison@garrisonlawcorp.com, Stephen A. Spataro of Spataro & Associates, 951 Jays Way, Ringgold, Georgia 30736-8982, Telephone: (706) 935-5616, Facsimile: (706) 935-5787, and Email: steve@spataro.com, and Herman I. Kalfen of Kalfen Law Corporation, 1 Embarcadero Center, Suite 500, San Francisco, CA 94111, Telephone: (415) 315-1710, Facsimile: (415) 433-5994, and Email: kalfenlawoffice@earthlink.net, hereby appear in this action on behalf of defendants Kelleher Equipment Supply, Inc. and Renzacci of America, Inc.

                          SPATARO & ASSOCIATES

Dated: August 14, 2008            By: /s/ Stephen A. Spataro
                                    STEPHEN A. SPATARO
                                    Attorneys for Defendants,
                                    Kelleher Equipment Supply,
                                    Inc. and Renzacci of America, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of August, 2008, I filed the foregoing electronically through the CM/ECF system of this Court, which causes the parties or counsel to be served by electronic means.

/s/ Stephen A. Spataro
STEPHEN A. SPATARO