1  SUSAN L. CALDWELL (SBN: 190421)
   **KOLETSKY, MANCINI, FELDMAN & MORROW**
2  3460 Wilshire Boulevard, Eighth Floor
   Los Angeles, CA 90010-2228
3  Telephone: (213) 427-2350
   Facsimile: (213) 427-2366
4
   Attorneys for Defendant
5  FORENTA, L.P.

6

7

              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
                    IN AND FOR THE COUNTY OF SAN MATEO
9

10 | CALIFORNIA WATER SERVICE       | CASE NO. CIV 473093
   | COMPANY,
11 |           Plaintiffs,           | ASSOCIATION OF COUNSEL

12 |    v.

13 | THE DOW CHEMICAL COMPANY; E.I.
   | DUPONT DE NEMOURS AND COMPANY;
   | PPG INDUSTRIES, INC. VULCAN
14 | MATERIALS COMPANY, OCCIDENTAL
   | CHEMICAL CORPORATION, VALERO
15 | ENERGY CORPORATION, STAUFFER
   | CHEMICAL COMPANY, BOWE-PERMAC,
16 | INC. individually, and d/b/a BOWE TEXTILE
   | CLEANING, INC., HOYT CORPORATION,
17 | R.R. STREET & CO., INC., MCGRAW
   | EDISON COMPANY, individually and d/b/a
18 | AMERICAN LAUNDRY MACHINERY,
   | INC., individually and d/b/a AJAX
19 | MANUFACTURING DIVISION AND
   | MARTIN EQUIPMENT, WHITE
20 | CONSOLIDATED INDUSTRIES, INC.,
   | individually and d/b/a WASHEX
21 | MACHINERY DIVISION, ELECTROLUXX
   | CORPORATION, LINDUS S.R.L., individually
22 | and d/b/a LINDUS WEST, COLUMBIA DRY
   | CLEANING MACHINES, a/k/a
23 | COLUMBIA/ILSA MACHINES CORP.,
   | REAL STAR, INC., individually and d/b/a
24 | REALSTAR USA, UNION DRYCLEANING
   | PRODUCTS USA, FIRBIMATIC,
25 | BERGPARMA OF AMERICA, LLC AMA,
   | UNIVERSAL, FLUORMATIC MIDWEST
26 | LTD., FORENTA LP, WESTERN MULTITEX
   | CORP., MARVEL MANUFATURING,
27 | RENZACCI OF AMERICA, SAIL STAR USA,

28

                                -1-
                        ASSOCIATION OF COUNSEL

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY S.B. SUPPLY INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., KELLERHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE |
| 9 | Defendants, |
| 10 | And related cross-actions. |

11  **TO EACH PARTY AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

12  **PLEASE TAKE NOTICE** that Koletsky, Mancini, Feldman & Morrow, located at 3460 Wilshire Boulevard, Eighth Floor, Los Angeles, California 90010-2228, (213) 427-2350, has associated with Thomas Clarke, of Ropers Majeski, Kahn & Bentley, as counsel of record for Forenta, L.P. All service of documents should now be served on both Koletsky, Mancini, Feldman & Morrow and Ropers Majeski, Kahn & Bentley.

17  DATED: July 15, 2008 [August]    KOLETSKY, MANCINI, FELDMAN & MORROW

By: _____ for Susan L. Caldwell
    SUSAN L. CALDWELL
Attorneys for Defendant FORENTA, L.P.

21  DATED: July 6, 2008 [August]    ROPERS, MAJESKI, KAHN & BENTLEY

By: _____
    THOMAS CLARKE
Attorneys for Defendant FORENTA, L.P.

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                                            ) ss.
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, 8th Floor, Los Angeles, CA 90010. On August 15, 2008, I served the within document(s):

**ASSOCIATION OF COUNSEL**

[X]  *[MAIL]* by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below:

**SEE ATTACHED SERVICE LIST**

[ ]  *[FACSIMILE]* by transmitting **Via Facsimile** the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ]  *[OVERNIGHT MAIL]* by overnight courier of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  *[PERSONAL DELIVERY]* by causing delivery by *United Express* of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  *[PERSONAL SERVICE]* by personally delivering the document(s) listed above to the person(s) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mail. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 15, 2008, in Los Angeles, California.

