GENNARO A. FILICE III, Bar No. 061112
STEPHEN J. VALEN, Bar No. 150904
DANIEL J. NICHOLS, Bar No. 238367
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, Suite 1800
Oakland, California 94612-3520
Telephone:  (510) 444-3131
Facsimile:  (510) 839-7940

Emails:  GFilice@filicebrown.com
SValen@filicebrown.com
DNichols@filicebrown.com

Attorneys for Defendant
THE DOW CHEMICAL COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY, ,<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | Case No.  CIV-08-03267 SI<br><br>NOTICE OF ENTRY OF APPEARANCE OF DANIEL J. NICHOLS |

TO THIS COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Daniel J. Nichols of the law firm of Filice Brown Eassa & McLeod LLP hereby enters his appearance as counsel for defendant The Dow Chemical Company. Counsel's contact information is as follows:

Daniel J. Nichols
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Email:  dnichols@filicebrown.com
Tel:  (510) 444-3131
Fax:  (510) 839-7940

Dated: August 18, 2008                              **FILICE BROWN EASSA & MCLEOD LLP**

By: /s/ Daniel J. Nichols
_____
GENNARO A. FILICE III
STEPHEN J. VALEN
DANIEL J. NICHOLS
Attorneys for Defendant
THE DOW CHEMICAL COMPANY

- 2 -    00201 34523 GAF 591833.1
NOTICE OF ENTRY OF APPEARANCE OF DANIEL J. NICHOLS
CIV-08-03267 SI

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131