Celeste A. Evangelisti, SBN 225232
cevangelisti@baronbudd.com
Scott Summy, *Admitted in Texas, SBN 19507500*
ssummy@baronbudd.com
Cary L. McDougal, *Admitted in Texas, SBN 13569600*
cmcdougal@baronbudd.com
Carla M. Burke, *Admitted in Texas, SBN 24012490*
cburke@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn, Suite 1100
Dallas, TX  75219-4281
Telephone:  214-521-3605
Facsimile:  214-520-1181

Victor M. Sher, SBN 96197
vsher@sherleff.com
Todd E. Robins, SBN 191853
trobins@sherleff.com
Marnie E. Riddle, SBN 233732
mriddle@sherleff.com
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA  94105
Telephone:  415-348-8300
Facsimile:  415-348-8333

Attorneys for Plaintiff
CALIFORNIA WATER SERVICE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>                Plaintiff,<br><br>        vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>                Defendants. | CASE NO. CIV-08-03267 SI<br><br>**NOTICE OF ENTRY OF APPEARANCE OF CELESTE A. EVANGELISTI** |

- 1 -
NOTICE OF ENTRY OF APPEARANCE OF CELESTE A. EVANGELISTI - CASE NO. CIV-08-03267 SI

TO THIS COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Celeste A. Evangelisti of the law firm of Baron & Budd, P.C. hereby enters her appearance as counsel for plaintiff California Water Service Company. Counsel's contact information is as follows:

>  Celeste A. Evangelisti
>  Baron & Budd, P.C.
>  3102 Oak Lawn, Suite 1100
>  Dallas, Texas 75219-4281
>  Email: cevangelisti@baronbudd.com
>  Telephone: 214-521-3605
>  Facsimile: 214-520-1181

**Dated:** August __21st__, 2008.

BARON & BUDD, P.C.

by: _/s/ Celeste A. Evangelisti_
Celeste A. Evangelisti
Scott Summy
Cary L. McDougal
Carla M. Burke

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __21st__ day of August, 2008, I filed the foregoing electronically through the CM/ECF system of this Court, which causes the parties or counsel to be served by electronic means.

_/s/ Celeste A. Evangelisti_
CELESTE A. EVANGELISTI