1  Gary J. Smith (SB #141393)
   gsmith@bdlaw.com
2  Ryan R. Tacorda (SB #227070)
   rtacorda@bdlaw.com
3  BEVERIDGE & DIAMOND, P.C.
4  456 Montgomery Street, Suite 1800
   San Francisco, CA 94104-1251
5  Telephone: (415) 262-4000
   Facsimile: (415) 262-4040
6
7  Robert Brager
   rbrager@bdlaw.com
8  BEVERIDGE & DIAMOND, P.C.
   201 North Charles Street, Suite 2210
9  Baltimore, MD 21201-4150
   Telephone: (410) 230-3850
10 Facsimile: (410) 230-3868
11
   Attorneys for Defendant
12 PPG INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX | CASE NO. CIV-08-03267 SI<br><br>DECLARATION OF KENNETH D. KAN IN SUPPORT OF MOTION FOR LEAVE TO AMEND NOTICE OF REMOVAL AND AMENDED NOTICE OF REMOVAL<br><br>Hearing:    October 31, 2008<br>Time:       9:00 a.m.<br>Court:      Courtroom 10<br>Judge:      Hon. Susan Illston |

Declaration of Kenneth D. Kan In Support Of Motion for Leave to Amend Notice of Removal
Case No. CIV-08-03267 SI

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, INCLUSIVE,<br><br>                Defendants. |

I, Kenneth D. Kan, declare:

1.       I am an attorney licensed to practice law before the courts in the State of California. I am an attorney at the law firm of Berman, Berman & Berman, LLP, which represents defendant MW Equipment, Inc. ("MW Equipment") in the above referenced action.

2.       The following facts are within my personal knowledge and, if called to testify to the matters stated herein, I could and would competently do so.

3.       On information and belief, MW Equipment is a small business operated by Mike Wee, its owner. As a small business which had never been sued previously, MW Equipment does not have an attorney on retainer. At the time Mr. Wee received Defendants' requests to join or consent to the Notice of Removal filed on July 7, 2008, Mr. Wee had not retained an attorney to

-2-

Declaration of Kenneth D. Kan In Support Of Motion for Leave to Amend Notice of Removal
Case No. CIV-08-03267 SI

1  represent MW Equipment in this action, *California Water Services Company v. Dow Chemical Company*, originally denominated Case No. CIV 473093, in San Mateo Superior Court.

4. In late July, 2008, my law firm, Berman, Berman & Berman, was retained as counsel for MW Equipment in this action.

5. On August 14, 2008, after reviewing the docket in this action and apprising myself of the posture of the case, I contacted counsel for removing defendant, PPG Industries, Inc., and expressed MW Equipment's desire to join the Notice.

6. Had my law firm been retained by MW Equipment prior to the filing of the Notice of Removal on July 7, 2008, I would have advised my client to join the Notice of Removal, and my client would have done so.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of August 2008 in Los Angeles, California.

By: /s/ Kenneth D. Kan
Kenneth D. Kan

-3-
Declaration of Kenneth D. Kan In Support Of Motion for Leave to Amend Notice of Removal
Case No. CIV-08-03267 SI