1 | Victor M. Sher, SBN 96197
vsher@sherleff.com
2 | Todd E. Robins, SBN 191853
3 | trobins@sherleff.com
Marnie E. Riddle, SBN 233732
4 | mriddle@sherleff.com
SHER LEFF LLP
5 | 450 Mission Street, Suite 400
San Francisco, CA 94105
6 | Telephone: (415) 348-8300
7 | Facsimile: (415) 348-8333

8 | Scott Summy, *Admitted in Texas, SBN 19507500*
ssummy@baronbudd.com
9 | Cary McDougal, *Admitted in Texas, SBN 13569600*
cmcdougal@baronbudd.com
10 | Carla Burke, *Admitted in Texas, SBN 24012490*
11 | cburke@baronbudd.com
Celeste Evangelisti, SBN 225232
12 | cevangel@baronbudd.com
BARON & BUDD, P.C.
13 | 3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
14 | Telephone: (214) 523-6267
Facsimile: (214) 520-1181
15

16 | Attorneys for Plaintiff
CALIFORNIA WATER SERVICE COMPANY

17 |                    **UNITED STATES DISTRICT COURT**
18 |                    **NORTHERN DISTRICT OF CALIFORNIA**
19 |                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY, | **CASE NO. CIV-08-03267 SI** |
| Plaintiff, | **PROOF OF SERVICE ON FIRBIMATIC; AMA UNIVERSAL; US MACHINERY & ENGINEERING CO., INC.** |
| vs. | |
| THE DOW CHEMICAL COMPANY, et al., | **Hon. Susan Y. Illston** |
| Defendants. | |

Proof of Service on Firbimatic; AMA Universal; US Machinery & Engineering Co., Inc. – Case No. CIV-08-03267 SI

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  8-29 |
| 1. Article Addressed to:<br><br>FIRBIMATIC<br>ATTN: Darren Hiages<br>11314 E. Main St.<br>Huntley, IL 60142 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>[postmark AUG 29]<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0150 0001 0910 9791 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M. Rhoten_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): M. Rhoten<br>C. Date of Delivery: 8-20 |
| 1. Article Addressed to:<br>David J. Polashuk<br>DSPS Inc. on behalf of<br>AMA UNIVERSAL<br>500 Redland Ct., Ste. 306<br>Owings Mills, MD 21117 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): 7008 0150 0001 0910 9807 | |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-154

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> SHER LEFF, LLP <br> MARNIE RIDDLE - SBN # 233732 <br> 450 MISSION STREET, SUITE 400 <br> SAN FRANCISCO, CA 94105 <br> TELEPHONE NO. (415) 348-8300   FAX NO.*(Optional)* (415) 348-8333 <br> EMAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: CALIFORNIA WATER SERVICE CO. | FOR COURT USE ONLY |
|---|---|
| COURT NAME: SUPERIOR COURT OF CALIFORNIA <br> STREET ADDRESS: 400 COUNTY CENTER <br> MAILING ADDRESS: 400 COUNTY CENTER <br> CITY AND ZIP CODE: REDWOOD CITY, CA 94063 <br> BRANCH NAME: SOUTHERN | |
| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. <br> DEFENDANT/RESPONDENT: THE DOW CHEMICAL CO. ET AL | CASE NUMBER: <br> CIV473093 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No. <br> 000J7913-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
      SEE ATTACHED LIST OF DOCUMENTS;

3. a. Party served *(specify name of party as shown on documents served)*:
      US MACHINERY & ENGINEERING CO., INC.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      KENNETH PARK, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 3601 E. LA JOLLA ST., UNIT A
   ANAHEIM, CA 92806

5. I served the party *(check proper box)*
   a. ☐ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:        (2) at *(time)*:
   b. ☒ **by substituted service** On *(date)*: August 13, 2008   at *(time)*: 03:25 pm   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      JOHN LEE-OFFICE MANAGER

