RECEIVED

SEP 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY, | CASE NO. CIV-08-03267-SI |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| THE DOW CHEMICAL COMPANY, et al., | |
| Defendant(s). | |

SCOTT SUMMY , an active member in good standing of the bar of the State of Texas, whose business address and telephone number (particular court to which applicant is admitted) is

Baron & Budd, P.C., 3102 Oak Lawn, Suite 1100, Dallas, Texas 75219-4281
Telephone: 214-521-3605

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CALIFORNIA WATER SERVICE COMPANY .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge
HON. SUSAN ILLSTON