Victor M. Sher, SBN 96197
vsher@sherleff.com
Todd E. Robins, SBN 191853
trobins@sherleff.com
Marnie E. Riddle, SBN 233732
mriddle@sherleff.com
SHER LEFF LLP
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Scott Summy, *Admitted in Texas, SBN 19507500*
ssummy@baronbudd.com
Cary McDougal, *Admitted in Texas, SBN 13569600*
cmcdougal@baronbudd.com
Carla Burke, *Admitted in Texas, SBN 24012490*
cburke@baronbudd.com
Celeste Evangelisti, SBN 225232
cevangel@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

Attorneys for Plaintiff
CALIFORNIA WATER SERVICE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY; E.I. DUPONT DE NEMOURS AND COMPANY; PPG INDUSTRIES, INC.; VULCAN MATERIALS COMPANY; OCCIDENTAL CHEMICAL CORPORATION; VALERO ENERGY CORPORATION; STAUFFER CHEMICAL COMPANY; BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.; HOYT CORPORATION; | **CASE NO. CIV-08-03267 SI**<br><br>**STIPULATION, AND STIPULATED REQUEST FOR ORDER CHANGING DEADLINE FOR INITIAL DISCLOSURES**<br><br>**(CIVIL L.R. 6-2)** |

| | |
|---|---|
| 1 | R.R. STREET & CO., INC.; MCGRAW EDISON COMPANY, individually and d/b/a |
| 2 | AMERICAN LAUNDRY MACHINERY, INC., AMERICAN LAUNDRY MACHINERY, INC., |
| 3 | individually and d/b/a AJAX MANUFACTURING DIVISION AND |
| 4 | MARTIN EQUIPMENT, WHITE CONSOLIDATED INDUSTRIES, INC., |
| 5 | individually and d/b/a WASHEX MACHINERY DIVISION, ELECTROLUX |
| 6 | CORPORATION, LINDUS S.R.L., individually and d/b/a LINDUS WEST, COLUMBIA |
| 7 | DRYCLEANING MACHINES, a/k/a COLUMBIA/ILSA MACHINES CORP., |
| 8 | REALSTAR, INC., individually and d/b/a REALSTAR USA, UNION DRYCLEANING |
| 9 | PRODUCTS USA, FIRBIMATIC, BERGPARMA OF AMERICA, LLC, AMA |
| 10 | UNIVERSAL, FLUORMATIC MIDWEST LTD., FORENTA LP, WESTERN MULTITEX |
| 11 | CORP., MARVEL MANUFACTURING, RENZACCI OF AMERICA, SAIL STAR USA, |
| 12 | VIC MANUFACTURING CORPORATION, M.B.L., INC., GOSS-JEWETT CO. OF |
| 13 | NORTHERN CALIFORNIA, MCGREGOR SUPPLY COMPANY, S.B. SUPPLY INC., |
| 14 | WASHEX MACHINERY OF CALIFORNIA, INC., WORKROOM SUPPLY, INC., TAYLOR |
| 15 | HOUSEMAN, INC., UNITED FABRICARE SUPPLY, INC., ECHCO SALES INC., MW |
| 16 | EQUIPMENT, ARTHUR KAJIWARA EQUIPMENT CO., INC., KELLEHER |
| 17 | EQUIPMENT SUPPLY, INC., US MACHINERY & ENGINEERING CO., INC., |
| 18 | WYATT-BENNETT, CORBETT EQUIPMENT, FULLER SUPPLY |
| 19 | COMPANY, SAV-ON MACHINERY COMPANY, INC. and DOES 1 through 750, |
| 20 | INCLUSIVE, |
| 21 | Defendants. |
| 22 | |
| 23 | WHEREAS, the above-captioned action, *California Water Service Company v. Dow* |
| 24 | *Chemical Company,* originally denominated Case No. CV 473093, was filed on May 22, 2008, in the |
| 25 | Superior Court of California in and for the County of San Mateo; |
| 26 | WHEREAS, defendant PPG Industries, Inc. and joining and consenting defendants filed a |
| 27 | Notice of Removal to remove the action to this Court on July 7, 2008; |
| 28 | |

