IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, ET AL.<br><br>Defendant._____/ | CASE NO. CIV-08-03267-SI<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

John B. Thomas, whose business address and telephone number is 700 Louisiana, Suite 2000, Houston, Texas 7002; (713) 547-9106,

and who is an active member in good standing of the bar of the Texas Supreme Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing entities listed in attached Exhibit A

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____

_Susan Illston_
United States District Judge