IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA WATER SERVICE COMPANY

    Plaintiff,

v.

THE DOW CHEMICAL COMPANY, ET AL.

    Defendant.

CASE NO. CIV-08-03267-SI

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Brian A. Abramson, whose business address and telephone number is 700 Louisiana, Suite 2000, Houston, Texas 7002; (713) 547-9189,

and who is an active member in good standing of the bar of the Texas Supreme Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing entities listed in attached Exhibit A

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____
United States District Judge