```
 1 | Eric Grant (Bar No. 151064)
   | Attorney at Law
 2 | 8001 Folsom Boulevard, Suite 100
   | Sacramento, California 95826
 3 | Telephone:  (916) 388-0833
   | Facsimile:  (916) 691-3261
 4 | E-Mail:     grant@eric-grant.com
   |
 5 | Counsel for Defendants R.R. STREET &
   | CO. INC., MONDIAL DRYCLEANING
 6 | PRODUCTS, INC. (improperly sued as Union
   | Drycleaning Products USA and Realstar,
 7 | Inc.), and ECO DRY OF AMERICA, INC.
   | (improperly sued as Firbimatic)
 8 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CALIFORNA WATER SERVICE COMPANY, | ) No. 3:08-cv-03267-SI |
|---|---|
| Plaintiff, | ) **STIPULATION AND STIPULATED REQUEST FOR ORDER CHANGING DEADLINE FOR INITIAL DISCLOSURES BY AND TO DEFENDANT ECO DRY OF AMERICA, INC.** |
| v. | |
| THE DOW CHEMICAL COMPANY, et al., | |
| Defendants. | |

WHEREAS on September 19, 2008, Plaintiff California Water Company ("Plaintiff") and various Defendants filed a Stipulation, and Stipulated Request for Order Changing Deadline for Initial Disclosures (doc. 68) (the "Stipulation");

WHEREAS on September 23, 2008, this Court approved the Stipulation and entered it as an order of the Court (doc. 78);

WHEREAS on October 6, 2008, Defendant Eco Dry of America, Inc. ("Defendant Eco Dry") entered its appearance through counsel (doc. 108);

WHEREAS Plaintiff and Defendant Eco Dry desire that the Stipulation be applied, with appropriate modifications, to Defendant Eco Dry;

///

1  NOW, THEREFORE, Plaintiff and Defendant Eco Dry, by and through their respective counsel, stipulate and request pursuant to Civil Local Rule 6-2 that this Court enter the following Order:

**STIPULATION AND REQUESTED ORDER**

1. Except to the extent modified below, the Stipulation, and Stipulated Request for Order Changing Deadline for Initial Disclosures (the "Stipulation"), as approved and entered by this Court on September 23, 2008, shall apply to Plaintiff and Defendant Eco Dry.

2. Plaintiff shall be deemed to have provided Defendant Eco Dry with the statement specified in Paragraph 3 of the Stipulation.

3. By October 24, 2008, Defendant Eco Dry will provide Plaintiff with the information specified in Paragraph 4 of the Stipulation.

IT IS SO STIPULATED.

Dated: October 15, 2008.        Respectfully submitted,

/s/ Eric Grant
ERIC GRANT

Counsel for Defendants R.R. STREET & CO. INC., MONDIAL DRYCLEANING PRODUCTS, INC. (improperly sued as Union Drycleaning Products USA and Realstar, Inc.), and ECO DRY OF AMERICA, INC. (improperly sued as Firbimatic)

/s/ Marnie E. Riddle
MARNIE E. RIDDLE
Sher Leff LLP
(whose concurrence to this filing is hereby attested to by the filer, attorney Eric Grant)

Counsel for Plaintiff
California Water Service Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October ____, 2008.        _____
Hon. Susan Illston
United States District Judge

Stipulation and Stipulated Request for Order Changing Deadline for
Initial Disclosures by and to Defendant Eco Dry of America, Inc.

Page 2
No. 3:08-cv-03267-SI

ERIC GRANT, ATTORNEY AT LAW
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

**CERTIFICATE OF SERVICE**

I hereby certify that I am a member of the Bar of this Court in good standing and counsel of record for Defendants R.R. Street & Co. Inc., Mondial Drycleaning Products, Inc. (improperly sued as Union Drycleaning Products USA and Realstar, Inc.), and Eco Dry of America, Inc. (improperly sued as Firbimatic). I further certify that the foregoing document, namely,

STIPULATION AND STIPULATED REQUEST FOR ORDER<br>
CHANGING DEADLINE FOR INITIAL DISCLOSURES BY<br>
AND TO DEFENDANT ECO DRY OF AMERICA, INC.

was served this date upon the following persons by the means indicated thereunder:

Richard S. Baron
Foley Baron & Metzger PLLC
33533 West 12 Mile Road, Suite 350
Farmington Hill, Michigan 48331
(Via first-class mail, postage prepaid)

Susan Lauren Caldwell
Koletsky Mancini et al
3460 Wilshire Boulevard, 8th Floor
Los Angeles, California 90010
(Via first-class mail, postage prepaid)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2008.

/s/ Eric Grant
ERIC GRANT

Counsel for Defendants R.R. STREET & CO. INC., MONDIAL DRYCLEANING PRODUCTS, INC. (improperly sued as Union Drycleaning Products USA and Realstar, Inc.), and ECO DRY OF AMERICA, INC. (improperly sued as Firbimatic)

ERIC GRANT, ATTORNEY AT LAW
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833