P. GERHARDT ZACHER (SBN: 043184)
KRISTIN N. REYNA (SBN: 211075)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
COOPER INDUSTRIES, LLC
as Successor In Interest To
McGraw Edison Co.

**IT IS SO ORDERED**
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA WATER SERVICE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | CASE NO. CIV-08-03267 SI<br><br>**STIPULATION OF COOPER INDUSTRIES, LLC TO STIPULATED PROTECTIVE ORDER** |

Pursuant to paragraph 12 of the Stipulated Protective Order Re: Confidential Information, Defendant COOPER INDUSTRIES, LLC, as successor in interest to McGraw Edison Company ("COOPER"), hereby states that it has received and reviewed the Stipulated Protective Order, and agrees to be bound by its terms and requirements as if it had signed the original Order.

ZRCP/1050737/6058970v.1

1
COOPER'S STIPULATION TO STIPULATED PROTECTIVE ORDER

Dated: October 22, 2008      GORDON & REES LLP

By: _____
P. Gerhardt Zacher
Kristin N. Reyna
Counsel for Defendant,
COOPER INDUSTRIES, LLC as
successor in interest to McGraw
Edison Company

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

# CERTIFICATE OF SERVICE

California Water Service Co. v. The Dow Chemical Company, et al.
USDC-Northern District Case No.: CIV-08-03267 SI

At the time of service, I was over 18 years of age and not a party to this action. My business address is 101 W. Broadway, Suite 2000, San Diego, California 92101.

On October 23, 2008, I served the following documents:

1. STIPULATION OF COOPER INDUSTRIES, LLC TO STIPULATED PROTECTIVE ORDER

on the individuals listed in the attached service list as stated as follows:

**PLEASE SEE ATTACHED LIST**

☒ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address listed below and deposited in a sealed envelope with the United States Postal Service, with postage fully prepaid. The envelope(s) were placed in collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers of each of the parties listed below. No error was reported by the fax machine that I used.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(Federal Courts Only):** I declare that I am employed in the office of a member of the court at whose direction this service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2008            /s/ LaVernie Hayes

| | |
|---|---|
| Victor M. Sher, Esq.<br>Todd E. Robins, Esq.<br>Marnie E. Riddle, Esq.<br>SHER LEFF LLP<br>450 Mission Street, Suite 400<br>San Francisco, CA 94105<br>Ph: (415) 348-8300/Fax: (415) 348-8333 | **Attorneys for Plaintiff**<br>**CALIFORNIA WATER SERVICES**<br>**COMPANY**<br>vsher@sherleff.com<br>trobins@sherleff.com<br>mriddle@sherleff.com |
| Scott Summy, Esq.<br>Cary McDougal, Esq.<br>Carla Burke, Esq.<br>Celeste Evangelisti, Esq.<br>BARON & BUDD, PC<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281<br>Ph: (214) 523-6267/Fax: (214) 520-1181 | **Attorneys for Plaintiff**<br>**CALIFORNIA WATER SERVICES**<br>**COMPANY**<br>ssummy@baronbudd.com<br>cmcdougal@baronbudd.com<br>cburke@baronbudd.com<br>cevangel@baronbudd.com |
| Gennaro Filice, Esq.<br>Stephen J. Valen, Esq.<br>Nicholas Kayhan, Esq.<br>Dan Nichols, Esq.<br>FILICE BROWN EASSA & MCLEOD<br>Lake Merritt Plaza, 18th Floor<br>1999 Harrison Street<br>Oakland, CA 94612-3408<br>Ph: (510) 444-3131<br>F: (510) 839-7940<br>gfilice@filicebrown.com | **Attorneys for Defendant**<br>**THE DOW CHEMICAL COMPANY** |
| Andrew T. Mortl, Esq.<br>GLYNN & FINLEY, LLP<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596<br>Ph: (925) 210-2800<br>amortl@glynnfinley.com | **Attorneys for Defendant**<br>**E.I. DUPONT DE NEMOURS AND**<br>**COMPANY** |
| Steven H. Gurnee, Esq.<br>John A. Mason, Esq.<br>GURNEE & DANIELS LLP<br>2240 Douglas Blvd, Suite 150<br>Roseville, CA 95661-3805<br>Ph: (916) 797-3100/Fax: (916) 797-3131<br>john@gurnee-law.com | **Attorneys for Defendant**<br>**VALERO ENERGY CORPORATION** |
| Alexander M. Weyand, Esq.<br>PETERSON, WEYAND, MARTIN LLP<br>49 Stevenson Street, 10th Floor<br>San Francisco, CA 94105<br>Ph: (415) 399-2900<br>aweyand@pwmlaw.com | **Attorneys for Defendants**<br>**BOWE-PERMAC, INC., individually**<br>**and dba BOW TEXTILE CLEANING,**<br>**INC.; SAIL STAR USA;**<br>**VIC MANUFACTURING**<br>**CORPORATION** |

