| | |
|---|---|
| 1 | SUSAN L. CALDWELL (SBN: 190421) |
|   | RYAN M. DEAM (SBN: 252505) |
| 2 | **KOLETSKY, MANCINI, FELDMAN & MORROW** |
|   | 3460 Wilshire Boulevard, Eighth Floor |
| 3 | Los Angeles, CA 90010-2228 |
| 4 | Telephone: (213) 427-2350 |
|   | Facsimile: (213) 427-2366 |
| 5 | Emails: slc@kmfm.com; rdeam@kmfm.com |
| 6 | |
|   | Attorneys for Defendant |
| 7 | FORENTA, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | CALIFORNIA WATER SERVICE COMPANY, | CASE NO. 3:08-cv-3267 |
| 12 | | |
| 13 | Plaintiff, | **DEFENDANT FORENTA, L.P.'S APPLICATION FOR SUBSTITUTION OF ATTORNEYS** |
| 14 | vs. | |
| 15 | THE DOW CHEMICAL COMPANY, et al., | |
| 16 | | |
| 17 | Defendants. | |

18 / / / /
19 / / / /
20 / / / /
21 / / / /
22 / / / /
23 / / / /
24 / / / /
25 / / / /
26 / / / /
27 / / / /
28 / / / /

- 1 -

**DEFENDANT FORENTA, L.P.'S SUBSTITUTION OF ATTORNEYS**

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that DEFENDANT FORENTA L.P. hereby substitutes Susan L. Caldwell of Koletsky, Mancini, Feldman & Morrow, located at 3460 Wilshire Boulevard, Eighth Floor, Los Angeles, California 90010-2228, (213) 427-2350, for Thomas H. Clarke, Jr. of Ropers Majeski, Kahn & Bentley, located at 201 Spear Street, Suite 1000, San Francisco, CA 94105, (415) 543-4800 as its counsel of record in this action. All service of documents should now be served on Koletsky, Mancini, Feldman & Morrow alone

DATED: October 13, 2008         FORENTA L.P.

By: _____
      JOYCE LANE
      Director of Human Resources
      FORENTA, L.P.

DATED: October 13, 2008         KOLETSKY, MANCINI, FELDMAN & MORROW

By: _____
      SUSAN L. CALDWELL
      RYAN M. DEAM
      Attorneys for Defendant
      FORENTA, L.P.

DATED: October 13, 2008         ROPERS, MAJESKI, KAHN & BENTLEY

By: _____
      THOMAS CLARKE
      Former Legal Representative for Defendant
      FORENTA, L.P.

**DEFENDANT FORENTA, L.P.'S SUBSTITUTION OF ATTORNEYS**

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that DEFENDANT FORENTA L.P. hereby substitutes Susan L. Caldwell of Koletsky, Mancini, Feldman & Morrow, located at 3460 Wilshire Boulevard, Eighth Floor, Los Angeles, California 90010-2228, (213) 427-2350, for Thomas H. Clarke, Jr. of Ropers Majeski, Kahn & Bentley, located at 201 Spear Street, Suite 1000, San Francisco, CA 94105, (415) 543-4800 as its counsel of record in this action. All service of documents should now be served on Koletsky, Mancini, Feldman & Morrow alone

DATED: October 13, 2008

FORENTA L.P.

By: /s/ Joyce Lane
JOYCE LANE
Director of Human Resources
FORENTA, L.P.

DATED: October 13, 2008

KOLETSKY, MANCINI, FELDMAN & MORROW

By: _____
SUSAN L. CALDWELL
RYAN M. DEAM
Attorneys for Defendant
FORENTA, L.P.

DATED: October 13, 2008

ROPERS, MAJESKI, KAHN & BENTLEY

By: _____ For:
THOMAS CLARKE
Former Legal Representative for Defendant
FORENTA, L.P.

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston]*

- 2 -
DEFENDANT FORENTA, L.P.'S SUBSTITUTION OF ATTORNEYS