_____
Maria Didia

**SERVICE LIST**
**CALIFORNIA WATER SERVICE COMPANY vs. THE DOW CHEMICAL COMPANY ET AL.**
Case No.: 3:08-CV-03267-SI

| | |
|---|---|
| Victor Marc Sher<br>**SHER LEFF LLP**<br>450 Mission St., Suite 400<br>San Francisco, CA 94105<br>Tel: 415.348.8300<br>Fax: 415.348.8333<br>Email: vsher@sherleff.com<br>Attorney for **PLAINTIFF** | Gennaro Filice, Esq.<br>Stephen J. Valen, Esq.<br>Nicholas Kayhan, Esq.<br>Daniel J. Nichols, Esq.<br>**FILICE BROWN, EASSA & MCLEOD, LLP**<br>Lake Merritt Plaza, 18th Floor<br>1999 Harrison Street<br>Oakland, CA 94612-3408<br>Tel: 510.444.3131<br>Fax: 510.839.7940<br>Email: Gus.Filice@filicebrown.com<br>svalen@filicebrown.com<br>dnichols@filicebrown.com<br>Attorneys for Defendant: **THE DOW CHEMICAL COMPANY** |
| Andrew T. Mortl, Esq.<br>**GLYNN & FINLEY, LLP**<br>One Walnut Creek Center<br>100 Pringle Ave., Suite 500<br>Walnut Creek, CA 94596<br>Tel: 925.210.2800<br>Fax: 925.945.1975<br>Email: amortl@glynnfinley.com<br>Attorney for Defendant: **E.I. DUPONT DE NEMOURS AND COMPANY** | Gary J. Smith, Esq.<br>Ryan R. Tacorda, Esq.<br>**BEVERIDGE & DIAMOND, P.C.**<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 91404-1251<br>Tel: 415.262.4000<br>Fax: 415.262.4040<br>Email: gsmith@bdlaw.com<br>rtacorda@bdlaw.com<br>Attorneys for Defendant: **PPG INDUSTRIES, INC.** |
| James H. Colopy, Esq.<br>Sarah F. Petermann, Esq.<br>Ruth Ann Castro, Esq.<br>**FARELLA, BRAUN & MARTEL LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel: 415.954.4400<br>Fax: 415.954.4480<br>Email: jcolopy@fmb.com<br>speterman@fbm.com<br>rcastro@fbm.com<br>Attorneys for Defendant: **LEGACY VULCAN CORP, formerly known as VULCAN MATERIALS COMPANY** | Stephen C. Lewis, Esq.<br>R. Morgan Gilhuly, Esq.<br>Donald E. Soberman, Esq.<br>Maureen L. King, Esq.<br>**BARG, COFFIN, LEWIS & TRAPP, LLP**<br>350 California Street, 22nd Floor<br>San Francisco, CA 94104-1435<br>Email: scl@bcltlaw.com<br>rmg@bcltlaw.com<br>des@bcltlaw.com<br>mlk@bcltlaw.com<br>Attorneys for Defendant: **OCCIDENTAL CHEMICAL CORPORATION** |
| Steven H. Gurnee, Esq.<br>John A. Mason, Esq.<br>**GURNEE & CANIELS LLP**<br>2240 Douglas Blvd., Suite 150<br>Roseville, CA 95661-3805<br>Tel: 916.797.3100<br>Fax: 916.797.3131<br>Email: john@gurnee-law.com<br>Attorneys for Defendant: **VALERO ENERGY CORPORATION** | Alexander M. Weyand, Esq.<br>**PETERSON, WEYAND, MARTIN LLP**<br>49 Stevenson Street, 10th Floor<br>San Francisco, CA 94105<br>Tel:415.399.2900<br>Fax: 415.399.2930<br>Email: aweyand@pwmlaw.com<br>Attorney for Defendants: **BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; SAIL STAR USA; VIC MANUFACTURING CORPORATION** |