      (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: August 15, 2008   from *(city)*: ANAHEIM   or ☒ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: CALIFORNIA WATER SERVICE CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE DOW CHEMICAL CO. ET AL | CIV473093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on *(date)*:                (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt (form 982(a)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
   a. ☐ as an Individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: US MACHINERY & ENGINEERING CO., INC.
   under the following Code of Civil Procedure section:
   - ☒ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: PREMYSL LAPCIK
   b. Address: 1424 21st. Street, Sacramento, CA 95814
   c. Telephone number: (916) 441-4396
   d. The fee for service was: $ 90.46
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ Owner ☐ employee ☒ independent contractor.
         (ii) Registration No.: 2021
         (iii) County: ORANGE

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 22, 2008

PREMYSL LAPCIK                                           /s/
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)      (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # CA. WATER SVC V DOW CHEMICAL

317/00017913-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO.<br>(415) 348-8300 | FOR COURT USE ONLY |
|---|---|---|
| SHER LEFF, LLP<br>MARNIE RIDDLE - SBN # 233732<br>450 MISSION STREET, SUITE 400<br>SAN FRANCISCO, CA  94105 | | |
| ATTORNEY FOR (NAME)   CALIFORNIA WATER SERVICE CO. | REFERENCE NUMBER<br>000J7913-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
SUPERIOR COURT OF CALIFORNIA,
400 COUNTY CENTER
REDWOOD CITY, CA 94063

SHORT NAME OF CASE
CALIFORNIA WATER SERVICE CO. vs. THE DOW CHEMICAL CO. ET AL

| PROOF OF SERVICE BY MAIL | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CIV473093 |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Sacramento, California. I am over the age of 18 and not a party to this action. My business address is 1424 21st Street, Sacramento, CA 95814, (916) 441-4396.

On August 15, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the

SEE ATTACHED LIST OF DOCUMENTS;

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at ANAHEIM, California, addressed as follows:

US MACHINERY & ENGINEERING CO., INC.
3601 E. LA JOLLA ST., UNIT A
ANAHEIM, CA 92806

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

Fee for service:   $ 90.46

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: ORANGE County,
Number: 
Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396
322/000J7913-01

Client File # CA. WATER SVC V DOW CHEMICAL

PROOF OF SERVICE BY MAIL

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: August 22, 2008
at: Sacramento, California.

Signature: [signed]
Name: ALISHIA SIMON
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