-1-
STIPULATION, AND STIPULATED REQUEST FOR ORDER CHANGING
DEADLINE FOR INITIAL DISCLOSURES; Case No. CIV-08-03267 SI

1 WHEREAS, Plaintiff thereafter moved to remand this action back to the Superior Court of California in and for the County of San Mateo by Motion for Remand filed August 6, 2008, and that motion is scheduled for hearing in this Court at 9:00 a.m. on October 31, 2008;

WHEREAS, defendant PPG Industries, Inc. and joining and consenting defendants filed a Motion for Leave to Amend Notice of Removal on August 27, 2008, and that motion is scheduled for hearing in this Court at 9:00 a.m. on October 31, 2008;

WHEREAS, the Initial Case Management Conference before this Court is scheduled for 2:00 p.m. on October 31, 2008;

WHEREAS, counsel for the parties below have agreed that it will serve the interests of judicial economy to defer the existing October 24, 2008 deadline for FRCivP 26(a)(1)(A) Initial Disclosures until a date to be set at the Initial Case Management Conference one week later, but to still exchange certain categories of information on October 3, 2008 as set forth below;

WHEREAS, the Initial Disclosure deadline has not previously been extended, and counsel below agree that this change will not have a material effect upon the schedule for this case;

WHEREAS, some of the 45 defendants identified in Plaintiff's Complaint are not included as signatories below because they are dissolved, they have not been served, they have been served but intend to challenge service and/or they are not represented by counsel;

WHEREAS, this stipulation does not waive any rights, motions, or defenses regarding challenges to the Court's jurisdiction;

NOW, THEREFORE, all signatory parties below, by and through their respective counsel, stipulate and request pursuant to Civil Local Rule 6-2 that this Court enter the following Order:

**STIPULATION AND REQUESTED ORDER**

1. The current deadline of October 24, 2008 for each signatory party below to serve Initial Disclosures pursuant to FRCivP 26(a)(1)(A) is vacated, and a revised deadline for Initial Disclosures will be determined at the Initial Case Management Conference on October 31, 2008.

2. The current date for the Initial Case Management Conference, and any other current deadlines under the Federal Rules of Civil Procedure, ADR Local Rules, Civil Local Rules or this Court's Orders, remain unchanged.

3. By October 3, 2008, Plaintiff will serve upon each signatory Defendant below a statement containing the following information:

   a. name and location of each water supply well that Plaintiff contends is at issue in this lawsuit;

   b. for each well at issue, the highest level of perchloroethylene (PCE) detected at that well at any time (with the date of testing), and the most recent level of PCE detected at that well (with the date of testing);

   c. for each well at issue, the name and location of any dry cleaner or other source that Plaintiff asserts is a source of PCE contamination at that well;

   d. a dollar figure or range of dollar figures as appropriate for the damages being sought by Plaintiff in this lawsuit.

4. By October 3, 2008, each signatory Defendant below will provide Plaintiff with the following:

   a. name(s) of each liability insurer whose policies might provide coverage to that defendant (excluding excess policies), the type of policy held by the defendant, and the limit of coverage provided in that policy.

5. By October 3, 2008, defendants The Dow Chemical Company, PPG Industries, Inc., Legacy Vulcan Corp., Occidental Chemical Corporation and E.I. DuPont De Nemours and Company each will provide Plaintiff with the following:

   a. copies of any distribution agreement, as between one of these defendants and a distributor defendant named in this lawsuit, relating to the distribution of dry cleaning grade PCE to dry cleaners in the State of California between 1970 and the present.