| | |
|---|---|
| Richard S. Baron, Esq.<br>Brian H. Phinney, Esq.<br>Marc Lawrence, Esq.<br>FOLEY, BARON & METZGER, PLLC<br>33533 W. 12 Mile Road, Suite 350<br>Farmington Hills, MI 48331<br>Ph: (248) 488-1525 | **Attorneys for Defendant**<br>**HOYT CORPORATION**<br>rbaron@fbmlaw.com<br>bphinney@fbmlaw.com |
| Kurt F. Vote, Esq.<br>Mandy L. Jeffcoach, Esq.<br>MCCORMICK BARSTOW LLP<br>5 River Park Place East<br>P.O. Box 28912<br>Fresno, CA 93720<br>Ph: (559) 433-1300/Fax: (559) 433-2300<br>Mandy.jeffcoach@mccormickbarstow.com | **Co-Attorneys for Defendant**<br>**HOYT CORPORATION** |
| Christopher M. Bechhold, Esq.<br>THOMPSON HINE<br>312 Walnut Street, 14th Floor<br>Cincinnati, OH 45202-4089<br>Ph: (513) 352-6700<br>Chris.Bechhold@ThompsonHine.com<br><br>Robert Berg<br>Matthew G. Dudley<br>Kelly J. Lack<br>SEDGWICK, DETERT, MORAN ET AL.<br>One Market Plaza, Steuart Tower, 8th Flr.<br>San Francisco, CA 94105<br>Ph: (415) 781-7900<br>F: (415) 781-2635 | **Attorneys for Defendant**<br>**AMERICAN LAUNDRY**<br>**MACHINERY, INC. individually and**<br>**dba AJAX MANUFACTURING**<br>**DIVISION AND MARTIN**<br>**EQUIPMENT**<br><br>Robert.berg@sdma.com<br>Matthew.dudley@sdma.com<br>Kelly.lack@sdma.com |
| Anthony S. Cannatella, Esq.<br>LAW OFFICES OF ANTHONY S.<br>CANNATELLA<br>53 Orchard Street<br>Manhasset, NY 11030<br>Ph: (516) 472-7300<br>acannatella@acannatella.com | **Attorneys for Defendant**<br>**COLUMBIA DRYCLEANING**<br>**MACHINES aka COLUMBIA/ILSA**<br>**MACHINES CORP.** |
| John B. Thomas, Esq.<br>Brian A. Abramson, Esq.<br>John Deis, Esq.<br>Wade Whilden, Esq.<br>HICKS, THOMAS & LILIENSTERN, LLP<br>700 Louisiana, Suite 2000<br>Houston, TX 77002<br>Ph: (713) 547-9100/Fax (713) 547-9150<br>babramson@hicks-thomas.com | **Attorneys for Defendants**<br>**R.R. STREET & CO., INC.;**<br>**REALSTAR, INC., individually and dba**<br>**REALSTAR USA;**<br>**FIRBIMATIC; MONDIAL**<br>**DRYCLEANING PRODUCTS, INC.**<br>**(improperly named UNION**<br>**DRYCLEANING PRODUCTS USA)**<br>jdeis@hicks-thomas.com |