| | | |
|---|---|---|
| 1 | Richard S. Baron, Esq.<br>Brian H. Phinnye, Esq.<br>**FOLEY, BARON & METZER, PLLC**<br>33533 W. 12 Mile Road, Suite 350<br>Farmington Hills, MI 49331<br>Tel: 248.488.1525<br>Fax: 248.488.1254<br>Email: rbaron@fbmlaw.com<br>bphinney@fbmlaw.com<br>Attorneys for Defendant: **HOYT CORPORATION** | Mandy L. Jeffcoach, Esq.<br>**MCCORMICK BARSTOW LLP**<br>5 River Park Place East<br>P.O. Box 28912<br>Fresno, CA 93720<br>Tel: 559.433.1300<br>Fax: 559.433.2300<br>Email: jeffcoach@mccormickbarstow.com<br>Attorney for Defendant: **HOYT CORPORATION** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | John B. Thomas, Esq.<br>John Deis, Esq.<br>Wade Whilden, Esq.<br>**HICKS, THOMAS & LILIENSTERN, LLP**<br>700 Louisiana, Suite 2000<br>Houston, TX 77002<br>Tel: 713.547.9100<br>Fax: 713.547.9150<br>Email: jdeis@hicks-thomas.com<br>Attorneys for Defendant: **R.R. STREET & CO., INC.** | Kristin N. Reyna, Esq.<br>**GORDON & REES, LLP**<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tel: 619.696.6700<br>Fax: 619.696.7124<br>Email: kreyna@gordonrees.com<br>Attorney for Defendant: **MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC** |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Christopher M. Bechold, Esq.<br>**THOMPSON HINE LLP**<br>312 Walnut Street, 14th Floor<br>Cincinnati, OH 45202-4089<br>Tel: 513.352.6700<br>Fax: 513.241.4771<br>Email: Chris.Bechhold@ThompsonHine.com<br>Attorney for Defendant: **AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a/ AJAX MANUFACTURING DIVISION AND MARTINE EQUIPMENT** | Orlyn O. Ockard, III, Esq.<br>**ALSTON & BIRD, LLP**<br>1201 West Peachtree Street, SW<br>Atlanta, GA 30309-3424<br>Tel: 404.881.7126<br>Fax: 404.253.8697<br>Email: skip.lockard@alston.com<br>Attorney for Defendants: **WHITE CONSOLIDATED INDUSTRIES, INC.; ELECTROLUX CORPORATION** |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Anthony S. Cannatella, Esq.<br>**LAW OFFICES OF ANTHONY S. CANNATELLA**<br>53 Orchard Street<br>New York, NY 10002-5414<br>Tel: 516.472.7300<br>Fax: 516.472.7303<br>Email: acannatella@acannatella.com<br>Attorney for Defendant: **COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ ILSA MACHINES CORP.** | John B. Thomas<br>Brian A. Abramson, Esq.<br>**HICKS, THOMAS & LILIENSTERN, LLP**<br>700 Louisiana, Suite 2000<br>Houston, TX 77002<br>Tel: 713.547.9100<br>Fax: 713.547.9150<br>Email: babramson@hicks-thomas.com<br>Attorneys for Defendants: **R.R. STREET & CO. Inc.; MONDIAL DRYCLEANING PRODUCTS, INC., Improperly named as UNION DRYCLEANING PRODUCTS U.S.A. and REALSTAR, INC., individually and d/b/a REALSTAR USA** |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Leonard Alterman<br>9116 Cypress Green Dr.<br>Jacksonville, FL 32256<br>Tel: 904.739.3440<br>Fax: 904.730.7722<br>Attorney for Defendant: **AMA UNIVERSAL** | Nicole Kim<br>1261 N. Patt Street<br>Anaheim, CA 92801<br>Email: nicollkim@hotmail.com<br>Attorney for Defendant: **WESTERN MULTITEX CORP.** |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | R.L. Wilkinson<br>9606 Huebner Road<br>San Antonio, TX  78240-1511<br>Attorney for Defendant: **MARVEL MANUFACTURING COMPANY** | Stephen A. Spataro, Esq.<br>**SPATARO & ASSOCIATES**<br>100 Wilshire Blvd., Suite 200<br>Santa Monica, CA  90401-111<br>Tel: 310.917.4557<br>Email: steve@spataro.com<br>Attorney for Defendants: **RENZACCI OF AMERICA, INC.; KELLEHER EQUIPMENT SUPPLY, INC.** |
| 7<br>8<br>9<br>10<br>11 | A. Raymond Hamrick, III, Esq.<br>**HAMRICK & EVANS, LLP**<br>10 Universal City Plaza, Suite 2200<br>Universal City, CA  91608-1009<br>Tel: 818.763.5292<br>Fax: 818.763.2308<br>Email: aray@hamricklaw.com<br>Attorney for Defendants: **M.B.L., INC.** | Roland E. The, Esq.<br>**BRYDON, HUGO & PARKER LLP**<br>135 Main Street, 20th Floor<br>San Francisco, CA  94105-1812<br>Tel: 415.808.0300<br>Fax: 415.808.0333<br>Email: rthe@bhplaw.com<br>Attorney for Defendant: **GOSS-JEWETT CO. OF NORTHERN CALIFORNIA** |
| 12<br>13<br>14<br>15<br>16<br>17 | Jan A. Greben, Esq.<br>Jenna L. Motola, Esq.<br>**GREBEN & ASSOCIATES**<br>1332 Anacapa Street, Suite 110<br>Santa Barabara, CA  93101<br>Tel: 805.963.9090<br>Fax: 805.963.9098<br>Email: jan@grebenlaw.com<br>jenna@grebenlaw.com<br>Attorneys for Defendant: **MCGREGOR SUPPLY COMPANY** | Sang Cho<br>14029 Catalina Street<br>San Leandro, CA  94557<br>Tel: 510.667.9614<br>Fax: 510.667.9615<br>Attorney for Defendant: **S.B. SUPPLY INC.** |
| 18<br>19<br>20<br>21<br>22 | Jube Najarian<br>**JACOBSON, HANSEN, NAJARIAN & MCQUILLAN**<br>1690 West Shaw Avenue, Suite 201<br>Fresno, CA  93711<br>Tel: 559.448.0400<br>Fax: 559.448.0123<br>Email: jjn@jhnmlaw.com<br>Attorney for Defendant: **WASHEX MACHINERY OF CALIFORNIA, INC.** | David A. Melton, Esq.<br>**PORTER SCOTT**<br>350 University Ave., Suite 200<br>Sacramento, CA  95825<br>Tel: 916.929.1481<br>Fax: 916.927.3706<br>Email: dmelton@porterscott.com<br>Attorney for Defendant: **WORKROOM SUPPLY, INC.** |
| 23<br>24<br>25<br>26<br>27 | William H. Kochenderfer<br>**TELLES, WALKER & KOCHENDERFER, LLP**<br>12210 Herdal Drive, Suite 11<br>Auburn, CA  95603<br>Tel: 530.887.1456<br>Fax: 530.887.9417<br>Email: wkochenderfer@cs.com<br>Attorney for Defendant: **TAYLOR HOUSEMAN, INC.** | Patrick M. Maloney, Esq.<br>**BAUTE & TIDUS LLP**<br>777 Figueroa St. #4900<br>Los Angeles, CA  90017<br>Tel: 213.630.5000<br>Fax: 213.683.1225<br>Email: Pmaloney@bautelaw.com<br>Attorney for Defendant: **UNITED FABRICARE SUPPLY, INC** |
| 28 | | |