INDEX OF DOCUMENTS TO BE SERVED

| # | Document |
|---|---|
| 1 | Summons; Complaint for Damages and Other Relief: (1) Strict Prod. Liability (Design Defect); (2) Strict Prod. Liability (Failure to Warn); (3) Nuisance; (4) Trespass; (5) Negligence; (6) Negligence per se; (7) Civil Code; and (8) Equitable Indemnity; Civil Case Cover Sheet; Certificate Re Complex Case Designation; Notice of Complex Case Status Conference; Notice of Case Management Conference; Case Management Statement (blank); Court Management: Superior Court Rules Packet; ADR Stipulation and Evaluation Instructions; Courtcall Telephonic Appearances, Request for Courtcall |
| 2 | Civil cover sheet |
| 3 | Notice of Removal of Action Under 28 U.S.C. § 1441 (b) (Original Jurisdiction) |
| 4 | Joinder in Notice of Removal |
| 5 | Declaration of Steven J. Valen in Support of Notice of Removal of Action Under 28 U.S.C. § 1441 (b) (Original Jurisdiction) |
| 6 | Declaration of Ryan R. Tacorda in Support of Notice of Removal of Action Under 28 U.S.C. § 1441 (b) (Original Jurisdiction) |
| 7 | Declaration of Maureen L. King in Support of Notice of Removal of Action Under 28 U.S.C. § 1441 (b) (Original Jurisdiction) |
| 8 | Declaration of Sarah F. Peterman in Support of Notice of Removal of Action Under 28 U.S.C. § 1441 (b) (Original Jurisdiction) |
| 9 | Declaration of Gary J. Smith in Support of Notice of Removal of Action Under 28 U.S.C. § 1441 (b) (Original Jurisdiction) |
| 10 | Consent to Removal of Washex Machinery of California |
| 11 | Consent to Removal of Arthur Kajiwara Equipment Company, Inc. |
| 12 | Consent to Removal of Corbett Equipment |
| 13 | Consent to Removal of Valero Energy Corp. |
| 14 | Consent to Removal of Forenta, LP |
| 15 | Order Setting Initial Case Management Conference and ADR Deadlines |
| 16 | Case Management Conference Order |
| 17 | Supplement to Notice to Plaintiff California Water Service Company |
| 18 | Certificate of Service re: Supplement to Notice to Plaintiff California Water Service Company of Removal |
| 19 | Notice Regarding Completion of Service and Filing Requirements for Removal Petition |
| 20 | Certificate of Service re: Notice Regarding Completion of Service and Filing Requirements for Removal Petition |
| 21 | Submission of Remaining Documents for State Court File |
| 22 | Certificate of Service re: Submission of Remaining Documents from State Court File |
| 23 | Certificate of Service of Notice of Removal on Known Co-Defendants |
| 24 | Certificate of Service by Mail to Plaintiff's Attorney, Marnie E. Riddle, re: Certificate of Service of Notice of Removal on Known Co-Defendants |
| 25 | Notice of Service of Notice of Removal of Action Under 28 U.S.C.§ 1441(b) (Original Jurisdiction); Order Setting Initial Case Management Conference and ADR Deadlines; Case Management Conference Order; Consent to Proceed before a United States Magistrate Judge Form; and U.S. District Court Northern California ECF Registration Information Handout |
| 26 | Summons in a Civil Action |

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT )
) ss
NORTHERN DISTRICT OF CALIFORNIA )
)
SAN FRANCISCO DIVISION )

*California Water Service Co. v. The Dow Chemical Co., et al.*
.Case No. CIV-08-3267 SI

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 450 Mission Street, Suite 400, San Francisco, CA 94105.

On **September 5, 2008**, I served the following document described as:

**PROOF OF SERVICE ON FIRBIMATIC; AMA UNIVERSAL; US MACHINERY & ENGINEERING CO., INC.**

[ X ]   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** I caused the documents to be sent to registered users of ECF E-Filing for the U.S. District Court, Northern District of California via ECF E-Filing. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

On **September 5, 2008**, I served the following document described as:

**PROOF OF SERVICE ON FIRBIMATIC; AMA UNIVERSAL; US MACHINERY & ENGINEERING CO., INC.**

[ X ]   by placing true copies thereof in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ X ]   (**BY MAIL**) I caused to such envelope to be deposited in the mail at San Francisco, California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit. Executed on September 5, 2008 at San Francisco, California.

[ X ]   **STATE**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Kristin Meyers

Kristin Meyers

---

2

Proof of Service on Firbimatic; AMA Universal; US Machinery & Engineering Co., Inc. – Case No. CIV-08-03267 SI

California Water Service Company v. The Dow Chemical Company, et al.

United States District Court, Northern District of California, San Francisco Division