6. By October 3, 2008, defendants R.R. Street & Co., Inc., Mondial Drycleaning Products Inc., M.B.L., Inc., McGregor Supply Company, Workroom Supply, Taylor Houseman, and United Fabricare each will provide Plaintiff with the following:

    a. copies of any distribution agreement, as between one of these defendants and a PCE manufacturer defendant named in this lawsuit, relating to the distribution of dry cleaning grade PCE to dry cleaners in the State of California between 1970 and the present.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
                                                               Hon. Susan Illston
                                                               United States District Judge

IT IS SO STIPULATED.

Dated: September 19, 2008       LEGACY VULCAN CORP, f/k/a VULCAN MATERIALS COMPANY

                                              By:   /s/ James H. Colopy, Esq.
                                                       Douglas R. Young, Esq.
                                                       James H. Colopy, Esq.
                                                       Ruth Ann Castro, Esq.
                                                       FARELLA BRAUN + MARTEL LLP
                                                       Russ Building
                                                       235 Montgomery Street, 17th Floor
                                                       San Francisco, CA 94104

Counsel for defendant Legacy Vulcan Corp. certifies that concurrence has been obtained from counsel for each party below to execute and file this pleading on behalf of that party, and this pleading is therefore being filed in compliance with General Order No. 45, Section X.B.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated:_____ | CALIFORNIA WATER SERVICE COMPANY |
| 4 | | By: _____/s/_____ |
| | | Victor M. Sher, Esq. |
| 5 | | Marnie E. Riddle, Esq. |
| | | Nicholas G. Campins, Esq. |
| 6 | | SHER LEFF LLP |
| | | 450 Mission St., Suite 400 |
| 7 | | San Francisco, CA 94105 |
| 8 | | |
| 9 | Dated:_____ | THE DOW CHEMICAL COMPANY |
| 10 | | By: _____/s/_____ |
| | | Gennaro A. Filice, Esq. |
| 11 | | Stephen J. Valen, Esq. |
| | | Daniel J. Nichols, Esq. |
| 12 | | FILICE, BROWN, EASSA & MCLEOD LLP |
| | | Lake Merritt Plaza |
| 13 | | 1999 Harrison St., 18th Floor |
| | | Oakland, CA 94612-3408 |
| 14 | | |
| 15 | Dated:_____ | E.I. DUPONT DE NEMOURS AND COMPANY |
| 16 | | By: _____/s/_____ |
| | | Andrew T. Mortl, Esq. |
| 17 | | GLYNN & FINLEY, LLP |
| | | One Walnut Creek Center |
| 18 | | 100 Pringle Avenue, Suite 500 |
| | | Walnut Creek, CA 94596 |
| 19 | | |
| 20 | Dated:_____ | PPG INDUSTRIES, INC. |
| 21 | | By: _____/s/_____ |
| | | Gary J. Smith, Esq. |
| 22 | | Ryan R. Tacorda, Esq. |
| 23 | | BEVERIDGE & DIAMOND, P.C. |
| | | 456 Montgomery Street, Suite 1800 |
| 24 | | San Francisco, CA 94104-1251 |