| | |
|---|---|
| Richard T. Petrillo, Esq.<br>PINO & ASSOCIATES, LLP<br>Westchester Financial Center<br>50 Main Street<br>White Plains, NY 10606<br>Ph: (914) 946-0600/Fax: (914) 946-0650 | **Attorneys for Defendant**<br>**MONDIAL DRYCLEANING**<br>**PRODUCTS, INC. (improperly named**<br>**UNION DRYCLEANING PRODUCTS**<br>**USA)**<br>rpetrillo@pinolaw.com |
| Davis J. Polashuk<br>DSPS INC. on behalf of AMA<br>UNIVERSAL<br>500 Redland Court, Suite 306<br>Owings Mills, MD 21117 | **Attorneys for Defendant**<br>**AMA UNIVERSAL**<br><br>**VIA U.S. MAIL** |
| Susan L. Caldwell, Esq.<br>KOLETSKY, MANCINI, FELDMAN &<br>MORROW<br>3460 Wilshire Blvd., Eighth Floor<br>Los Angeles, CA 90010-2228<br>Ph: (213) 427-2350/Fax: (213) 427-2366 | **Attorneys for Defendant**<br>**FORENTA LP**<br>scaldwell@kmfm.com |
| Nicole Kim<br>1261 N. Patt Street<br>Anaheim, CA 92801<br>Ph: (714) 871-8990<br>nicolkim@hotmail.com | **Defendant**<br>**WESTERN MULTITEX CORP.** |
| A. Raymond Hamrick, III, Esq.<br>HAMRICK & EVANS, LLP<br>10 Universal City Plaza, Suite 2200<br>Universal City, CA 91608-1009<br>Ph: (818) 763-5292<br>array@hamricklaw.com | **Attorneys for Defendant**<br>**M.B.L., INC.** |
| Roland E. The, Esq.<br>BRYDON HUGO & PARKER LLP<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105-1812<br>Ph: (415) 399-2900<br>rthe@bhplaw.com | **Attorneys for Defendant**<br>**GOSS-JEWETT CO. OF NORTHERN**<br>**CALIFORNIA** |
| Sang Cho<br>14029 Catalina Street<br>San Leandro, CA 94557<br>Ph: (510) 667-9614 | **Defendant**<br>**S.B. SUPPLY INC.**<br>**VIA U.S. MAIL** |
| Jube Najarian, Esq.<br>JACOBSON, HANSEN, NAJARIAN &<br>MCQUILLAN<br>1690 West Shaw Avenue, Suite 201<br>Fresno, CA 93711<br>Ph: (559) 448-0400/Fax: (559) 448-0123<br>jjn@jhnmlaw.com | **Attorneys for Defendant**<br>**WASHEX MACHINERY OF**<br>**CALIFORNIA, INC.** |