| | |
|---|---|
| Probal G. Young, Esq.<br>**ARCHER NORRIS**<br>2033 N. Main Street, Suite 800<br>Walnut Creek, CA 94596<br>Tel: 925.930.6600<br>Fax: 925.930.6620<br>Email: pyoung@archernorris.com<br>Attorney for Defendant: **ECHCO SALES INC.** | Michael Wee<br>**M.W. EQUIPMENT, INC.**<br>1130 N. Pacific Avenue<br>Glendale, CA 91202<br>Tel: 818.768.0207<br>Fax: 818.768.3191<br>Attorney for Defendant: **MW EQUIPMENT** |
| Arthur Kajiwara<br>**ARTHUR KAJIWARA EQUIPMENT COMPANY**<br>2129 Troy Avenue<br>South El Monte, CA 91733-2535<br>Attorney for Defendant: **ARTHUR KAJIWARA EQUIPMENT CO., INC** | Kenneth Park<br>3061 E. La Jolla Street, Suite A<br>Anaheim, CA 92806<br>Tel: 714.666.2777<br>Fax: 714.666.2772<br>Email:usmachin@sbcglobal.net<br>Attorney for Defendant: **US MACHINERY & ENGINEERING CO., INC.** |
| Mark B. Gilmartin, Esq.<br>**LAW OFFICES OF MARK B. GILMARTIN**<br>1534 17TH Street, Suite 1703<br>Santa Monica, CA 90404-2452<br>Tel: 310.310.2644<br>Fax: 310.496.1403<br>Email: mbgilmartin@earthlink.net<br>Attorney for Defendant: **WYATT-BENNETT** | Thomas W. Hood, Esq.<br>**HOOD & REED**<br>18141 Beach Blvd., Suite 390<br>Huntington Beach, CA 92648<br>Tel: 714.842.6837<br>Fax: 714.841.6216<br>Email: hoodlaw@aol.com<br>Attorney for Defendant: **CORBETT EQUIPMENT** |
| Fuller Supply Company<br>715 Army Street<br>San Francisco, CA 94124<br>Attorney for Defendant: **FULLER SUPPLY COMPANY** | |