Case No. CIV-08-3267 SI

## SERVICE LIST

| | |
|---|---|
| Andrew T. Mortl, Esq.<br>GLYNN & FINLEY, LLP<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596<br>Tel: (925) 210-2800<br>Email: amortl@glynnfinley.com | Attorneys for Defendant:<br>E.I. DUPONT DE NEMOURS AND COMPANY |
| Steven H. Gurnee, Esq.<br>John A. Mason, Esq.<br>GURNEE & DANIELS LLP<br>2240 Douglas Blvd., Suite 150<br>Roseville, CA 95661-3805<br>Tel: (916) 797-3100<br>Fax: (916) 797-3131<br>Email: john@gurnee-law.com | Attorneys for Defendant:<br>VALERO ENERGY CORPORATION |
| Alexander M. Weyand, Esq.<br>PETERSON, WEYAND, MARTIN LLP<br>49 Stevenson Street, 10th Floor<br>San Francisco, CA 94105<br>Tel: (415) 399-2900<br>Email: aweyand@pwmlaw.com | Attorneys for Defendants:<br>BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; SAIL STAR USA; VIC MANUFACTURING CORPORATION |
| Richard S. Baron, Esq.<br>Brian H. Phinney, Esq.<br>FOLEY, BARON & METZGER, PLLC<br>33533 W. 12 Mile Road, Suite 350<br>Farmington Hills, MI 48331<br>Tel: (248) 488-1525<br>Email: rbaron@fbmlaw.com<br>        bphinney@fbmlaw.com<br><br>Mandy L. Jeffcoach, Esq.<br>MCCORMICK BARSTOW LLP<br>5 River Park Place East<br>P.O. Box 28912<br>Fresno, CA 93720<br>Tel: (559) 433-1300<br>Fax: (559) 433-2300<br>Email: mandy.jeffcoach@mccormickbarstow.com | Attorneys for Defendant:<br>HOYT CORPORATION |

| | |
|---|---|
| Kristin N. Reyna, Esq.<br>GORDON & REES, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tel: (619) 696-6700<br>Email: kreyna@gordonrees.com | Attorneys for Defendant:<br>MCGRAW EDISON COMPANY, individually and d/b/a AMERICAN LAUNDRY MACHINERY, INC. |
| Christopher M. Bechhold, Esq.<br>THOMPSON HINE<br>312 Walnut Street, 14th Floor<br>Cincinnati, OH 45202-4089<br>Tel: (513) 352-6700<br>Email: Chris.Bechhold@ThompsonHine.com | Attorneys for Defendant:<br>AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT |
| Anthony S. Cannatella, Esq.<br>LAW OFFICES OF ANTHONY S. CANNATELLA<br>53 Orchard Street<br>Manhasset, NY 11030<br>Tel: (516) 472-7300<br>Email: acannatella@acannatella.com | Attorneys for Defendant:<br>COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ ILSA MACHINES CORP. |
| John B. Thomas, Esq.<br>Brian A. Abramson, Esq.<br>John Deis, Esq.<br>Wade Whilden, Esq.<br>HICKS, THOMAS & LILIENSTERN, LLP<br>700 Louisiana, Suite 2000<br>Houston, TX 77002<br>Tel: (713) 547-9100<br>Fax: (713) 547-9150<br>Email: babramson@hicks-thomas.com<br>       jdeis@hicks-thomas.com | Attorneys for Defendants:<br>R.R. STREET & CO., INC.; REALSTAR, INC., individually and d/b/a REALSTAR USA; FIRBIMATIC; MONDIAL DRYCLEANING PRODUCTS, INC. (improperly named UNION DRYCLEANING PRODUCTS USA) |
| Richard T. Petrillo, Esq.<br>PINO & ASSOCIATES, LLP<br>Westchester Financial Center<br>50 Main Street<br>White Plains, NY 10606<br>Tel: (914) 946-0600<br>Fax: (914) 946-0650<br>Email: rpetrillo@pinolaw.com | Attorneys for Defendant:<br>MONDIAL DRYCLEANING PRODUCTS, INC. (improperly named UNION DRYCLEANING PRODUCTS USA) |
| David J. Polashuk<br>DSPS Inc. on behalf of<br>AMA Universal<br>500 Redland Court, Ste. 306<br>Owings Mills, MD 21117 | Attorneys for Defendant:<br>AMA UNIVERSAL |
| Susan L. Caldwell, Esq.<br>KOLETSKY, MANCINI, FELDMAN & MORROW | Attorneys for Defendant:<br>FORENTA LP |