-5-

STIPULATION, AND STIPULATED REQUEST FOR ORDER CHANGING
DEADLINE FOR INITIAL DISCLOSURES; Case No. CIV-08-03267 SI

| | |
|---|---|
| Dated:_____ | OCCIDENTAL CHEMICAL CORPORATION<br><br>By: _____/s/_____<br>Stephen C. Lewis, Esq.<br>Maureen L. King, Esq.<br>BARG, COFFIN, LEWIS & TRAPP, LLP<br>350 California Street, 22nd Floor<br>San Francisco, CA 94104-1435 |
| Dated:_____ | VALERO ENERGY CORPORATION<br><br>By: _____/s/_____<br>Steven H. Gurnee, Esq.<br>John A. Mason, Esq.<br>GURNEE & DANIELS LLP<br>2240 Douglas Blvd., Suite 150<br>Roseville, CA 95661-3805 |
| Dated:_____ | BOWE-PERMAC, INC., individually and d/b/a BOWE TEXTILE CLEANING, INC.<br><br>By: _____/s/_____<br>Alexander M. Weyand, Esq.<br>PETERSON, WEYAND, MARTIN LLP<br>49 Stevenson Street, 10th Floor<br>San Francisco, CA 94105 |
| Dated:_____ | SAIL STAR USA<br><br>By: _____/s/_____<br>Alexander M. Weyand, Esq.<br>PETERSON, WEYAND, MARTIN LLP<br>49 Stevenson Street, 10th Floor<br>San Francisco, CA 94105 |
| Dated:_____ | HOYT CORPORATION<br><br>By: _____/s/_____<br>Mandy Jeffcoach, Esq.<br>MCCORMICK BARSTOW, LLP<br>5 River Park Place East<br>Fresno, CA 93720 |

-6-
STIPULATION, AND STIPULATED REQUEST FOR ORDER CHANGING
DEADLINE FOR INITIAL DISCLOSURES; Case No. CIV-08-03267 SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:_____ | AMERICAN LAUNDRY MACHINERY, INC., individually and d/b/a AJAX MANUFACTURING DIVISION AND MARTIN EQUIPMENT |
| 3 | | |
| 4 | | By:_____/s/_____ |
| 5 | | Christopher M. Bechhold, Esq.<br>THOMPSON HINE<br>312 Walnut Street, 14th Floor<br>Cincinnati, OH 45202-4089 |
| 6 | | |
| 7 | | |
| 8 | Dated:_____ | COLUMBIA DRYCLEANING MACHINES, a/k/a COLUMBIA/ ILSA MACHINES CORP. |
| 9 | | By:_____/s/_____ |
| 10 | | Anthony S. Cannatella, Esq.<br>LAW OFFICES OF ANTHONY S. CANNATELLA<br>53 Orchard Street<br>Manhasset, NY 11030 |
| 11 | | |
| 12 | | |
| 13 | Dated:_____ | R.R. STREET & CO., INC. |
| 14 | | By:_____/s/_____<br>Eric Grant, Esq.<br>HICKS THOMAS LLP<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, CA 95826 |
| 15 | | |
| 16 | | |
| 17 | | John B. Thomas, Esq.<br>Brian A. Abramson, Esq.<br>HICKS THOMAS LLP<br>700 Louisiana, Suite 2000<br>Houston, TX 77002 |
| 18 | | |
| 19 | | |
| 20 | Dated:_____ | MONDIAL DRYCLEANING PRODUCTS, INC. (improperly sued as Union Drycleaning Products U.S.A. and Realstar, Inc., individually and d/b/a Realstar USA) |
| 21 | | |
| 22 | | By:_____/s/_____<br>Eric Grant, Esq.<br>HICKS THOMAS LLP<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, CA 95826 |
| 23 | | |
| 24 | | |
| 25 | | John B. Thomas, Esq.<br>Brian A. Abramson, Esq.<br>HICKS THOMAS LLP<br>700 Louisiana, Suite 2000<br>Houston, TX 77002 |
| 26 | | |
| 27 | | |
| 28 | | |