| | |
|---|---|
| William H. Kochenderfer, Esq.<br>TELLES, WALKER &<br>KOCHENDERFER, LLP<br>12210 Herdal Drive, Suite 11<br>Auburn, CA 95603<br>Ph: (530) 887-1456/Fax: (530) 887-9417 | **Attorneys for Defendant**<br>**TAYLOR HOUSEMAN, INC.**<br>wkochenderfer@cs.com |
| Patrick M. Maloney, Esq.<br>BAUTE & TIDUS LLP<br>777 Figueroa Street, #4900<br>Los Angeles, Ca 90017<br>Ph: (213) 630-5000<br>PMaloney@bautelaw.com | **Attorneys for Defendant**<br>**UNITED FABRICARE SUPPLY, INC.** |
| Kenneth D. Kan, Esq.<br>BERMAN, BERMAN & BERMAN, LLP<br>11900 West Olympic Blvd., Sixth Floor<br>Los Angeles, C 90064-1151<br>Ph: (310) 447-9000/Fax: (310) 447-9011<br>kdkan@b3law.com | **Attorneys for Defendant**<br>**MW EQUIPMENT** |
| Arthur Kajiwara<br>Arthur Kajiwara Equipment Company<br>2129 Troy Avenue<br>South El Monte, CA 91733-2535 | **Defendant**<br>**ARTHUR KAJIWARA EQUIPMENT CO., INC.**<br>**VIA U.S. MAIL** |
| Kenneth Park<br>3061 E. La Jolla Street, Suite A<br>Anaheim, CA 92806<br>Ph: (714) 666-2777<br>usmachin@sbcglobal.net | **Defendant**<br>**US MACHINERY & ENGINEERING CO., INC.** |
| Mark B. Gilmartin, Esq.<br>LAW OFFICES OF MARK B. GILMARTIN<br>1534 17th Street, Suite 1703<br>Santa Monica, CA 90404-3452<br>Ph: (310) 310-2644<br>mbgilmartin@earthlink.net | **Attorneys for Defendant**<br>**WYATT-BENNETT** |
| Thomas W. Hood, Esq.<br>HOOD & REED<br>18141 Breach Blvd., Suite 390<br>Huntington Beach, CA 92648<br>Ph: (714) 842-6837<br>Hoodlaw.@aol.com | **Attorneys for Defendant**<br>**CORBETT EQUIPMENT** |
| Douglas R. Young<br>James H. Colopy<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Flr<br>San Francisco, CA 94104 | **Attorneys for VULCAN**<br>Ph: (415) 954-4400<br>F: (415) 954-4480<br>jcolopy@fbm.com<br>dyoung@fbm.com |

mriddle@sherleff.com;
gfilice@filicebrown.com;
svalen@filicebrown.com;
dnichols@filicebrown.com;
amortl@glynnfinley.com;
gsmith@bdlaw.com;
rtacorda@bdlaw.com;
rbrager@bdlaw.com;
scl@bcltlaw.com;
mlk@bcltlaw.com;
rmg@bcltlaw.com;
des@bcltlaw.com;
john@gurnee-law.com;
pdeangelis@pwmlaw.com,
rbaron@fbmlaw.com;
bphinney@fbmlaw.com;
Kurt.vote@mccormickbarstow.com;
mandy.jeffcoach@mccormickbarstow.com;
Robert.berg@sdma.com;
Matthew.dudley@sdma.com;
Kelly.lack@sdma.com;
Chris.Bechhold@ThompsonHine.com;
Michele.powers@alston.com;
skip.lockard@alston.com;
acannatella@acannatella.com;
jstacchini@acannatella.com;
babramson@hicks-thomas.com;
jthomas@hicks-thomas.com;
grant@hicks-thomas.com;
rpetrillo@pinolaw.com;
scaldwell@kmfm.com;
rdeam@kmfm.com;
nicollkim@hotmail.com;
ggarrison@garrisonlawcorp.com;
steve@spataro.com;
kalfenlawoffice@earthlink.net;
aray@hamricklaw.com;
dlackey@hamricklaw.com;
rthe@bhplaw.com;
jan@grebenlaw.com;
jenna@grebenlaw.com;
jjn@jhnmlaw.com;
dmelton@porterscott.com;

usmachin@sbcglobal.net;
mbgilmartin@earthlink.net;
hoodlaw@aol.com;
eaberman@b3law.com;
kdkan@b3law.com;
RCastro@fbm.com;
AIngersoll@fbm.com;
JColopy@fbm.com;
aweyand@pwmlaw.com;
dyoung@fbm.com
pyoung@archernorris.com;
PMaloney@bautelaw.com;
wkochenderfer@cs.com;