| | | |
|---|---|---|
| 1<br>2<br>3 | 3460 Wilshire Boulevard, Eighth Floor<br>Los Angeles, CA 90010-2228<br>Tel: (213) 427-2350<br>Fax: (213) 427-2366 | |
| 4<br>5<br>6 | Nicole Kim<br>1261 N. Patt Street<br>Anaheim, CA 92801<br>Tel: (714) 871-8990<br>Email: nicollkim@hotmail.com | Defendant:<br>WESTERN MULTITEX CORP. |
| 7<br>8<br>9<br>10 | A. Raymond Hamrick, III, Esq.<br>HAMRICK & EVANS, LLP<br>10 Universal City Plaza, Suite 2200<br>Universal City, CA 91608-1009<br>Tel: (818) 763-5292<br>Email: aray@hamricklaw.com | Attorneys for Defendant:<br>M.B.L., INC. |
| 11<br>12<br>13<br>14 | Roland E. The, Esq.<br>BRYDON, HUGO & PARKER LLP<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105-1812<br>Tel: (415) 399-2900<br>Email: rthe@bhplaw.com | Attorneys for Defendant:<br>GOSS-JEWETT CO. OF NORTHERN CALIFORNIA |
| 15<br>16<br>17 | Sang Cho<br>14029 Catalina Street<br>San Leandro, CA 94557<br>Tel: (510) 667-9614 | Defendant:<br>S.B. SUPPLY INC. |
| 18<br>19<br>20<br>21<br>22 | Jube Najarian, Esq.<br>JACOBSON, HANSEN, NAJARIAN & MCQUILLAN<br>1690 West Shaw Avenue, Suite 201<br>Fresno, CA 93711<br>Tel: (559) 448-0400<br>Fax: (559) 448-0123<br>Email: jjn@jhnmlaw.com | Defendant:<br>WASHEX MACHINERY OF CALIFORNIA, INC. |
| 23<br>24<br>25<br>26 | William H. Kochenderfer, Esq.<br>TELLES, WALKER & KOCHENDERFER, LLP<br>12210 Herdal Drive, Suite 11<br>Auburn, CA 95603<br>Tel: (530) 887-1456<br>Fax: (530) 887-9417<br>Email: wkochenderfer@cs.com | Defendant:<br>TAYLOR HOUSEMAN, INC. |
| 27<br>28 | Patrick M. Maloney, Esq.<br>BAUTE & TIDUS LLP | Attorneys for Defendant:<br>UNITED FABRICARE SUPPLY, INC. |

| | |
|---|---|
| 777 Figueroa St. #4900<br>Los Angeles, CA 900017<br>Tel: (213) 630-5000<br>Email: PMaloney@bautelaw.com | |
| Kenneth D. Kan, Esq.<br>BERMAN, BERMAN & BERMAN, LLP<br>11900 West Olympic Blvd., Sixth Floor<br>Los Angeles, CA 90064-1151<br>Tel: (310) 447-9000<br>Fax: (310) 447-9011 | Defendant:<br>MW EQUIPMENT |
| Arthur Kajiwara<br>Arthur Kajiwara Equipment Company<br>2129 Troy Avenue<br>South El Monte, CA 91733-2535 | Defendant:<br>ARTHUR KAJIWARA EQUIPMENT CO., INC. |
| Kenneth Park<br>3061 E. La Jolla Street, Suite A<br>Anaheim, CA 92806<br>Tel: (714) 666-2777<br>Email: usmachin@sbcglobal.net | Defendant:<br>US MACHINERY & ENGINEERING CO., INC. |
| Mark B. Gilmartin, Esq.<br>LAW OFFICES OF MARK B. GILMARTIN<br>1534 17th Street, Suite 1703<br>Santa Monica, CA 90404-3452<br>Tel: (310) 310-2644<br>Email: mbgilmartin@earthlink.net | Attorneys for Defendant:<br>WYATT-BENNETT |
| Thomas W. Hood, Esq<br>HOOD & REED<br>18141 Beach Blvd., Suite 390<br>Huntington Beach, CA 92648<br>Tel: (714) 842-6837<br>Email: hoodlaw@aol.com | Attorneys for Defendant:<br>CORBETT EQUIPMENT |