-7-

STIPULATION, AND STIPULATED REQUEST FOR ORDER CHANGING
DEADLINE FOR INITIAL DISCLOSURES; Case No. CIV-08-03267 SI

|   |   |
|---|---|
| Dated:_____ | FORENTA LP |
|  | By:_____/s/_____<br>Susan L. Caldwell, Esq.<br>Ryan Deam, Esq.<br>KOLETSKY, MANCINI, FELDMAN & MORROW<br>3460 Wilshire Boulevard, Eighth Floor<br>Los Angeles, CA 90010-2228 |
| Dated:_____ | KELLEHER EQUIPMENT SUPPLY, INC. |
|  | By:_____/s/_____<br>Stephen A. Spataro, Esq.<br>SPATARO & ASSOCIATES<br>951 Jays Way<br>Ringgold, GA 30736-8982 |
| Dated:_____ | RENZACCI OF AMERICA, INC. |
|  | By:_____/s/_____<br>Stephen A. Spataro, Esq.<br>SPATARO & ASSOCIATES<br>951 Jays Way<br>Ringgold, GA 30736-8982 |
| Dated:_____ | M.B.L., INC. |
|  | By:_____/s/_____<br>A. Raymond Hamrick, III, Esq.<br>Douglas K. Lackey, Esq.<br>HAMRICK & EVANS, LLP<br>10 Universal City Plaza, Suite 2200<br>Universal City, CA 91608-1009 |
| Dated:_____ | MCGREGOR SUPPLY COMPANY. |
|  | By:_____/s/_____<br>Jan A. Greben, Esq.<br>GREBEN & ASSOCIATES<br>1332 Anacapa Street, Suite 110<br>Santa Barbara, CA 93101 |
|  | WASHEX MACHINERY OF CALIFORNIA, INC. |
| Dated:_____ | By:_____/s/_____<br>Jube Najarian, Esq.<br>JACOBSON, HANSEN, NAJARIAN &<br>MCQUILLAN<br>1690 West Shaw Avenue, Suite 201<br>Fresno, CA 93711 |

-8-

STIPULATION, AND STIPULATED REQUEST FOR ORDER CHANGING
DEADLINE FOR INITIAL DISCLOSURES; Case No. CIV-08-03267 SI

| | | |
|---|---|---|
| Dated:_____ | | WORKROOM SUPPLY, INC. |
| | By: | /s/ |
| | | David A. Melton, Esq. |
| | | PORTER SCOTT |
| | | 350 University Ave., Suite 200 |
| | | Sacramento, CA 95825 |
| Dated:_____ | | TAYLOR HOUSEMAN, INC. |
| | By: | /s/ |
| | | William H. Kochenderfer, Esq. |
| | | TELLES, WALKER & KOCHENDERFER, LLP |
| | | 12210 Herdal Drive, Suite 11 |
| | | Auburn, CA 95603 |
| Dated:_____ | | UNITED FABRICARE SUPPLY, INC. |
| | By: | /s/ |
| | | Patrick M. Maloney, Esq. |
| | | BAUTE & TIDUS LLP |
| | | 777 Figueroa St. #4900 |
| | | Los Angeles, CA 90017 |
| Dated:_____ | | MW EQUIPMENT |
| | By: | /s/ |
| | | Evan A. Berman, Esq. |
| | | Kenneth D. Kan, Esq. |
| | | BERMAN BERMAN & BERMAN LLP |
| | | 11900 West Olympic Blvd., Sixth Floor |
| | | Los Angeles, CA 90064 |
| Dated:_____ | | WYATT-BENNETT |
| | By: | /s/ |
| | | Mark B. Gilmartin, Esq. |
| | | LAW OFFICES OF MARK B. GILMARTIN |
| | | 1534 17th Street, Suite 103 |
| | | Santa Monica, CA 90404-3452 |
| Dated:_____ | | CORBETT EQUIPMENT |
| | By: | /s/ |
| | | Thomas W. Hood, Esq |
| | | HOOD & REED |
| | | 18141 Beach Blvd., Suite 390 |
| | | Huntington Beach, CA 92648 |

| | | |
|---|---|---|
| 1 | Dated:_____ | ELECTROLUX HOME PRODUCTS, INC. f/k/a White Consolidated Industries, Inc. (erroneously sued as Electrolux Corporation) |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____ Michele A. Powers, Esq. |
| 5 | | ALSTON & BIRD LLP 333 South Hope Street, Sixteenth Floor Los Angeles, CA 90071 |

-10-
STIPULATION, AND STIPULATED REQUEST FOR ORDER CHANGING
DEADLINE FOR INITIAL DISCLOSURES; Case No. CIV-08-03267 SI